UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTON ANDREYEVICH IAGOUNOV,<br><br>Defendant. | No. 2:24-cr-00101-DJC<br><br><u>TRIAL CONFIRMATION ORDER</u> |

On May 23, 2024, the Court conducted a status conference during which the parties requested that the Court set this matter for trial. James Conolly appeared on behalf of Government and Christina Sinha appeared on behalf of Defendant Anton Andreyevich Iagounov. Based on the results of that hearing, the Court now issues this trial confirmation order.[1]

This matter is set for trial on July 8, 2024. In preparation for this trial date, the Court hereby ORDERS:

**I.    Motions in Limine**

The parties have not yet filed motions in limine. The Court does not encourage the filing of motions in limine unless they are addressed to issues that can realistically

---

[1] Given the closeness of trial and the resulting rapid approach of the trial-related dates, the Court issues this order so that parties may have a full opportunity to prepare for trial. These dates will be re-affirmed at the Trial Confirmation Hearing, absent circumstances that warrant a change in these dates.

1

be resolved by the Court prior to trial and without reference to the other evidence which will be introduced by the parties at trial. Any motions in limine counsel elect to file shall be filed on or before June 26, 2024. Each party's motions in limine should be filed in a single document with each motion beginning on a new page within that document. Opposition shall be filed on or before July 1, 2024. Each party's oppositions to motions in limine should be filed in a single document with each opposition beginning on a new page within that document. Where necessary for sealing purposes, a motion in limine or opposition to a motion in limine may be filed separately from the rest of the motions/oppositions. Parties should be prepared to present argument on these motions at the final status conference.

## II. Witnesses

The government shall, and Defendant may, file witness lists no later than June 26, 2024. Each party may call a witness designated by the others.

## III. Exhibits

While the Court is cognizant of the government's burden and the defendant's right to not present evidence at trial, identification of potential exhibits will streamline the trial for the parties and the jury. Accordingly, counsel and/or parties shall file their respective exhibit lists no later than June 26, 2024.

No exhibit shall be marked with or entered into evidence under multiple exhibit numbers. All exhibits must be pre-marked as discussed below.

At trial, joint exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2. The government's exhibits shall be listed numerically, and defendants' exhibits shall be listed alphabetically. The parties must prepare three (3) separate exhibit binders for use by the Court at trial, with a side tab identifying each exhibit in accordance with the specifications above. Each binder shall have an identification label on the front and spine. **The final exhibit binders are due to the Court on the first day of trial.**

////

### IV. Stipulations

The Court is unaware of any stipulations at this time.

### V. Trial Briefs

Trial Briefs from both parties shall be filed on June 26, 2024.

### VI. Joint Statement of the Case

Parties shall file a stipulated joint statement of the case by June 26, 2024.

### VII. Proposed Jury *Voir Dire*

By June 26, 2024 parties shall file proposed questions to be asked by the Court during jury selection. Parties are advised to limit the number of proposed *voir dire* and to only propose questions they feel are essential.

Each party will be limited to 20 minutes of jury *voir dire*.

### VIII. Proposed Jury Instructions

The Court directs the parties to meet and confer in an attempt to generate a joint set of jury instructions.

On or before June 26, 2024 parties shall submit Joint Proposed Jury Instructions to the Court. All blanks in form instructions should be completed and all brackets removed.

If parties are unable to agree on an instruction, parties shall include any such instruction and/or under a separate heading in Joint Proposed Jury Instructions and identify which party proposed the jury instructions or verdict and the source of and authority for the proposed jury instruction. Any objections to a proposed jury instruction shall be included in the Joint Proposed Jury Instructions. Any objection should identify the party objecting, provide a concise statement of the reasons for the objection, and include any relevant citation to authority. When applicable, the objecting party shall submit an alternative proposed instruction on the issue or identify which of his or her own proposed instructions covers the subject. All proposed jury instructions, whether agreed or disputed, shall be contained in a single document as described above.

### IX. Proposed Verdict Form

The government shall file a proposed verdict form no later June 26, 2024. Any opposition to the proposed verdict form shall be filed by the Defendant by July 1, 2024.

### X. Filing Documents

All documents mentioned above, including but not limited to Proposed Jury Instructions, Witness Lists, Exhibit Lists, Joint Statement of the Case, Proposed Verdict Form, and Motions in Limine, shall be filed on the docket in this action **and** also emailed as a Word document to djcorders@caed.uscourts.gov.

### XI. Discovery

All reciprocal discovery requests must be made on or before May 30, 2024. All discovery, aside from discovery generated as part of the trial preparation process itself, shall be produced on or before June 6, 2023.

### XII. Rule 12 Motions

Any Rule 12 pre-trial motions must be filed on or before June 13, 2024. *See* Fed. R. Crim. P. 12(c)(1).

### XIII. Trial Confirmation Hearing

A Trial Confirmation Hearing is Set for June 20, 2024 at 9:00 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta. At that time, the Court will confirm the trial date and the dates within this order.

### XIV. Final Status Conference

The Court will conduct a Final Status Conference on July 3, 2024 at 9:00 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta. At that time, the Court will hear argument on motions in limine and any outstanding matters to be resolved before trial.

////

////

## XV. Trial Date/Estimated Time of Trial

Jury Trial is set for July 8, 2024, at 8:30 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta. Trial is anticipated to last 6 court days. The parties are directed to Judge Calabretta's standard procedures available on his webpage on the court's website.

The parties are to contact Gabriel Michel, Courtroom Deputy for Judge Calabretta, via email (gmichel@caed.uscourts.gov), one week prior to trial to ascertain the status of the trial date.

## XVI. Objections to Pretrial Order

Each party is granted 7 days from the date of this order to file objections to this order. If no objections are filed, the order will become final without further order of this Court.

Dated: May 24, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE