1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    CASE NO.  2:24-CR-101-DJC

11                         Plaintiff,            STIPULATION REGARDING BRIEFING
                                                 SCHEDULE FOR DEFENDANT'S MOTION FOR
12                    v.                         FRCP RULE 29 MOTION FOR ACQUITTAL, OR
                                                 ALTERNATIVELY FRCP RULE 33 MOTION FOR
13  ANTON ANDREYEVICH IAGOUNOV,                  NEW TRIAL

14                         Defendant.

15

16                                  **STIPULATION**

17        Plaintiff United States of America, by and through its counsel of record, and the defendant,

18  Anton Andreyevich Iagounov, by and through his counsel of record, hereby stipulate as follows:

19        1.      The trial in this matter concluded on July 10, 2024, with the jury returning guilty verdicts

20  on all four counts charging the defendant with violating 18 U.S.C. § 912.  ECF No. 45.

21        2.      On July 24, defendant filed a motion for judgment of acquittal, under Federal Rule of

22  Criminal Procedure 29, or, in the alternative, a motion for a new trial, under Rule 33.  ECF No. 50.

23        3.      Counsel for the government and the defense have conferred on a briefing schedule before

24  the filing of the motion and agreed to the hearing date of August 22, 2024, before this Court.

25        4.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

26  schedule on the defendant's motion as follows:

27              a)      The government's response to the defendant's motion to be filed on or before

28        August 9, 2024;

STIPULATION RE BRIEFING SCHEDULE                    1

1    b)    The defendant's reply to the government's response to be filed on or before

2  August 15, 2024.

3    IT IS SO STIPULATED,

4  Dated:  August 8, 2024                    PHILLIP A. TALBERT
                                            United States Attorney
5

6                                           /s/ JAMES R. CONOLLY
                                            JAMES R. CONOLLY
7                                           Assistant United States Attorney

8
   Dated:  August 8, 2024                    /s/ MICHAEL HEUMANN
9                                           MICHAEL HEUMANN
                                            Counsel for Defendant
10                                          ANTON ANDREYEVICH IAGOUNOV

11

12                              **ORDER**

13    Based upon the stipulation and representations of the parties, the Court adopts the following as a

14  revised briefing schedule regarding the defendant's motion for sentence reduction:

15    a)    The government's response to the defendant's motion, ECF No. 50, is due on or before

16  August 9, 2024;

17    b)    The defendant's reply to the government's response, if any, is due on August 15, 2024.

18

19    IT IS SO FOUND AND ORDERED this 9th day of August 2024.

20

21                                          /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION RE BRIEFING SCHEDULE                    2