# FAX

RECL

2024 AUG 15 A 8: 11

U.S. ATTORNEY'S OFFICE
SACRAMENTO, CALIFORNIA

**TO:**

Name: Honorable Judge Calabretta

Fax Number: Multiple Recipients        # of Pages: **13**

(including cover sheet)

**FROM:**

Name: Natalia Sandhu

Fax Number: (858) 463-2733

---

**Subject:** 2:24-cr-00101-DJC

---

**Message:**

Ref: DHS-CISA incident# INC000010405245, and OPR# 263-HQ-1261261

Dear Honorable Judge Calabretta,

I am submitting to you additional prove of the defendant Mr.Iagounov's background and work experience, including ; Statement of Facts, Training Certificates, and other supporting materials.This is FAX 1 OF 3.
Thank you.

Sent by Natalia Sandhu on behalf of Anton Iagounov( TCOLE ID#443725).

Statement of Facts

Defendant Background:

I, Anton Iagounov, swear the foregoing is true, correct, and affirm the following;

I have previously held job positions as a federal officer, during which I maintained a "public trust" (SF-86) government clearance, thus, was granted access to government priviliged data systems, including, but not limited to, "Sensitive Security Information." As a federal officer, I have worked with various U.S. government agencies, which include; Department of Homeland Security (DHS # 871504), Federal Emergency Management Agency (FEMA), Transportation Security Administration (TSA), Department of Defense (DOD), National Security Agency (NSA), and National Guard (DOD).

Prior to my work as a federal officer, I was a "peace officer" with the State of Nevada, were I graduated from a "police academy" before my employment with DHS. Additionally, I have attended various law enforcement academies, including; the FBI Cyber Investigator Certificate Program (CICP), FBI Virtual Academy (LEEP), National Guard's Multi-Jurisdictional Counter-Drug Task Force (MCTFT), Narcotics Officer-Instructor program (MMC International), United Nations Office on Drugs and Crime (UNODC), Texas Commission on Law Enforcement-Human Trafficking Awareness (TCOLE), California Commission on Peace Officer Standard Training (P.O.S.T. 832/Arrest, Search, and Seizure), Federal Law Enforcement Training Centers (FLETC), and the National White Collar Crime Center (NC3W), thus, I do possess a specialized body of knowledge acquired through advanced education and training.

In 2020, I earned my Bachelor's of Science (B.S.) in Criminal Justice and Administration, and received certification as a Certified Professional Ethical Hacker (CPEH) from an industry leading authority (Mile 2) which meets DOD and FBI standards for cybersecurity.

It was also during this time I successfully completed the National Security Agency (NSA) Code Breaker Challenge, for which I received a medal, and hand signed letter of acknowledgement from U.S. Army Director and 4-Star General "Paul Nakasone."

2004-Present, I have worked as a "security contractor," parallel to, and in between government jobs, with an emphasis in "executive protection," and "cybersecurity." Currently, I operate my own cybersecurity firm (U.S. Cybersecurity Investigations, LLC-Wyoming), and a non-profit private investigations organization (Kids United Bureau-Wyoming), which specialize in locating, recovery, and executive protection of missing and endangered children.

As a cybersecurity professional, much of my expertise revolves around signals intelligence and data analysis, with a special interest in the field of "Telecommunications" and "Radio Frequency Identification" (RFID) technology used in modern day "Physical Access Control Systems," or "PACS." It was during my employment with DHS that I gained the knowledgebase and experience of "red teaming," which is an "offensive" government training exercise whereby federal agencies conduct periodic testing of security systems in response to "hypothetical" scenarios, to test the government's own abilities in response to fictitious threats, with the purpose of detecting security vulnerabilities.

From a cybersecurity perspective, "red teaming" usually consists of "social engineering," "penetration testing," and "ethical hacking." The application of "red teaming" involves an investigative technique developed by the "Central Intelligence Agency" (CIA) known as "parallel construction," or "reconstructing the evidence chain," which is also commonly used by the U.S. Drug Enforcement Administration in the handling and use of "human intelligence," (HUMINT), or what are otherwise known to law enforcement agencies as "Confidential Human Sources" (CHS).

U.S. Cybersecurity Investigations, LLC (formerly "Blockchain, Apps, and Multimedia")

Summary of Investigation

January 7th, 2014: I visited the FBI's Sacramento field office, during which I hand delivered a notarized sworn affidavit regarding a persisting insider threat from within the U.S. government, at that time believed to be working for the National Security Agency (NSA), and associated with former Central Intelligence Agency (CIA) Officer and Federal Bureau of Investigations (FBI) translator, "Alexander Yuk Ching Ma," in connection with espionage activity against the United States of America, and a possible nuclear threat against the capital of the United States (Washington, District of Columbia) involving a recovered "broken arrow."

January 21st, 2014: I received a follow up phone call from a Special Agent of the United States Secret Service (USSS), Riverside, California resident agency, during which I corroborated information from the notarized sworn affidavit which I previously submitted to FBI Sacramento.

July, 2014: I met and spoke with Sacramento ATF (Alcohol, Tobacco, Firearms, & Explosives), including ATF Special Agent "Brian Havers," and California's Department of Justice (DOJ), Bureau of Firearms' (BOF) Special Agent "Lee Cariega," regarding a firearms trafficking incident that had occurred in a school zone, during which subject "Arun V. Sukesan" (dob 02/05/1988) had purchased a home made high-powered assault rifle (ghost gun without a serial number) from a Department of Defense employee and associate to "Nathan Vickery" of Yuba City, California, which led to the arrest of Sukesan on charges of "prohibited persons in possession of a firearm." At that time, Sukesan was also on a terrorist watchlist, and under surveillance for his involvement with drug trafficker, and former Yuba City Police Officer "Harminder Phagura."

August, 2014: After receiving numerous threats, and other suspicious activity from persons unknown, I filed a complaint with the Federal Trade Commission (FTC complaint # 74260158), stating I was a target of harassment and stalking by hostile actors who had attempted to misuse my identity for illicit purposes.

November, 2017: I interviewed with special agents of the United States Secret Service (USSS) at the Reno, Nevada resident agency in regarding a vulnerability to U.S. government "Common Access Cards" (CAC) used for U.S. "Physical Access Control Systems" at government facilities, and affecting electronic supplies obtained by U.S. government agencies from GSA vendors "Idemia," "Schlumberger Seema," and "Assa Abloy AB."
2019: I received an email from a client asking for "email forensics" services in response to a possible "broken arrow," or what is otherwise known as a "lost nuclear device," believed to have been recovered by a staff member of the "San Diego's Regional Chamber of Commerce." My scope of the investigation was strictly limited to "email forensics," during which I concluded the authenticity of the initial report.

June, 2020: I attended the National Security Agency (NSA) Code Breaker Challenge 2020, for which I received a medallion and hand signed letter of acknowledgement from NSA Director and 4-Star U.S. Army General "Paul Nakisone."

August, 2020: I was contacted by a client via encrypted messenger with a work order request to investigate "Artificial Intelligence" (AI) based "Voice Cloning" technology for the purpose of strengthening "biometrics" security of "Common Access Card" (CAC) "Physical Access Control Systems" (PACS) for private sector companies involved with government contracting (GSA). I was provided an audio clip of radio talk show host "Joe Rogan," which was "AI" generated and developed by the Massachusetts Institute of Technology (MIT). My task was to "decode" and "reverse engineer" the audio speech patterns using conventional audio/studio software (ex. Audacity), and to discredit the authenticity of "AI" voice cloning, so as to make such detectible by developing "biometrics" systems, for which I was compensated by the client with cryptocurrency (bitcoin).

