# Rule 35(a) Motion for Reduced Sentence

**FILED**
FEB 19 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Persuant to "Rule 35(a)-correcting or Reducing Sentence," Defendant prays for a sentence reduction based on a history of "Post Traumatic Stress Disorder," which is subject to consideration within 14 days of sentencing, as the District Court has the "authority to depart downward to the extent defendant's post traumatic stress disorder contributed to the commission of the offense" (United States v. Cantu 12 F.3d 1506).

Defendant's history of "PTSD" was well known to the government, and courts, which was corroborated by defendant's mother to the Federal Public Defender's Office "Christina Sinha," and can be confirmed via telephonic transcripts, that defendant received perscription medication (Zoloft by Phizer) for the treatment of "PTSD" in 2002.

With the afore said, I am requesting a reduction of sentence.

February 12th, 2025

Sincerly,
Anton A. Iayounov
(Defendant)