UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00101-DJC |
| Plaintiff, | |
| v. | ORDER |
| ANTON ANDREYEVICH IAGOUNOV, | |
| Defendant. | |

Defendant Anton Andreyevich Iagounov has filed a Motion under Federal Rule of Criminal Procedure 35(a).[1]  (ECF No. 80.)  Under Rule 35(a), "the court may correct a sentence that resulted from arithmetical, technical, or other clear error."  In considering a motion under Rule 35(a), "the only question [is] whether the sentence imposed was illegal on its face."  *Heflin v. United States*, 358 U.S. 415, 418 (1959); *see United States v. Montalvo*, 581 F.3d 1147, 1151 (9th Cir. 2009) (citing *Heflin*, 358 U.S. at 418).

Defendant argues that his sentence was incorrect as it failed to account for his post-traumatic stress disorder.  Defendant's Motion is denied.  The Court was made aware of Defendant's post-traumatic stress disorder diagnosis by the Probation Officer

---

[1] On March 12, 2025, Defendant also filed a separate Motion. (ECF No. 87)  That Motion is not addressed by this Order.

1

in the Presentence Investigation Report and by Counsel at sentencing. This fact was considered by the Court in issuing its sentence. In any event, the Court's sentence was not facially illegal; it was not the result from arithmetical, technical, or other clear error.

Accordingly, Defendant's Motion to Correct Sentence under Rule 35(a) (ECF No. 80) is DENIED.

IT IS SO ORDERED.

Dated:  **March 21, 2025**

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – iagounov24cr00101.35