Geoffrey M. Jones
SBN 187373
769 Center Blvd., PMB 162
Fairfax, CA 94930
415−517−3569
Email: gffjones@comcast.net
Attorney for Anton Iagounov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br>  v.<br>ANTON IAGOUNOV,<br><br>    Defendant - Appellant. | D.C. No. 2:24-cr-00101-DJC-1<br><br>ORDER GRANTING COUNSEL FOR DEFENDANT-APPELLANT ACCESS TO TRANSCRIPT OF SEALED PROCEEDINGS |

Defendant - Appellant Anton Iagounov's motion to authorize court reporter Abigail R. Torres, CSR No.13700, to transcribe the sealed portions of the proceedings on January 30, 2025, and to release the full transcript to counsel for the Defendant - Appellant, Geoffrey M. Jones, is hereby GRANTED. The court reporter Abigail R. Torres is hereby authorized to release the transcripts for these proceedings to appellate counsel for Mr. Iagounov.

**IT IS SO ORDERED.**

Dated: April 4, 2025        /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE