**FILED**

SEP 15 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

<u>Motion to Modify Imposed Term of Imprisonment</u>

2:24 CR 0101 - DJC

Pursuant to 18 U.S.C. §3582(c)(1)(A)(i), the defendant submits this filing "Pro Se" on the legal basis that:

"Extraordinary and compelling reasons warrant such a reduction" for the following reasons:

1) The Dept. of Justice (Bureau of Prisons) failed to verify my education (GED) and prior work experience in "law enforcement," thus, miscalculated my "Custody points" at higher than where I should be, as I am a "low security" prisoner, and in result mistakenly designated me to be housed at a "medium security" facility with serious violent offenders serving leangthy sentences, and by doing so placed me in harms way, whereby, I was physically attacked and beaten by several other inmates unprovoked, during which I sustained severe injury (head trauma) that required emergency room hospitalization where I received 3 staples to the left side of my forehead.

— The afore mentioned could have been avoided because:

2) The U.S. Attorney's Office retaliated against me by asking for a sentence which exceeds the "U.S. Sentencing Guidelines," as I am a "low level" offender with no prior history of criminal convictions as an adult, thus, should have been in "Zone A" (Category I) of the sentencing table of the "U.S. Sentencing Guidelines" and at 9 points with 4-10 months as the

1 of 4

maximum allowed time frame for the criteria of crime alleged.

    Furthermore, the "obstruction-of-justice" adjustment to my sentence was on the grounds of lawful activity protected by the "1st Amendment" of the "U.S. Constitution", as prosecution's arguement for the enhancement was in response to 1) me having sent a Domino's pizza to the U.S. Attorney's Office from a jailhouse phone, and 2) telephone calls which I placed from the "Sacramento County Sheriff's Office" jail to the Central Intelligence Agency, National Security Agency, and National Security Council, to report my false imprisonment which I believe to be in response to my investigation of espionage by "Dept. of Justice" officials working for the "People's Republic of China."

    3) The "indictment" against me was never authenticated, thus, there was no "probable cause" as the original "criminal complaint" was unverified, since the affidavit was "unsigned" by the criminal complaintant "FBI Special Agent David Hume" who submitted the complaint electronically (email) for which there is no record of "telephonic attestation."

    An "unsigned" "criminal complaint" must be submitted "reliable electronic means" to suffice for "telephonic attestation." Email & E-Filing is not a "reliable electronic means" of submission as such is susceptible to "spoofing" and "Man-in-the-Middle" attacks, thus, making the "criminal complaint" questionable as to it's validity, especially since

2 of 4

its author, "FBI Special Agent David Hume," was not called by the USAO for witness testimony. (How ironic?)

Having successfully completed the "FBI Cyber Investigator Certificate Program" (2016-2017), for which I have provided the U.S. District Court with proof of certifications, I am more qualified as a cyber "forensics expert" to speak on the matter of what is, or is not, a "reliable electronic means" to submitting a "criminal complaint," or "warrant," than the USAO.

4) Currently, I have a pending grand jury indictment in the U.S. District Court (Nevada) which is based on the same "criminal complaint" used in the Eastern District of California, and for which I have received a partial "discovery" ▇▇▇▇ concluding that the USAO (Eastern District of California) knowingly withheld "discovery," as my current indictment has the same FBI file number as the case originating from the Eastern District of California. I am submitting some of the "discovery" provided to my attorney by the USAO for the District of Nevada, which clearly shows Assistant Attorneys James Conolly and Audrey Hanasath went against U.S. Magistrate Judge "Chi Soo Kim's" court order citing Brady v. Maryland, as prosecution deliberately obstructed justice by withholding evidence directly related to the same FBI case file number.

3 & 4

With the afore said, I attest that I have exhausted all administrative remedies available to me through the 'Bureau of Prisons (BOP) and 'U.S. Sentencing Commission,' who have failed to respond to my petitions and grievances, thus, I submit this motion to the court and ask that my sentence to imprisonment be reduced to "time served," as my imprisonment 1) exceeds the statutory allowed time frame for detention, and 2) has been a result of an unsubstantiated "criminal complaint" which lacked "probable cause" (as it was "unsigned" and "unverified") and filed by an "unknown persons," since the court never verified "FBI Special Agent David Hume" actually works for the FBI, as FBI has shown no employee records of "David Hume" being employed by the FBI as a "1811 job series criminal investigator," and which I have corroborated through FOIA and attached the FBI's response to this motion, along with proof that USAO witheld evidence from my "discovery" in your court.