2020-2021: I continued to investigate "Artificial Intelligence" voice cloning technology in it's application by means of "Telecommunications," particularly in conjunction with TSCM (Technical Surveillance Countermeasures) and "IMSI Catchers" (Stingrays), and the performance of "relay attacks" using "IMSI Catchers as a "Man-In-The-Middle" to intercept and re-route telecommunications in which at least one party (caller) is using a mobile device. More specifically, the scope of the research focused on "5G" cellular towers manufactured by Chinese telecommunications mogul "Huawei," and which were at that time installed in the Washington, District of Columbia area, and said to process capabilities of causing interference to United States National Missile Defense systems (U.S. NMDs).

November 2021-April 2022: While on assignment as a private investigator in Carson City, Nevada, I investigated public corruption in connection with child trafficking by Nevada officials. It was also during then that I received a work order to review and analyze data from RFID based "Common Access Card" (CAC) "Physical Access Control Systems" (PACS) breach affecting the Federal Bureau of Investigations (FBI) Utah field office, which was believed to have been orchestrated by a group of malicious persons responsible for the 2022 White House incident, whereby individuals had assumed the identities of federal agents to unlawfully gain entry to the White House (1600 Pennsylvania Ave., Washington, D.C.), after befriending and bribing United States Secret Service personnel.

August-October 2022: In result of my research into "Artificial Intelligence" voice cloning technology, I discovered a compromise to U.S. government "Telecommunications Systems," including RFID based "Physical Access Control Systems," which are depend on biometrics, and located at the DOD's Pentagon. In the process thereof, I reported a critical flaw affecting telecommunications between the White House Situation Room (National Security Council) and the "Central Intelligence Agency" (CIA) security operations center (3056 Bear Wallow Rd., Warrenton, Virginia). In accordance with Title 1 U.S.C. Sec. 102, "Department of Homeland Security Bug Bounty Program," I submitted multiple "Vulnerability Disclosure Reports"

through the "Cybersecurity and Infrastructure Security Agency" (CISA) online web portal, explaining the "Proof-of-Concept" for the following vulnerabilities (FCC Ticket # 5755370);

1) How malicious actors can eavesdrop on U.S. government telephone systems at the White House Situation Room by conferencing calls via VOIP (Voice Over Internet Protocol) and "SIP Trunking," in conjunction with "Caller ID Spoofing." Using a 9.12.2022 White House Situation Room telecommunications breach as an example, during which TS//SCI (Top Secret Sensitive Compartmented Information) was compromised.

2) A compromise to U.S. government "Common Access Cards" (CAC) used for "Physical Access Control Systems," affecting U.S. military installations domestically, and abroad, which are susceptible to "Relay" and "Man-In-The-Middle" attacks via "TSCM" (Technical Surveillance Countermeasures) equipment capable of disrupting U.S. NMDs by a process called "Enumeration," in conjunction with "Relay."October 27th, 2022: I interviewed with federal agents from the "Office of the Inspector General" (OIG)-"National Aeronautics Space Agency" (NASA) and the "Central Intelligence Agency" (CIA), during which I reaffirmed my "Vulnerability Disclosure Reports" in part, explaining the process and "Proof-of-Concept." It was during this interview I also cautioned the federal agents of a severe threat to presidential security, which is very likely to result in serious bodily injury and/or death to the President of the United States of America (POTUS) "Joseph Biden." Furthermore, this can be corroborated with ATF Idaho (ATF Special Agent Kitt).

March, 2022: I was contacted by a Special Agent of the "Office of the Inspector General," "National Aeronautics Space Administration" (NASA), regarding unauthorized drone activity at the KXTA airport (Lincoln County, Nevada), which was reported approx. 12.17.22 by security personnel (G4S Secure Solutions) in response to a suspicious persons who was later cited for trespassing on military property (DOD) by the Lincoln County Sheriff's Office (LCSO). Previously having worked with Airport Authority in Nevada, and having familiarity with KXTA, specifically that being a 2022 incident whereby KXTA fire alarm systems had alerted authorities to a series of critical errors, my professional opinion on the matter is that the persons responsible for the KXTA fire systems alarm disruptions of 2022 were highly likely the same perpetrators responsible for the unauthorized drone activity at KXTA on or about 12.17.22.

April-May 2023: I spoke with, and provided information to, criminal investigators of the "United States Air Force" (USAF) "Office of Special Investigation," in a follow up to an ongoing investigation into child trafficking (2014, MyRedBook.com) involving USAF staff assigned to the Cheyenne Mountain Complex (NORAD), and the use of "security contractors" to the scheme, who were assigned to that location (1 Norad Rd., Cheyenne, Colorado), believed to be working for foreign agents of the "People's Republic of China" (ROC), and who have compromised DOD "Physical Access Control Systems" by obtaining the "source code" to U.S. government "Common Access Cards" (CAC), which malicious actors have successfully replicated with CAC writing software/hardware.

*The 2014 MyRedBook.com investigation yielded clues of child sex trafficking after a gold "Lexus" sedan California license plate was reported to FBI Sacramento as being implicit to a prostitution ring operating out of the "Econo Lodge Inn & Suites" at 730 N. Palora Ave., Yuba City, California (March, 2014).


# Certificate of Participation

*Awarded to*

## Anton Iagounov

*for the successful completion of*

## The El Dorado County Sheriff's Office Citizen's Academy

*November 3, 2015*

Detective Sean Fitzgerald

Sheriff John D'Agostini

# The United States of America



## Department of Homeland Security
## Federal Law Enforcement Training Center
## Certificate of Completion

# Online Training Video

**Constutional Law Webinar**

Course Title

**January 1, 2017**

Date

**1 Hour**

Duration

I hereby certify that I fully attended the above titled FLETC Online Training Video

Participant Name: _____ Anton Iagounov

2217627

# The United States of America



## Department of Homeland Security
## Federal Law Enforcement Training Center
## Certificate of Completion
## Online Learning Course

**Tracing Telephone Calls and Electronic Communications**

Course Title

**December 25, 2016**

Date

**20 Minutes**

Duration

I hereby certify that I fully attended the above titled FLETC Online Learning Course

Participant Name: **Anton Iagounov**

2160534

2202288

# The United States of America

## Department of Homeland Security

### Federal Law Enforcement Training Center

# Certificate of Completion

## Online Learning Course



Intercepting Wire, Oral and Electronic Communications

Course Title

December 23, 2016

Date

**45 Minutes**

Duration

I hereby certify that I fully attended the above titled FLETC Online Learning Course

Participant Name:

Anton Iagounov



UNODC
United Nations Office on Drugs and Crime

goLEARN

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

### Application of Intelligence

September 4, 2015

UNODC Global eLearning Programme





UNODC
United Nations Office on Drugs and Crime

goLEARN

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

**Basic Intelligence Analysis**

October 28, 2015

UNODC Global eLearning Programme



**UNODC**
United Nations Office on Drugs and Crime

**goLEARN**

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

### The Intelligence Cycle

August 28, 2015

UNODC Global eLearning Programme



Certificate of Completion

OSS Academy®

Certifies that

**Anton Iagounov**

has successfully completed an online course of instruction in

**Internal Affairs Investigations (TCOLE)**

for

Course Credit(s) 1.00 Hour(s)