I thank you for your time and consideration.


Best regards,

Anton A. Iagounov    #13527-506

4 of 4

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry      05/16/2022

 

Anton Iagounov (Iagounov), date of birth (DOB) May 4, 1985, was interviewed at 911 East Musser Street, Carson City, Nevada (NV) by Special Agent David Hume and Special Agent ███ Anderson. After being advised of the identity of the interviewing Agent and the nature of the interview, Iagounov provided the following information:

Iagounov immigrated to the United States (US) when he was eight years old. He lived in New York City, New York. He had visited the US once before immigrating.

Iagounov worked for various US federal agencies. He has done work for the National Security Agency (NSA), and received awards from a four-star general with the NSA. He has contracted or trained for Department of Homeland Security, Federal Emergency Management Agency, US Marshals, and Department of Justice. Iagounov initially claimed he was unable to tell interviewing Agents where he got the FBI badge from, but later said he got it while red teaming in an operation the interviewing Agents were "not cleared" to know about. Iagounov provided a telephone number for First Name Unknown Isenhart (Isenhart), who Iagounov claimed could verify his work with the NSA. Iagounov refered to Isenhart as "he."

[Agent Note: Interviewing Agents called the number that Iagounov provided and put the phone on speaker in the interview. The call went to voicemail and a female voice identified the phone number as "M██████ (spelling unknown) Isenhart"]

**UNCLASSIFIED//FOUO**

| | | |
|---|---|---|
| Investigation on | 04/22/2022 | at Carson City, Nevada, United States (In Person) |

File # 47-LV-3594166                                            Date drafted   05/12/2022

by David █. Hume

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-000334

**Ref: DHS/CISA Incident # INC000010405245 & US CERT # 2022-USCERTv317P1X7**

On Sept. 12ᵗʰ, 2022, at approx. 1500 hours (EST), there was a compromise to TS/SCI at the White House Situation Room affecting "Cisco IP" phone systems, whereby the contents of a "secure line," or "STE," otherwise known as "Secure Terminal Equipment," labeled as "Top Secret SCI," were disclosed over the Situation Room's unsecure telephone line (ph: 202-456-9431).

During this incident, contents of a conversation between White House Situation Room employee "Savannah" and the Central Intelligence Agency's Operations Center were intercepted and recorded.

With the aforementioned, and more recently, beginning July, and until the current and present time, persons unknown identified themselves as government contractors when attempting to serve a federal search warrant as a means to gain physical access to various DoD installations. The subjects currently being sought as a result thereof are also believed to be connected to the Sept. 12ᵗʰ incident at the White House.

United States District Court for the District of Utah has confirmed receipt of a similar search warrant request for an emergency filing on July 21ˢᵗ, 2022.

We have not been able to confirm nor deny the authenticity of this document, and have yet to hear back from NASA's Office of the Inspector General. Any feedback regarding this matter is encouraged.

As per company policy, I have submitted a copy of this incident report to FCC's Karen Johnson (Enforcement Bureau).

Best regards,

Anton A. Iagounov
Private Investigator (D-U-N-S# 11-728-7825)
High-Tech & Cybercrimes
U.S. Cybersecurity Investigations, LLC
712 H St. NE, #2128
Washington, District of Columbia 20002
Ph: 202-894-3988
Fx: 202-964-3080
www.cyberstructure.org
anton@usci.cc

*This preceding fax and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and contains information intended for the specific individual(s) only or constitute non-public information. This information may be confidential. If you are not the intended recipient you are hereby notified that you have received the document in error and that any review, dissemination, copying, or the taking of any action based on the contents of the information is strictly prohibited. If you have received this communication in error, please notify me immediately by E-mail, and delete the original message. Use, dissemination distribution or reproduction of the message by unintended recipients if not authorized and may be unlawful.*

**U.S Department of Justice**                    **Certification of Identity**                    

FORM APPROVED OMB NO. 1103-0016
EXPIRES 03/31/17

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    _Anton Andreyevich Iagounov_

Citizenship Status [2]   _U.S. Citizen_         Social Security Number [3]  _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_

Current Address   _2190 E. Mesquite Ave., Pahrump, Nevada 89060_

Date of Birth   _05/04/1985_        Place of Birth   _Moscow, Russia_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552b(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Central Intelligence Agency (Dept. of Defense)_
**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   _Anton A. Iagounov_         Date  _09/07/2025_

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

Re: DOJ Civil Rights Complaint# 654768-WLL

I am currently reporting to you civil rights violations related to criminal case 3:25-cv-00365-ART (District of Nevada), whereby I, the Defendant, have been indicted by a federal Grand Jury without "probable cause," and after having been previously convicted for the same criminal complaint in a different venue.