Monday, June 27, 2016

David Lee Salmoni II, Training Coordinator
TCOLE Number 513940

# FAX

RECE

2024 AUG 15 A 8: 11

U.S. ATTORNEY'S OFFICE
SACRAMENTO, CALIFORNIA

**TO:**

   Name: Honorable Judge Calabretta

   Fax Number: Multiple Recipients     # of Pages: **11**
                                        (including cover sheet)

**FROM:**

   Name: Natalia Sandhu

   Fax Number: (858) 463-2733

---

**Subject:** 2:24-cr-00101-DJC

---

**Message:**

Ref: DHS-CISA incident# INC000010405245, and OPR# 263-HQ-1261261

Dear Honorable Judge Calabretta,

I am submitting to you additional prove of the defendant Mr.Iagounov's background and work experience, including ; Statement of Facts, Training Certificates, and other supporting materials.This is FAX 2 OF 3.
Thank you.

Sent by Natalia Sandhu on behalf of Anton Iagounov( TCOLE ID#443725).

---





**UNODC**
United Nations Office on Drugs and Crime

**goLEARN**

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

### Human Rights in the Community

January 25, 2016

UNODC Global eLearning Programme




**UNODC**
United Nations Office on Drugs and Crime

**g OLEARN**

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

### Investigating Drug Organised Crime

August 7, 2015

UNODC Global eLearning Programme





**UNODC**
United Nations Office on Drugs and Crime



goLEARN

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

### Undercover Operations

September 2, 2015

UNODC Global eLearning Programme



# STATE OF NEVADA
## DEPARTMENT OF CORRECTIONS
### EMPLOYEE ACHIEVEMENT CERTIFICATE

This is to certify that

## ANTON IAGOUNOV

has successfully completed a prescribed course in

**Pre-Service Training/ POST Basic Academy**

2016 BASIC CATEGORY III CORRECTIONAL ACADEMY
CUSTODY
16-PST-02E

consisting of _____ 320 _____ hours of formal instruction

Dated this 29th Day of July 2016

"Pride in Excellence"

DIRECTOR/DEPARTMENT OF CORRECTIONS                    TRAINING OFFICER



# CERTIFICATE OF COMPLETION

This Is To Certify That

**ANTON IAGOUNOV**

has successfully passed the

**Nevada Commission on Peace Officers' Standards and Training**
Category III State Certification Exam **(S000003)**

on

**July 27, 2016**

Executive Director,
Nevada Commission on
Peace Officers' Standards & Training



Napa Valley Criminal Justice Training Center

*Certificate of Completion Awarded To*

# ANTON IAGOUNOV

California Commission on Peace Officer Standards and Training

## 832 PC Arrest Course

STC: 0223-039254
POST: 4200-80102-15-002
40 Hours

January 4, 2016 to January 8, 2016

Damien Sandoval, Director – Napa Valley College Criminal Justice Training Center



# Certificate of Completion

## OSS Academy®

Certifies that

### Anton Iagounov

has successfully completed an online course of instruction in

**Negotiator Tactics (TCOLE) Package**

for

Course Credit(s) 6.00 Hour(s)

Monday, July 18, 2016

David Salmon
David Lee Salmon II, Training Coordinator
TCOLE Number 3139340



# MMC NARCOTIC INSTRUCTOR CERTIFICATE

This certificate, certifies that

Anton Iagounov

**Organization:** United Allied

Has successfully completed the Instructor certification program for the MMC presumptive narcotic identification tests and related exam.

M.M.J.C. Jungbeker

Test Coordinator, MMC International BV

2/27/2018

Date

# FAX

RECE...

2024 AUG 15 A 8: 11

U.S. ATTORNEY'S OFFICE
SACRAMENTO,CALIFORNIA

## TO:

Name: Honorable Judge Calabretta

Fax Number: **Multiple Recipients**    # of Pages: **20**
(including cover sheet)

## FROM:

Name: Natalia Sandhu

Fax Number: (858) 463-2733

---

**Subject:** 2:24-cr-00101-DJC

---

**Message:**

Ref: DHS-CISA incident# INC000010405245, and OPR# 263-HQ-1261261

Dear Honorable Judge Calabretta,

I am submitting to you additional prove of the defendant Mr.Iagounov's background and work experience, including ; Statement of Facts, Training Certificates, and other supporting materials.This is FAX 3 OF 3.
Thank you.

Sent by Natalia Sandhu on behalf of Anton Iagounov( TCOLE ID#443725).

# Tsunami: How Governments Traffic Drugs into Minority Communities, Political Corruption, and the Murder of Tupac Amaru Shakur

by Anton Iagounov

Copyright Anton Iagounov 2022

## Table of Contents

1. Summary
2. Music Industry
3. Bunny Ranch Legal Brothel
4. Naval Base Point Loma
5. Beale Air Force Base
6. Douglas County Sheriff's Office
7. Nevada Department of Corrections
8. City of Refuge
9. Carson City Sheriff's Office
10. Russian Intelligence

## Affidavit of Complaint

**Re: FBI Case #226A-LA-201807**

**Summary:**

I, Anton Andreyevich Iagounov, being duly sworn hereby state the following;

Since 2004, I have worked in an unofficial and official capacity, as an Intelligence Officer for the U.S. Dept. of Justice-Office of the Inspector General (USDOJ-OIG), California Peace Officer, and Federal Agent for the U.S. Dept. of Homeland Security.

I was particularly selected by the USDOJ-OIG based on my unique background: my father's involvement with "Russian Organized Crime" and the infamous Russian gangster "Vyacheslav Ivankov" (a.k.a. "Yaponchik" or "Little Japanese"), and my mother's affiliation with theater, especially that of USSR government controlled and operated "Obraztsov Puppet Theater."

June 22nd, 1993, I immigrated to the U.S. illegally, crossing the Juarez, Mexico-El Paso, Texas-U.S. border.

In 2020, I graduated from the University of Phoenix where I received my Bachelor of Science in Criminal Justice Administration, with an emphasis in Homeland Security.

Additionally, I've obtained investigative training in white-collar crime, money laundering, human trafficking, missing & endangered children, cold cases, internal affairs, undercover operations, surveillance, counterintelligence, narcotics interdiction, gang recognition, and high-tech computer & electronic crimes, thus, do possess a specialized body of knowledge acquired through advanced education and training.

The aforementioned learning is from approved training authorities, including: Federal Law Enforcement Training Centers (FLETC-DHS), FBI's Training Division (FBI), Multi-Jurisdictional Counterdrug Task Force (National Guard), California's and Nevada's Commission on Peace Officer Standards and Training (POST), Texas Commission on Law Enforcement (TCOLE), United Nations Office on Drugs and Crime (UNODC), National White Collar Crime Center (NW3C), and the United States Department of Justice (DOJ).

Furthermore, I have trained and consulted with security and law enforcement industry professionals that have worked high profile cases, including "Rob Dick" of "Renegade Investigations," who investigated the 2008 murder of 2 year old "Caylee Marie Anthony."

I am also an NSA Code Breaker (2019), for which I received a formal letter of acknowledgment and medal of recognition from the National Security Agency (NSA).