Furthermore, I was brought back into the U.S. from Mexico in 2024 without an extradition warrant and hearing. I am being held without bail on the basis of an erroneous Pre-Trial Services report which used my civil juvenile delinquency as "criminal history," falsely stating I am a "felon" "with links to an international terrorist organization."

Moreover, the current Grand Jury is not legally qualified to serve as jurors for a number of inconsistencies with the jury selection process, including a collusion with Nevada public officials implicit to Chinese sponsored organized crime which I began investigating in 2009.

Onward, based on my investigative findings, and which I have corroborated with other investigators (Martin Ross and Associates, Reno-Nevada), Grand Jury members involvement with organized crime has been under investigation since 2019 by the Securities Exchange Commission (SEC), submission #17521-112-953-672.

With the a fore said, I request a complete inquiry of the Grand Jury and U.S. Attorneys Office, as I am a victim of vindictive prosecution in retaliation for my investigation into Chinese espionage by U.S. public officials.

Anton Iagounov

09/07/2025



* Proof of legal status in Mexico

FD-1057 (Rev. 5-8-10)                            UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:**  (U//LES) Timeline of events                    **Date:**  06/08/2022

**From:**  SALT LAKE CITY
        **Contact:** ▮▮▮ Pipal, ▮▮▮▮▮▮3539

**Approved By:** SSA ▮▮▮▮▮▮▮▮▮ MILLER

**Drafted By:** ▮▮▮▮ Pipal

**Case ID #:** 288A-SU-3543065          (U//FOUO) ANTON ANDREYEVICH IAGOUNOV;
                                        UNAUTHORIZED ACCESS TO DEVICE TO MAKE BOMB
                                        THREATS;
                                        IMPERSONATION OF FEDERAL AGENT;
                                        VICTIM: ▮▮▮ HILL


**Synopsis:**  (U//LES) Timeline of events regarding Bomb Threat and
impersonation of and FBI Agent.

**Enclosure(s):** Enclosed are the following items:
1.  (U//FOUO) Screen shots of Facebook Messenger from ▮▮▮ Hill's phone.
2.  (U//FOUO) Screen shots of Facebook Messenger from ▮▮▮ Hill's phone.
3.  (U//FOUO) Screen shots of Facebook Messenger from ▮▮▮ Hill's phone.
4.  (U//FOUO) Screen shots of Facebook Messenger from ▮▮▮ Hill's phone.
5.  (U//FOUO) Screen shots of Facebook Messenger from ▮▮▮ Hill's phone.

**Details:**

Below are the timeline of events for the bomb threat called into the DOJ
facility on 12/30/2021:

On or about 12/30/2021, 5:27 PM (EST) FBI Strategic Information and
Operations Center (SIOC) forwarded to the National·Threat Operations
Section (NTOS) Operations Control Center (OCC) an email chain which
originated from the INTERPOL Operations and Command Center regarding a
threat by an unknown male subject (UNSUB), telephone number ▮▮▮▮▮3603,
who called (on or about 3:18 PM EST) and claimed he had placed a bomb
inside an unspecified Department of Justice building. Queries of the

UNCLASSIFIED//LES

UNCLASSIFIED//LES

Title:  (U//LES) Timeline of events
Re:  288A-SU-3543065, 06/08/2022


telephone number revealed UNSUB was possibly ██████ ██████ Hill with a
probable current address ████████████, Boise, ID 83709.

The caller claimed that he had placed a bomb inside one of the DOJ
buildings. It was not specified which one. FBI SIOC attempted to get as
much information from the caller (including a specific building).
However, the caller ignored requests and stated that all DOJ staff
deserve to die and are pieces of "shit" and ended the call.