**Allegations:**

**21 U.S. Code Sec. 843 (b)** Use of communications facilities for the purpose of narcotics trafficking

**18 U.S. Code Sec. 1591** Sex trafficking of children

**18 U.S. Code Sec. 1960** Money laundering of drug proceeds by means of an unlicensed "Money Transmitter Business"

**18 U.S. Code Sec. 1117 & 1111** Murders of "Tupac Amaru Shakur," "Yafeu Akiyele Fula" (witness to Shakur's murder), "Frank Dwight Alexander" (Shakur's body guard), "Johnny Lee Jackson" (Shakur's producer), "Christopher George Latore Wallace," Detective "Russell Wayne Poole" (Los Angeles Police Department, or "LAPD"), Captain "James Sabow" (United States Marine Core, or "USMC"), Detective "Michael Ruppert" (LAPD), Deputy "Carl Howell" (Carson City Sheriff's Office, or "CCSO"), Deputy "Brian Ishmael" (El Dorado County Sheriff's Office, or "EDSO"), and U.S. National Guard members Sergeant "Miranda McElhiney," Sergeant "Christian Riege," and Major "Heath Kelly"

**18 U.S. Code Sec. 1169** Failure reporting child abuse/endangerment in Indian Country

**Locations:**

"Bunny Ranch Legal Brothel" (Mound House, NV)
"Bael's Air Force Base" (Yuba City, CA)
"Edwards Air Force Base" (Kern County, CA)
"Homey Airport," a remote detachment of "Edwards Air Force Base" (Groom Lake, NV)
"Hawthorne Army Depot" (Hawthorne, NV)
"Kadena Air Base" (Okinawa, Okinawa Prefecture, Japan)
"Naval Base Point Loma" (San Diego, CA)
"Marine Corps Base Camp Pendleton" (Oceanside, CA)
"Army Garrison Camp Williams" (Saratoga Springs, UT)
"Cheyenne Mountain Complex" (El Paso County, CO)
"El Torro Air Force Base" (Irvine, CA)
"City of Refuge" (Carson Valley, NV)
"Pyramid Lake Paiute Reservation" (Washoe, Storey, and Lyon Counties, NV)

**Supporting Evidence:**

## Music Industry

Beginning in 2004, I began work in an unofficial capacity as an Intelligence Officer for the United States Department of Justice, Office of the Inspector General's Investigations Division.

Because of my interest and involvement with the music industry, "hip-hop" in particular, I was assigned to investigate the murder of late-rapper "Tupac Amaru Shakur." It was during this that I pursued a music career using the artist name "Event," which was also my assignment "cover."

During the course of my investigation, I have either personally met, or had conversations with;

*"Spice 1" (a.k.a. "Robert Lee Greene Jr."), "Sly Boogy" (a.k.a. "Timothy Martin"), "Crooked I" (a.k.a. "Dominick Antron Wickliffe"), "G. Malone" (a.k.a. "Charles Penniman"), "40 Glocc" (a.k.a. "Lawrence Carl Demetrious White"), "Wacy Loco" (a.k.a. "Christopher Wise"), "50 Cent" (a.k.a. "Curtis Jackson"), "Spider Loc" (a.k.a. "Curtis Williams"), Shakur's producers "Harold Fretty" (a.k.a. "Scrap"), "Johnny J" (a.k.a. "Johnny Lee Jackson"), and others.*

About December of 2004, I met with Shakur's friend and bay area rapper Spice 1, along with his

entourage, which at that time consisted of: various members of "Jam Entertainment," "Wacy Loco," "Diamond D" (former "Death Row Records, Inc." affiliate), and "Anthony Lamar Elam." It was during this that we traveled from Southern California to Rosewell, New Mexico, for a live hip-hop performance which Spice 1 and Jam Entertainment had been booked.

I had previously met some of the aforementioned at a music recording studio, located at 3708 San Fernando Rd., Glendale, CA 91204, owned by "Beno Blanko" (a.k.a. "Benny Blanko"). Blanko is a music producer, and entrepreneur, associated with various artists in the hip-hop community, including stand-up comedian "Katt Williams," and former Death Row Records, Inc. CEO "Suge Marion Knight."

It was then that I learned Blanko, and others associated with a recording studio known as the "Mint Room," located at 902 S Glendale Ave, Glendale, CA 91205, were involved in the interstate trafficking of narcotics, and doing so under the guise of legitimate businesses, especially in the automotive industry as such relates to automotive customization.

It was during the visit to Roswell, New Mexico, and as a result of statements obtained from Spice 1 in relation to Shakur's murder, that I learned of the interstate drug trafficking operation, and its implication of public officials, including former Death Row Records, Inc. employees: "Reginald Wright Sr" (Lieutenant, Los Angeles Sheriff's Office), and "Reggie Wright Jr" (Police Officer, Compton City Police Department), both of which served as "intelligence sources" for the U.S. Drug Enforcement Administration (DEA).

Based on my experience, and witness statements from persons who had previously worked for Death Row Records, Inc., I know that the record label was formed using $1.5 million dollars of drug trafficking proceeds, which were laundered through the real-estate industry, and obtained by Knight from convicted drug trafficker "Michael Harry-O Harris."

In 2015, I had again met with Spice 1 at the "MontBleu Resort Casino & Spa" in Stateline, Nevada, where he had been promoting his new mix-tape album "Haterz Nightmare," during which we discussed collaborating on a music project. May 27th, 2020, I contacted Spice 1 via email, during which he agreed to feature on a music project featuring myself and former Death Row Records, Inc. rapper "Kurupt" (a.k.a. "Ricardo Emmanuel Brown"). Spice 1 asked to be monetarily compensated for his feature, requesting I send $500 to his "Cash App" account ($Qbosilini), to which I sent the monies same day (Cash App receipt identifier #AJER0VF).

January 2022, I contacted Harold Fretty via Facebook, and then telephone, during which Fretty and I collaborated on a music project, whereby Fretty supplied me with a music instrumental to which I later recorded audio vocals at "Adamack Studios," 3320 Conte Dr., Carson City, NV 89701.

I maintained telephone contact with Fretty until mid-February of 2022, when Fretty and I discussed the hip-hop music industry, the illegal narcotics trade, and during which I was able to confirm "BMF" ("Black Mafia Family") involvement as an "intelligence source" for government officials, as Fretty stated he had contact with BMF founders "Demetrius Flenory" (a.k.a. "Big Meech") and "Terry Flenory" (a.k.a. "Southwest T").

### Bunny Ranch Legal Brothel

Sometime July 6th, 2009, I assumed the identity of a customer at the "Bunny Ranch" legal brothel where I met with Nevada sex-worker "Mika Tan," during which I informed Tan that I was a private

investigator and investigating a matter of public corruption in connection to Shakur's murder. Tan stated that she was in the entertainment industry and has appeared in Rap music videos, including that of "Eazy-E." During our conversation I learned Tan is also a "pornographic actress," and has featured in hundreds of adult films.

I interviewed Tan for about 4 hours in the lobby area of the brothel, during which I asked about Tan's drug use, and other personal habits. Tan stated that she did not use illegal drugs and drank occasionally. Tan also said that she was from a "military family," and that her sister was USMC.