On or about 12/30/2021, Supervisory Senior Resident Agent (SSRA) ██████
Hart conducted a knock and talk at the likely address for subject Hill.
SSRA Hart and SA ██████Heap traveled made contact with the residents at
approximately 8:00 PM (MST). This address is owned/occupied by ██████
Cafferty, Cafferty is a longtime friend of Hill, who explained that Hill
is currently traveling in Oregon, but does live in Boise.

Cafferty stated that in the spring of 2021, someone started using Hill's
phone to make various threat calls. Hill has been contacted a number of
times by various federal and state agencies regarding these threats, and
has changed his phone number in an attempt to get this to stop.

After speaking with Cafferty for a short time, Cafferty, in the presence
of the FBI Agents called Hill on the phone. SSRA Hart spoke at length
with Hill who repeated the story of his phone being "spoofed."  SSRA Hart
spoke with Hill on phone number ██████3603, which is the number used to
make the threat call. Hill explained that he has been contacted by the
ATF and other agencies regarding these things, and subsequently forwarded
a text message Hill received from an ATF Agent in August 2021 regarding a
similar incident. Hill stated that he was currently in Warrenton Oregon
for the holidays.

SSRA Hart requested Hill send him photos of Hill's driver's license. SSRA
Hart then sent a text to Hill's cell phone with the following text,
identifying SSRA Hart's cell number, ██████9398, "This is Agent Hart
with the FBI in Boise.  Please forward the ATF contact if you find it.
Thanks."  Both Hill and Cafferty stated that Hill is not making the
threats, and they do not know who is.

UNCLASSIFIED//LES

USAO-000433

UNCLASSIFIED//LES

Title:  (U//LES) Timeline of events
Re:  288A-SU-3543065, 06/08/2022

On or about 1/1/2022, at 9:56 AM (MST), SSRA Hart received a telephone
call from an unknown person who was using telephone number ████9788.
This person asked for "Agent Hart" and claimed to be from the
intelligence community. He then stated that "the guy" SSRA Hart was
dealing with Thursday night had attempted suicide. SSRA Hart ultimately
hung up on him. SSRA Hart immediately called ████ Hill at ████3603.
Hill answered and had obviously been asleep. Hill had not attempted
suicide and had no idea who would have called SSRA Hart. The unknown
person repeatedly tried to call SSRA Hart on or about, 1/1/2022 at 9:58
AM, 9:59 AM, 10:13 AM, and 10:20 AM (all MST). This person left SSRA Hart
two voicemail messages. Later that afternoon SSRA Hart received a call
from FBI Electronics Technician (ET) Gerry Goetz, asking if SSRA Hart was
locked out of the office. Apparently this unknown person had spoofed SSRA
Hart's cell phone number and called the SU Ops Center telling them that
he was locked out of the office. SSRA Hart verified with the Ops Center
that the number used to call them was his cell number, ████9398. SSRA
Hart received another attempted call from ████9788 at 9:43 AM
(MST) on 1/3/2022.

On or about, 1/1/2022, at approximately 9:01 AM (PST), ATF SA ██
Radosevich received a call from the phone number ████9788. The
caller asked for SA Radosevich, and stated he had information regarding
████ Hill. The caller would not provide his name and stated he 'worked in
the intelligence field,' and that the number has was calling from was not
a phone number where he could be reached. SA Radosevich asked the caller
how he found SA Radosevich's phone number, the caller simply stated, "you
guys are not hard to find."

The caller stated Hill was responsible for threats that had been called
into various law enforcement agencies, including the ATF. The caller
provided Hill's date of birth as ████ 1984, and phone number as ██
██3603. The caller stated Hill was an alcoholic, was unstable, and was
taking Adderall for his ADHD. The caller stated Hill was living in Idaho,
but was currently visiting his girlfriend 'Roxanne' in OR. The caller
stated Roxanne had two young daughters. The caller stated Hill had
previously attempted to commit suicide and failed because the gun he was

UNCLASSIFIED//LES

3

UNCLASSIFIED//LES

Title:  (U//LES) Timeline of events
Re:  288A-SU-3543065, 06/08/2022

using to attempt suicide had jammed. The caller stated Hill was unstable, and had access to firearms, and was responsible for the threats to law enforcement. When SA Radosevich asked the caller how he knew that Hill was responsible for the threats, he simply stated he worked in the intelligence field. SA Radosevich asked the caller how he found SA Radosevich's phone number, the caller simply stated, you guys are not hard to find.