Furthermore, I questioned Tan about her knowing of narcotics trafficking within the "adult film industry," which Tan admitted having knowledge of. Onward, Tan stated that the "military industrial complex" is being used for the trafficking of narcotics, primarily cocaine, and as a logistics network for child prostitution, especially that of young girls, most of whom are said to be in their teens, though some being as young as 12 years old.

In addition, Tan informed me of involvement by Nevada public officials with interstate drug trafficking led by a multinational criminal enterprise, specializing in narcotics and human sex trafficking, which involves the sexual exploitation of children, and teenage girls who would often be brought to the "Bunny Ranch" via private helicopters, and using false identities, would be prostituted to public officials and gaming industry VIPs, including "Jefferey Epstein's" friend and associate "Leon Black" of the "Apollo Group."

Respectively, I learned that Shakur and Wallace affiliates, and known drug traffickers, "Jacques Agnant" (a.k.a. "Haitian Jack") and "James Rosemond" (a.k.a. "Jimmy Henchmen") had been working as "intelligence sources" for the DEA, and actively trafficking narcotics across the interstate from 1990's-2000's. I was familiar with Rosemond from a January, 2005 conflict between members of Rosemond's "Czar Ent." and 50 Cent's "G-Unit Records," during a 50 Cent live music video production in Los Angeles, California.

Also, Tan mentioned names of Nevada public officials implicit to the artifice, including: Sheriff "Kenneth Furlong" (Carson City Sheriff's Office, or "CCSO"), former Police Officer, now Police Chief "Jason Soto" (Reno Police Department, or "RPD"), former Police Officer "John Gerald Poland" (South Lake Tahoe Police Department, or "SLTPD"), former Nevada Attorney General "Adam Lexalt," former Nevada Governor "Brian Sandoval," and former Deputy "Andrew Casacca" (Washoe County Sheriff's Office, or "WCSO"), further stating that the brothel was frequently visited by members of local law enforcement and military personnel.

Additionally, Tan stated that Nevada Peace Officers would often search query the "NCIC" (National Crime Information Center) for information, such as license plate numbers, and "PII" (Personally Identifiable Information), which Officers would then provide to known street criminals and "confidential informants," in exchange for monies, or tangible goods (ex. firearms, jewelry, valuables, etc.).

This was later confirmed January 17th, 2013, with the arrest and indictment of Officer Poland of the SLTPD, and again on June 23rd, 2016, when former WCSO Deputy Casacca was arrested on public corruption charges (Agency #FBI194D-LV-42361330). Both cases were related to the same drug source.

Tan was forthcoming in furnishing me with information, and emphasized that she wanted to help

others, because she herself was sexually abused as a child, hence, the reason for her cooperation.

## Naval Base Point Loma

February 20th, 2014, I was acquainted with "Tasha Hollingsworth," with whom I maintained communications until February 2018. Hollingsworth and I were romantically involved during her stay at the "Econo Lodge Inn & Suites," Yuba City, California, where we had met.

In March of 2014, Hollingsworth traveled to San Diego, California to stay at "Naval Base Point Loma," to which she had delivered money using prepaid "Money Paks" in exchange for cocaine that had been previously trafficked to Hollingsworth's associate "Paul Lehman."

The exchange of cocaine was provided on "consignment" by members of the U.S. Department of Defense' (DoD) USMC and prearranged by Hollingsworth's longtime friend "John Fluckinger."

Furthermore, I learned from my conversations with Hollingsworth that once drugs are delivered to a trusted source, a ledger is maintained. Level of trust is determined by the surrounding circumstances in which a prospecting drug trafficker is introduced to the operation (and by whom), and the frequency of reoccurring drug purchases.

In addition, drugs are often trafficked by "blind mules" and "confidential informants," then, once in U.S. territory, are redistributed through an established logistics platform, using a combination of knowing and unknowing actors, and by means of General Services Administration (GSA) government contractors, including "U.S. Site Services, Inc." (DUNS #13-303-6850), and others, as a means of transporting the narcotics onto military installations.

Simply put, the artifice is no different than a "multi-level pyramid scheme," and so long as the numbers, figuratively speaking, remain within a normal range, or otherwise meet an expected "quota," then the drug trafficking operation continues as usual, with little to no oversight.

Because a greater majority of members are anonymous, or pseudonymous, and the organization is "loosely knit," with only a select number of informed participants, all of which hold "Top Secret-Sensitive Compartmented Information" (TS/SCI) clearances, the "Drug Trafficking Organization" (DTO) is able to operate covertly and without arousing suspicion.

## Beale Air Force Base

This has been confirmed by witness "Hailey Koval," whom I met through mutual friend "Christiana Golder," about sometime March 2014, at the "Econo Lodge Inn & Suites," Yuba City, California.

Golder at that time was pregnant and preparing to relocate to Japan so she can be with her husband "Andre Thomas Smith" of the United States Air Force (USAF), who was stationed at the "Kadena Air Base" in Okinawa Prefecture.

Koval's husband at the time, "Ryan Koval," was also employed by the USAF, and working at the "Beale Air Force Base." According to Hailey, she and her husband Ryan were having marital problems as a result of Ryan's cocaine use, which he was receiving from a co-worker at Beale Air Force Base. Additionally, Hailey stated that DoD personnel were actively trafficking narcotics to various U.S. government-controlled facilities, including "Marine Corps Base Camp Pendleton" in Oceanside,

California.

Hailey stated that DoD personnel implicit to drug trafficking were also "swingers," or otherwise entertain a sexually explicit lifestyle in which they engage in sharing sex partners and indulge in abnormal sexual activity such as physical violence (ex. erotic asphyxiation), and other extreme fetishes, for the purpose of sexual arousal, all of which is directly correlated to, and fueled by cocaine drug use.

### Douglas County Sheriff's Office

In 2015, I had trained with members of the Douglas County Sheriff's Office (DCSO), including narcotics task force Officers with the "Tri-County Drug Enforcement Team," especially as such pertains to "Powers to Arrest," "Narcotics Recognition," and "Gang Investigations." One of those Officers being "Francisco Torres," who was a Detective with DCSO before transferring to work for CCSO's "Special Enforcement Team."

About sometime August 2015, I participated in a "ride-a-long" with DCSO Deputy "Leland Love," during which Love and I patrolled the Stateline, Nevada area for the duration of his shift, responded to disturbance calls, followed-up on pending investigations, and initiated traffic stops during which I acted as Deputy Love's back-up.

While at DCSO's Stateline, Nevada station, I learned of an Officer involved shooting from a BOLO (Be On The Look Out) posted on the door to the report writing area, which detailed a 2011 incident in which an unidentified White Male Adult (WMA) driving a white pick-up truck had shot at a DCSO Deputy in a rural part of Douglas County, Nevada, during which officials believe the WMA was attempting to rid his vehicle of human remains.

Based on the description of the BOLO, and in conjunction with my training and work experience, I have further reason to believe that the individual described and sought by DCSO is a DEA "confidential informant" by the name of "James Joseph Lockman."

On April 23rd, 2018, I worked in an unofficial capacity for a special events company when I was assigned to parking lot security detail at "Harrah's Casino/Lake Tahoe," Stateline, Nevada. It was during this assignment that I met and worked with Lockman. My investigation of Lockman originates with the 2008 murder of "Elanor Nichols," and a series of unrelated killings, whereby the killer's psychological profile was matched to Lockman, and which had occurred on tribal land beginning in the 1970's, and spanning across Indian Country in Arizona, Utah, Colorado, and New Mexico.