On or about 02/04/2022, SA Pipal and Task Force Officer (TFO) ▆▆▆▆ Nance interviewed Hill.  TFO Nance played the voicemails from an unknown caller to SSRA Hart's phone for Hill to listen too.  Hill stated that he thought it sounded like his friend Anton Iagounov.  Hill provided Iagounov's phone numbers: ▆▆▆▆0000 and ▆▆▆▆1776.  Hill described Iagounov as anti-government and that Iagounov believed that government was watching him.

On or about 02/04/2022, SA Pipal reviewed ▆▆▆ Hill's cell phone for specific texts or communication with Iagounov.  SA Pipal discovered that Iagounov contacted Hill, using Facebook Messenger, on or about, December 30, 2021 11:32 PM (MST) requesting if Hill had the same number.  Hill responded on 12/30/2021, 12:39 PM (MST) to Iagounov that he had to change his number and that the ATF made him do it.  He provided his new number ▆▆▆▆3603. Iagounov responded, "What? Since when does the ATF tell people to change there number?"  Hill responded, "Lol well ya see." "Someone cloned my number and started threatening various government agencies around the US." "So they showed up at my house in Wa and we had a talk." "Lol."  Iagounov responded, "Bullshit."

On or about, December 30, 2021 8:58 PM (MST), Hill called Iagounov, but Iagounov did not answer. Hill texted Iagounov, "Call me, ▆▆▆▆3603, you will enjoy this."  On December 30, 10:20 PM, Iagounov texted Hill, "Lol".  Hill responded "Oook."

On or about, December 30, 2021 11:32 PM (MST), Hill then texted, using Facebook Messenger, Iagounov an image of his interaction with SSRA Hart that showed his phone number, ▆▆▆▆9398, and his text to HILL that said, "This is Agent Hart with the FBI in Boise.  Please forward the ATF

UNCLASSIFIED//LES

4

UNCLASSIFIED//LES

Title:  (U//LES) Timeline of events
Re:  288A-SU-3543065, 06/08/2022


contact if you find it.  Thanks."

On or about,  December 30, 11:32 PM,  Hill also texted to Iagounov a photo of ATF SA ███ Radosevich's cell number, their text interactions, and a photo of two female children.

It should be noted that the 12/30/2021 texts between Iagounov and Hill are believed to be in Mountain Standard Time (MST).  Hill resides in Boise, Idaho, MST.  And while Hill was in Oregon at the time, Pacific Standard Time (PST), the timing of Hills texts to Anton (if it were in PST) after SSRA Hart contacted him do not match the time that SSRA Hart contacted Hill.  For example, Hill called Anton at 8:58 PM to tell Anton of SSRA Harts contact.  If Hill's device was in PST, that would actually be 7:58 PM MST and SSRA Hart did not contact Hill until after 8:00 PM MST.

As such, Iagounov contacted Hill on 12/30/2021, to ask for Hill's new number.  Hill provided that number to Iagounov at 12:39 PM, MST.  Anton is believed to spoofed hills new number to call a bomb threat to DOJ on 12/30/201, at 3:18 PM (EST), 1:18 PM (MST).  Iagounov had knowledge of Hill's new number approximately 39 minutes before the bomb threat was called in.  Iagounov also knew SSRA Hart's number and SA Radosevich's number through the texts that Hill provided him.

Also, when calling the FBISU Ops center in Salt Lake City, Iagounov only said he was "Agent Hart", as the text message Hill sent him did not identify SSRA Hart's first name.  SA Radosevich full name was in her texts Hill forwarded to Iagounov.

On or about, 05/25/2022, Hill provided a photo Iagounov posted to his Facebook account. The photo is of a U.S. Department of Homeland Security Officer badge (possibly Transportation Security Agency) and a credential holder, an access badge with "Contractor and Iagounov" on it, and a Glock 20 handgun.  With the title "Retired. And now, to Canada."