Also, I have in my possession audio recordings obtained via body worn microphone of Lockman from the above stated date, time, and location.

### Nevada Department of Corrections

March-August 2016, I worked under Non-Official Cover as a "Correctional Officer," or what is known as a "Category III Peace Officer," for the State of Nevada, at "Ely State Maximum Security Prison."

As a "Correctional Officer," I supervised inmates, including those in administrative segregation, disciplinary segregation and considered "high-risk prisoners," conducted "cell searches," provided emergency response, and interviewed inmates as a result thereof.

June 11th, 2016, I responded to a gang related physical altercation between inmates housed in Unit 8. Subsequently, the incident followed a further investigation into gang activity extending to other housing units within the institution, and as a result, I assisted investigators, including "Correctional Emergency Response Team" (CERT) Officers "Corey Rowley," "Jason Stolk," "Stephen Mollet," and "Chris Hayman," in conducting cell searches, and interviewing inmates, which took place over the course of a week, and lasting until sometime June 19th, 2016.

It was during this inquiry that I interviewed and searched inmates "Mack Casey" (#1146861), "Jose Vigoa" (#73847), and "Carlos Espinoza" (#1014811), and discovered cryptic messages in possession of the inmates which suggested the involvement of Nevada public officials with known drug traffickers and DEA "confidential informants." As a result, I also learned that the U.S. prison system, or "prison industrial complex," is being used by DTOs for intelligence gathering purposes, and to control the drug trade by means of messengers, or "carrier pigeons."

Upon inspection, I learned that the messages were comprised of a basic "Caesar's Cipher," in which the contents thereof contained names of "Law Enforcement Officers" (LEOs), and ledgers related to monetary proceeds from narcotics trafficking. Additionally, I was able to obtain the names of LEOs implicit to the drug trafficking, including: CCSO Sheriff "Kenneth Furlong," DEA Special Agent "Shane Murray," and former FBI Special Agent "Scott Bowman."

Because the messages were immediately turned over to CERT and then forwarded to the "Cryptanalysis and Racketeering Records Unit" (CRRU), I was only able to retain partial information through notetaking, and by memory.

Moreover, I had further interviewed Espinoza in Unit 7 on separate occasions, during which Espinoza stated that LEOs implicit to the artifice were using "blind mules" to transport narcotics, including that of subject "Eduardo Sencion" (deceased), who committed suicide on September 6th, 2011, during an active shooter incident at "IHOP," Carson City, Nevada, in which Sencion shot and killed 5 patrons, including U.S. National Guard's "Miranda McElhiney," "Christian Riege," and "Heath Kelly," all of whom were material witnesses to the drug trafficking.

Espinoza also stated that Nevada public officials are using government accounts, including "Inmate Trust Accounts" operated and controlled by NDOC, and for reasons other than originally intended, including the laundering of money obtained from narcotics trafficking.

In addition to the above stated, I have also confirmed that NDOC was, and is currently, involved in the conversion of "monies" to "credits," and doing so without a license as a "Money Transmitter," which is required per NRS 671.040.

I resigned August 11th, 2016, after learning that investigators with CERT were alerted by an inmate and "confidential informant," that "there was a snake in the grass." A statement said to have originated from then-Correctional Sergeant "Timothy Jones." Jones is also an associate of drug user and narcotics trafficker "Luis Tristan" of "Silver Ridge Apartments."

## City of Refuge

Sometime October 2017, I contacted "Emily Lura Paulson," a single-mother to her 1 year old son "Dominic Paulson," with whom she resided at a home for young pregnant women and struggling mothers, "City of Refuge," a non-profit charity 501 (c) (3) organization, owned and operated by "David

Gamble," former judge for the Ninth Judicial District Court of Douglas County, Nevada.

Paulson was also a drug user, and DEA "confidential informant," who had at that time agreed to traffic narcotics for Special Agents of Reno's DEA Resident Agency, during which Paulson would frequently travel to the State of Washington, from where she would transport narcotics to Nevada, which she would then deliver to other "confidential informants" during meetings prearranged by Reno's DEA.

Paulson's son Dominic is Native-American, and has resided on tribal land with Paulson, especially so when Paulson was seeking assisted housing. According to Paulson, DTOs are operating on tribal land as "confidential informants," and doing so under the direct guidance and supervision of the DEA.

Additionally, Paulson is adamant that DTOs are also trafficking children for sexual exploitation and are able to further their illegal activities with the direct involvement of public officials, many of whom Paulson claims have knowledge of the child abuse, yet fail to report the ongoing illicit activity as required to do so by federal law.

Paulson stated that the drug trafficking scheme was organized and controlled by DEA Special Agents assigned to Reno, including DEA Special Agent "Kareen Rossi," who especially targeted single mothers in their late teens to early 20's, mainly due to the likeliness of cooperation expected from the mothers, under threat of being reported for their drug use activity to "Child Protective Services" (CPS).

Also, Paulson said she was being coerced by DEA Special Agents who forced Paulson into transporting illegal narcotics using Dominic's car seat, and baby stroller, as an instrument to conceal and traffic drugs. Paulson stated that she first began using drugs in her teens, which she would obtain through a former acquaintance, now deceased "Alex Uhler" (son of "Brian Uhler," former Police Chief of SLTPD).

Some of the information provided by Paulson has been documented with "Nevada Dept. of Public Safety's Keep Nevada Safe Initiative" (Tip #20180014), and "Nevada Crime Stoppers" (Report #1121-12877).

During a series of conversations, Paulson revealed to me that "City of Refuge" was being used as a front for money laundering of narcotics trafficking proceeds, and the defrauding of U.S. government funds allocated for assisting non-profit organizations.

It was during conversations with Paulson I also learned that Gamble was a friend of CCSO Sheriff Furlong. In 2018 Paulson worked for "Tesla Inc., Gigafactory Nevada," and was instructed by DEA Special Agents to fabricate intelligence regarding Tesla employee involvement with DTOs, so that Reno's DEA would gain reasonable grounds to investigate employees without actually having the "probable cause" to do so.

## Carson City Sheriff's Office

My inquiry into Carson City began in 2016 while employed with NDOC, and as a result of conducting cell searches and interviews of the previously mentioned inmates.

October 2017, I had worked as a "Money Messenger" in Reno, Nevada, where I transported "bulk cash" for various businesses and government entities. It was during this time I learned some of the cash was unaccounted for, and that financial ledgers were often falsified on cash drops deposited to local

banks and credit unions, by private companies linked to employees of government agencies, including the municipalities of Reno and Carson City, Nevada. One of those businesses was "Reno Aces Stadium," owned by "SK Baseball, LLC" which is in part financed by the "City of Reno," where $1 million in government subsidies is paid yearly to co-owner "The Simon Property Group."

About sometime September 2018, while in South Lake Tahoe, California, I received information from DEA "confidential informant" "Christopher Mendonca" that officials of CCSO were redistributing seized assets, mainly "bulk cash," and using CCSO controlled accounts, real estate property owned by local governments, and non-profit charity organizations, such as the "Carson City Sheriff's Supervisory Association" (EIN #88-0247377), for the laundering of illegally obtained cash.