19.    Open source search identified Iagounov's facebook page: https://www.facebook.com/Iagounov.yagounuv; UID: 100025170941134.  On

UNCLASSIFIED//LES

USAO-000436

**UNCLASSIFIED//LES**

Title:  (U//LES) Timeline of events
Re:  288A-SU-3543065, 06/08/2022


Iagounov's Facebook page, on or about 04/21/2022, Iagounov posted a video
from YouTube, with the title, "Challenging Russian Police Intelligence in
Kremlin #ukrainwar #russia #ukrainian #kiev," where he appears to be
spoofing a call to Russian Police Intelligence.
20.    On or about 04/22/2022, Iagounov was pulled over by Carson City
Sheriff's Department for failure to yield.  During the traffic stop,
officers observed red and blue emergency lights, which are illegal in
Nevada.  During the traffic stop Iagounov was found with an FBI badge.
Iagounov was arrested for Impersonation of an Officer, the emergency
lights, license plate obstructed, and failure to yield.

On 04/22/2022, Iagounov was interviewed by FBI SA David Hume.  Iagounov
said he worked for various US federal agencies. He has done work for the
National Security Agency (NSA), and received awards from a four-star
general with the NSA. He has contracted or trained for Department of
Homeland Security, Federal Emergency Management Agency, US Marshals, and
Department of Justice. Iagounov initially claimed he was unable to tell
interviewing Agents where he got the FBI badge from, but later said he
got it while red teaming in an operation the interviewing Agents were
"not cleared" to know about. Iagounov provided a telephone number for
First Name Unknown Isenhart, who Iagounov claimed could verify his work
with the NSA.

On or about 04/28/2022, ████████ Isenhart advised that she works for the
National Security Agency (NSA) in the Academic Engagement Office.  A
search of Isenhart's emails revealed that Iagounov participated in and
completed the NSA code breaker challenge in 2020.  The code breaker
challenge is a competition that college students can participate.
Isenhart surmised that Iagounov obtained her contact information from her
signature block when she sent the email to him.  Isenhart does not
personally know Iagounov and stated that she was concerned that Iagounov
had her contact information.

On or about 05/06/2022, someone impersonating Carson City Sheriff Ken
Furlong, submitted a FOIA request to the FBI from email address
████████@candassociates.com IPV6 address 2001:67c:2628:647:12::2d4:

**UNCLASSIFIED//LES**

6

USAO-000437

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     04/29/2022

      █████ Thompson, telephone number █████ 5060, contacted the author telephonically on April 26, 2022.  This was in response to a voicemail the author left for Thompson on April 22, 2022.  Anton Iagounov had advised the author that Thompson would be able to validate that Iagounov was a government contractor.  Thompson provided the following information:

    Thompson is the Director of Security for Harrahs Casino in South Lake Tahoe.  Thompson advised that Iagounov worked for him as Night Club Security and that Iagounov quit in March 2016.  In December 2021, Iagounov contacted Thompson about working security at Harrahs.  Thompson was interested in possibly hiring Iagounov, however, Iagounov stated that he had his own security company, ESI, which stood for Events Security Inc.  Thompson thought it odd that Iagounov would inquire about working for him when he had his own security company.

    From what Thompson could recall, Iagounov was a good employee and did not display any odd characteristics when he was employed at Harrahs.  Thompson was unaware of any association Iagounov had with the Federal government.

Investigation on  04/26/2022  at  Reno, Nevada, United States (Phone)

File #  47-LV-3594166                                                Date drafted  04/29/2022

by  █████ Anderson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:**  (U) Guardian 821274_LV                    **Date:**  04/26/2022

**From:**   LAS VEGAS
            LV-7
            **Contact:**   ███. Anderson, ███████4027

**Approved By:**  BROWN ███████

**Drafted By:**   ███. Anderson

**Case ID #:** 47-LV-3594166        (U//FOUO) IAGOUNOV, ANTON ANDREYEVICH


**Synopsis:**  (U//FOUO) IAGOUNOV, ANTON ANDREYEVICH

**Details:**   Carson City Sheriff's Office (CCSO) conducted a traffic stop
on subject ANTON ANDREYEVICH. During the stop, the CCSO Deputy observed
that ANDREYEVICH had red and blue emergency lights in his vehicle. When
asked the purpose of the lights, ANDREYEVICH was evasive. ANDREYEVICH was
detained and searched incident to arrest. During the search, the Deputy
located a fake FBI Badge in ANDREYVICH's pocket.