September 2nd-September 6th, 2021, and again December 17th-December 23rd, 2021, I conducted a counter-surveillance exercise in the regions of Carson City and Reno, Nevada, utilizing a "signals intelligence" technique referred to as "war driving," in order to capture the MAC addresses of any nearby "Wi-Fi" and/or "Bluetooth" capable devices belonging to malicious persons which may have been conducting surveillance on me at the time. This technique is also useful in identifying rouge Wi-Fi "access points."

December 17th, and December 22nd, 2021, I met with intelligence intermediary "Casey Saldivar" at the "Meadowood Mall" in Reno, Nevada, during which Saldivar shared information regarding the sex trafficking of children in connection with narcotics distribution originating from "Army Garrison Camp Williams," Saratoga Springs, Utah.

April 22nd, 2022, I coordinated with FBI Special Agents "Michael Hughes" and "Doran Anderson" of FBI's Reno Resident Agency to conduct an undercover operation targeting CCSO's "Carson City Jail," where my objective was to infiltrate the institution as an inmate, and obtain financial instruments to money laundering, which I successfully completed.

Additionally, I was able to confirm that CCSO has been, and is currently, engaged in the conversion of "monies" to "credits," whereby CCSO converts cash seized from inmates at the CCSO jail using a pre-paid debit card service provided by the "Central Bank of Kansas." Also, I verified with "Nevada's Dept. of Business & Industry," that CCSO is not a licensed "Money Transmitter" with the State of Nevada, is not exempt from licensure, nor is an "agent" of a "licensee," as mandated under Nevada law pursuant to NRS 671.040.

**Other Supporting Evidence:**

### Russian Intelligence

February 27th, 2022, I received information from Russian police intelligence "Viktor Krylov," of the "Russian Ministry of Internal Affairs," that an unidentified "insider threat" at the NSA, described as a senior level Intelligence Officer, and related to "Kyle Gavin Barry," had leaked information to foreign agents of Russia regarding my whereabouts.

According to Krylov, I am currently being sought by Russian authorities in connection with a military conflict between U.S. and Russian Armed Forces in Syria, dating back to February 2018. Also, I have been on Russia's wanted persons list since 2003 for failure to enlist in the Russian Armed Forces. March 7th-April 13th, 2022, I contacted Russian authorities, including "Federal Security Service of the Russian Federation" (FSB), "Foreign Intelligence Service of the Russian Federation" (SVR RF),

Russia's "Interpol," and "Moscow Police Petrovka 38," who confirmed that Russian authorities were seeking my whereabouts as a result of the conflict in which Russian soldiers were ambushed in Syria, as a result of intelligence pertaining to private military firm "Wagner Group," which I had provided to U.S. officials working clandestine operations.

Moreover, I have spoken with "intelligence source" "Ivan Peebles Kovalev," who was arrested in Ecuador about sometime 2013-2014 on suspicion of drug trafficking, who has also confirmed the existence of the aforementioned "insider threat."

Similarly, I had also provided U.S. officials with information regarding the Saudi government's use of "cut outs," or otherwise foreign security defense contractors assuming the identities of DoD personnel under a false pretense, and in an effort to provoke conflict between the U.S. and its allies, which in response I was contacted by the U.S. Consulate in Jeddah, Saudi Arabia on April 4th, 2022.

Based on my knowledge, experience, and statements obtained from "intelligence sources," I have reason to believe that the aforementioned "insider threat" is responsible for the massive intelligence leak from within the U.S. government, as such relates to the illegal drug trade, and other information pertinent to U.S. national security, and is currently implicit to the sex trafficking of children.

Additionally, this "insider threat" is believed to be assuming different identities, including that of an "Emergency Medical Technician" (EMT), by the name of "Robert F. Lynch" (CA EMT #P24620), and has used fraudulent government credentials in the past, at times "deputizing" "intelligence sources" as "public officials," by means of "parallel construction," and under the guise of "medical research."

Lastly, the "insider threat" described herein has the means to replicate government credentials as such relate to "Physical Access Control Systems" (PACS), or otherwise known as "Common Access Cards" (CAC), and has previously gained entry to U.S. government facilities under a false pretense, using "red teaming" as cover, and is believed to be responsible for the September 12th, 2022, telecommunications systems breach affecting the White House Situation Room, whereby a "malicious actor" had re-routed and intercepted TS/SCI during a telephone conversation between the CIA's Operations Center and the White House' National Security Council.

**In Closing:**

Because some of the principles to the criminal enterprise currently receive federal funding from the Office of Justice Programs, U.S. Dept. of Justice (OJP-DOJ), headquartered in Washington, DC, I currently have a complaint affidavit pending submission with the United States District Court for the District of Columbia.

Signed on October 21st, 2022, in Washington, District of Columbia.

**Anton A. Iagounov**
Private Investigator (**D-U-N-S** #11-728-7825 & **FCC** #0030618565)
**U.S. Cybersecurity Investigations, LLC**
712 H St. NE, #2128
Washington, District of Columbia 20002

July 17th, 2024

Re; FBI #226A-LA-201807 &
196D-LV-3594166

Greetings,

I am following up with you about a
October 27th, 2022 interview with the National
Aeronautics and Space Administration (NASA) &
Federal Bureau of Investigation (FBI), during
which I informed criminal investigators of a
major security breach affecting United States
of America's "Physical Access Control Systems" at
government facilities that are either directly, or
indirectly, involved with U.S. National Missile
Defense systems (U.S. NMD's), whereby a
malicious "insider threat" has the means and
capabilities to gain access to such locations
due to a compromise in the current government
issued "Common Access Cards", or "CAC" source
code, and a severe vulnerability to the U.S.
Nuclear launch codes, which are susceptible
to what are known in signal intelligence
as "Relay attacks", whereby an attacker
possessing basic knowledge and minimal skills,   1

can interfear with, disrupt, and initiate,
the U.S. National Missile Defense systems
by "relaying" captured signals from missile
tests using "TSCM," or "Technical Surveillance Counter
Measures" equipment wich can be built from
components readily available to the consumer
market, and which can then modify the recorded
signals using a process known as "enumeration,"
thus, when the modified signal is played back
to corresponding Missile Defense system, the signal
transmission is recognized as having a "rolling code"
thus is acknowledged as valid, and in return
granting user access to NMDs.

The technology in question capable of
causing to the aforementioned affect, is what
is known as "Technical Surveillance Counter
Measures," but in the hacker world often
referred to as "Software Defined Radio"
which particularly, deals with "RFID, or
"Radio Frequency Identification Devices," and is
a powerful, yet cost effective, means to compromise
any wireless technology utilizing "Radio Frequencies"
as the primary means of communication.

The reason this especially is concerning, is due to the fact that the United States "nuclear launch codes" currently assigned to the President of the United States of America are still based on legacy encryption which underlying "hash" function technology uses Md5 (MD5) as the primary basis for key code security. For more on this matter, please refer to Federal Communications Commission (FCC) ticket number #5755370, and Dept. of Homeland Security, Cybersecurity Infrastructure Security Administration ("CISA) vulnerability disclosure report #'s:

CISA#INC000010405245
U.S. CERT#2022-USCERT-317P1X7
and FBI telephone complaint #58027 (2024)

With the aforementioned, I have also submitted a "Proof of Concept" in the form of a "fictitious" or otherwise "hypothetical" search warrant wich is currently in posession of the United States Attorney's Office for the Eastern District of California, and can be located on a HP desktop (serial# 2MD422O4F) Should you need additional information, please don't hesitate to contact me at your earliest convenience,

2

or you can call my colleage Natalia at
530-314-0364.