ANDREYEVICH was transported to the CCSO jail where he was interviewed by
FBI Special Agents ███. Anderson and ███ Hume. ANDREYEVICH stated he
was authorized to carry an FBI badge but refused to reveal where or how
he acquired the badge. ANDREYEVICH continued to be evasive, stating he
was authorized to deploy emergency lights and carry a badge since he did
contract work for multiple Federal Agencies such as the Department of
Justice and Department of Homeland Security. He stated that First Name
Unknown (FNU) Isenhart, telephone number ██████1632 with the NSA could
verify his employment. A message was left for ██████ Isenhart.

ANDREYEVICH said he worked with and knew FBI Special Agent ████
Elkington. SA Elkington was contacted telephonically and he denied any
knowledge of, or association with ANDREYEVICH.

ANDREYEVICH stated ██████ Thompson, telephone number ██████5060,
Director of Security with Harrahs, could verify his Federal status.
Thompson was contacted telephonically. He stated that ANDEYEVICH did work
night club security for him in 2016, but ANDEYEVICH did not represent

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  (U) Guardian 821274_LV
Re:  47-LV-3594166, 04/26/2022

himself in a Federal capacity. Thompson also stated that ANDEYEVICH
contacted him several months ago and stated he had a company called
Events Security Inc. (ESI).

◆◆

UNCLASSIFIED//FOUO

2

USAO-000002

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Open Source Information for
Iagounov Cyber Security Business                    **Date:** 06/02/2022

**CC:** LV-2 (SSA)
██████. Van Patten
HUGHES ██████████
David █. Hume
██████. Sanders

**From:** LAS VEGAS
LV-15
**Contact:** ██████ Thornton, ████████4010

**Approved By:** A/SIA DUERKSEN ██████████

**Drafted By:** ██████ Thornton

**Case ID #:** 47-LV-3594166      (U//FOUO) IAGOUNOV, ANTON ANDREYEVICH
801I-LV-3526115      (U//FOUO) Anti-Government or Anti-
Authority Violent Extremism;
FBI Las Vegas;
Type 3 Assessment;
Assessment Begin Date: 11/4/2013;
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U//FOUO) (U//FOUO) On 27 May 2022, open source searches for
Anton Iagounov revealed a website, US Cyber Security Infrastructure
(USCI.CC), which is Iagounov's cyber security business. Accomplishments
listed include successfully hacking information from the government of
Russia, several US federal agencies including FBI CJIS, the US
Citizenship and Immigration Agency, and the Social Security
Administration. Iagounov also hacked into state government systems in
Nevada and California. This report provided open source information for
the website USCI.CC.

**Enclosure(s):** Enclosed are the following items:
1.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
2.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website

**UNCLASSIFIED//FOUO**

USAO-000377

UNCLASSIFIED//FOUO

Title:  (U//FOUO) Open Source Information for Iagounov Cyber Security
Business

Re:  47-LV-3594166, 06/02/2022


3.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
4.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
5.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
6.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
7.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
8.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
9.   (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
10.  (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
11.  (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
12.  (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
13.  (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
14.  (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website
15.  (U//FOUO) More Screenshots and Youtube videos for USCI/PWN Website

**Details:**

(U//FOUO) On 27 May 2022, open source searches for Anton Iagounov revealed a website, US
Cyber Security Infrastructure (USCI.CC), which is Iagounov's cyber security business.
Accomplishments listed include successfully hacking information from the government of Russia,
several US federal agencies including FBI CJIS, the US Citizenship and Immigration Agency, and
the Social Security Administration. Iagounov also hacked into state government systems in Nevada
and California. This report provided open source information for the website USCI.CC.

**(U) Business Information**

- (U//FOUO) Name: US Cyber Security Infrastructure
- (U//FOUO) AKA: PWN LLC
- (U//FOUO) URL: USCI.cc
- (U) Established: Unknown
- (U) Business ID: Unknown
- (U) Officers/Managing Members: Anton Iagounov
- (U) Registered Agent: Best Wyoming Registered Agent, Phone ███████7303
- (U//FOUO) Phone: ███████9377
- (U/FOUO) Email: ████@pwn.llc, ████@usci.cc
- (U) Addresses: 30 N. Gould, Sheridan, WY (Associated with Wyoming Registered Agent
  Company); 675 S. Green Valley Pkwy, #1052, Green Valley, NV 89502 (address is for
  Staples in Henderson, NV).