Best Regards,

Antwon Castro Jaguar——

P.S.
You can also cite OPR# 263-HQ-1261261,
as information contained in this case substantiate
the underlying research to this matter, which
I have been investigating since 2003, and was
submitted [illegible] to the FBI
about sometime 2003-2005 via web portal.
and then again January 7th, 2014 for the
FBI S[illegible] of I. CO Off., whereby I
hand delivered a notarized affidavit notifying
a similar threat from within the FBI
intelligence community (ill logs from FBI
Long Beach California, and evidence maintained by
the Long Beach Police Department, while I
resided at 3610 Louis ave, Long Beach, CA 10807
[illegible] also acknowledge the information contained
herein.

or you can call my colleage Natalia at
530-314-0364.


Best Regards,


Arturo Castro Jazcuna


P.S.

You can also cite OPR# 263-HQ-1261261,
as information contained in that case substantiate
the underlying research to this matter, which
I have been investigating since 2003, and for
which I submitted a complaint to the FBI
about sometime 2002-2003 via web portal,
and then again January 7th, 2014, to the
FBI Sacramento Field Office, whereby I
hand delivered a notarized affidavit outlining
a insider threat from within the U.S.
intelligence community. Call logs from FBI
Long Beach California, and evidence maintained by
the Long Beach Police Department while I
resided at 3610 Lewis ave, Long Beach, CA 90807
will also corroborate the information contained
herein.

# St. Petersburg College

**Center for Public Safety Innovation**

*This certifies that*

## Anton Iagounov

*has successfully completed*

*MCD 0152 - Introduction to Money Laundering*

*Sixteen online training hours*

*Training Completed this 24th day of July  2016*

**SPC St. Petersburg College**

CENTER FOR PUBLIC SAFETY INNOVATION

William D Law

**President, St. Petersburg College**

Eileen L. Haie

**Executive Director,**
**Center for Public Safety Innovation**

# St. Petersburg College

**Center for Public Safety Innovation**

*This certifies that*

## Anton Iagounov

*has successfully completed*

*MCD 0159 - Police Intelligence*

*Eight online training hours*

*Training Completed this 1st day of June 2018*

**SPC** St. Petersburg College

CENTER FOR PUBLIC SAFETY INNOVATION

Sophia Williams
President, St. Petersburg College

Eileen LeHaie
Executive Director,
Center for Public Safety Innovation



# FAX

**TO:**

    Name: Honorable Judge Calabretta

    Fax Number: Multiple Recipients     # of Pages: **11**
                                                              (including cover sheet)

**FROM:**

    Name: Natalia Sandhu

  Fax Number: (858) 463-2733

**Subject:** 2:24-cr-00101-DJC

**Message:**

Ref: DHS-CISA incident# INC000010405245, and OPR# 263-HQ-1261261

Dear Honorable Judge Calabretta,

I am submitting to you additional prove of the defendant Mr.Iagounov's background and work experience, including ; Statement of Facts, Training Certificates, and other supporting materials.This is FAX 2 OF 3.
Thank you.

Sent by Natalia Sandhu on behalf of Anton Iagounov( TCOLE ID#443725).

Sent with HumbleFax.com



go LEARN



UNODC
United Nations Office on Drugs and Crime

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

### Human Rights in the Community

January 25, 2016

UNODC Global eLearning Programme

**goLEARN**



UNODC
United Nations Office on Drugs and Crime

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

### Investigating Drug Organised Crime

August 7, 2015

UNODC Global eLearning Programme

goLEARN



UNODC
United Nations Office on Drugs and Crime

# CERTIFICATE OF COMPLETION

Awarded to

## Anton Iagounov

In recognition of successful completion of the eLearning module

## Undercover Operations

September 2, 2015

UNODC Global eLearning Programme



# STATE OF NEVADA
## DEPARTMENT OF CORRECTIONS
### EMPLOYEE ACHIEVEMENT CERTIFICATE

This is to certify that

# ANTON IAGOUNOV

has successfully completed a prescribed course in

*Pre-Service Training/ POST Basic Academy*

CUSTODY
**2016 BASIC CATEGORY III CORRECTIONAL ACADEMY**
16-PST-02E

consisting of _____ 320 _____ hours of formal instruction

Dated this   29ᵗʰ   Day of   July   2016

"Pride in Excellence"

_____
DIRECTOR/DEPARTMENT OF CORRECTIONS

_____
TRAINING OFFICER

# CERTIFICATE OF COMPLETION

This is To Certify That

**ANTON IAGOUNOV**

has successfully passed the

**Nevada Commission on Peace Officers' Standards and Training**
Category III State Certification Exam **(S000003)**

on

**July 27, 2016**

Executive Director.
Nevada Commission on
Peace Officers' Standards & Training

Napa Valley Criminal Justice Training Center

*Certificate of Completion Awarded To*

# ANTON IAGOUNOV

California Commission on Peace Officer Standards and Training

## 832 PC Arrest Course

STC: 0223-039254
POST: 4200-80102-15-002

40 Hours

January 4, 2016 to January 8, 2016



Damien Sandoval, Director – Napa Valley College Criminal Justice Training Center



# Certificate of Completion

**OSS Academy®**

Certifies that

**Anton Iagounov**

has successfully completed an online course of instruction in

**Negotiator Tactics (TCOLE) Package**

for

Course Credit(s) 6.00 Hour(s)

Monday, July 18, 2016

*David Salmon*

David Lee Salmon II, Training Coordinator
TCOLE Number 513940



# MMC NARCOTIC INSTRUCTOR
## CERTIFICATE

This certificate, certifies that

Anton Iagounov

**Organization:** United Allied

Has successfully completed the **Instructor** certification program for the MMC presumptive narcotic identification tests and related exam.

M.M.J.C. Jungbeker

Test Coordinator, MMC International BV

2/27/2018

Date



# MMC NARCOTIC INSTRUCTOR CERTIFICATE

This certificate, certifies that

Anton Iagounov

**Organization:** United Allied

Has successfully completed the Instructor certification program for the MMC presumptive narcotic identification tests and related exam.

2/27/2018
Date

M.M.J.C. Jungbeker
Test Coordinator, MMC International BV

# St. Petersburg College

**Center for Public Safety Innovation**

*This certifies that*

## Anton Iagounov

*has successfully completed*

MCD 0154 - Introduction to Conspiracy Investigations

*Eight online training hours*

*Training Completed this 27th day of November 2017*

**SPC St. Petersburg College**

CENTER FOR PUBLIC SAFETY INNOVATION

*Jonjia Williams*
**President, St. Petersburg College**

*Eileen L. Haie*
**Executive Director,**
**Center for Public Safety Innovation**

# St. Petersburg College

**Center for Public Safety Innovation**

*This certifies that*

## Anton Iagounov

*has successfully completed*

MCD 0164 - Surveillance Operations Overview

Sixteen online training hours

Training Completed this 25th day of July 2016

**SPC** St. Petersburg College

CENTER FOR PUBLIC SAFETY INNOVATION

*William D Law*
President, St. Petersburg College

*Eileen L. Haie*
**Executive Director,**
**Center for Public Safety Innovation**