UNCLASSIFIED//FOUO

USAO-000378

UNCLASSIFIED//FOUO

Title:  (U//FOUO) Open Source Information for Iagounov Cyber Security
Business
Re:  47-LV-3594166, 06/02/2022

- (U//FOUO) Social Media - see screen shots below. Iagounov also has a LinkedIn page indicating he owned PWN, that also listed many of the same credentials, companies, and awards as noted on the website here.

(U//FOUO) Sentinel and GMAN searches did not reveal information for USCI or PWN LLC, the phone number ████9377, or emails ████@pwn.llc, or ████@usci.cc.

(U//FOUO) FBI telephone and email databases did not reveal information for phone number ████ ████9377, or emails ████@pwn.llc, or ████@usci.cc.

(U) Open source searches for information on PWN LLC, USIC.cc, did not reveal information. Searches of the address and name for the Wyoming Registered Agent company revealed over 1000 associated businesses that possibly used the company. In multiple hits, Wyoming Registered Agent was identified in several possible scams. There are no Nevada or Wyoming registered businesses for PWN or US Cyber Security Infrastructure.

**(U) Iagounov Online Profile Photos**

 

**(U) USCI/PWN Screen Shots**



Home    Pwn blog    Research    Services    Shop    blkd0lfin    Contact    Become a Patron

PWN

- Anytime Fitness hacked! RFID/NFC tag duplicator vs. Access Control Systems - 1/31/2022 - Unknown
- Ep. 1 Cybercrime Series. Cannabis Industry Targeted by Fake Job Listings Check Fraud During Pandemic - 1/22/2022 - Unknown
- OneWheel vlog #2. Vigilante Patrol #2. Harrell's Casino LIKE A BOSS!! (Downtown NV!) - 5/27/2021 - Unknown
- Nessus Vulnerability Scanner - 7/13/2020 - Unknown
- Maltego. Data Market. Intelligence and ...

Anytime Fitness hacked! RFID/NFC tag duplicator vs. Access C



**UNCLASSIFIED//FOUO**

Title: (U//FOUO) Open Source Information for Iagounov Cyber Security
Business
Re: 47-LV-3594166, 06/02/2022


◆◆

USAO-000380

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___05/05/2022___

On May 4, 2022, Anton Iagounov emailed and faxed scanned copies and images of law enforcement training certificates and images of an award he had received from the National Security Agency to the Carson City District Attorney's Office.

**UNCLASSIFIED//FOUO**

Investigation on ___05/04/2022___ at Carson City, Nevada, United States (Email)

File # ___47-LV-3594166___                              Date drafted ___05/05/2022___

by _____ Hume

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     04/29/2022

███████ Isenhart, telephone number ██████1632, This was in response to a voicemail the author left for Isenhart on April 22, 2022. Anton Iagounov had advised the author that Isenhart would be able to validate that Iagounov was a government contractor. Isenhart provided the following information:

Isenhart works for the National Security Agency (NSA) in the Academic Engagement Office. A search of Isenhart's emails revealed that Iagounov participated in and completed the NSA code breaker challenge in 2020. The code breaker challenge is a competition that college students can participate.

Isenhart surmised that Iagounov obtained her contact information from her signature block when she sent the email to him. Isenhart does not personally know Iagounov and stated that she was concerned that Iagounov had her contact information.

Investigation on  04/28/2022  at  Reno, Nevada, United States (Phone)

File #  47-LV-3594166                              Date drafted  04/29/2022

by  ███████ Anderson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-000231



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 25, 2025

ANTON ANDREYEVICH IAGOUNOV
\*\*13527506
NEVADA SOUTHERN DETENTION CENTER
2190 EAST MESQUITE AVENUE
PARHRUMP, NV 89060

Request No.: 1678484-000
Subject: HUME, DAVID
(Employee Records)

Dear Anton Iagounov:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA Request Number listed above has been assigned to your request. Below you will find informational paragraphs relevant to your request. Please read each item carefully.

You have requested records on one or more third party individuals. Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). The mere acknowledgement of the existence of FBI records on third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist. As a result, your request has been closed. For more information about making requests for records on third party individuals (living or deceased), please see the enclosed FBI Third Party Fact Sheet.

If you submitted your request through the FBI's eFOIPA portal and you are receiving correspondence through standard mail, it was determined your request did not meet the eFOIPA terms of service.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.