NSDC
Anton Iagounov
#13527586
2190 E. Mesquite Ave.
Pahrump, NV 89060

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 12 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES OF AMERICA

(Plaintiff)

Case # 2:24-cr-00101-DJC

v.

ANTON ANDREYEVICH IAGOUNOV

(Defendant)

### MOTION TO DISQUALIFY GRAND JURY

I, ANTON ANDREYEVICH IAGOUNOV, proceeding "Pro Se," do file this motion pursuant to **28 U.S.C. Sec. 1865-"Qualifications for Jury Service,"** asking the "GRAND JURY" be disqualified on grounds set forth in **28 U.S.C. Sec. 1865 (b) (5),** which states a person is not qualified to serve on a "GRAND JURY" if he or she;

> *"has a charge pending against him for the commission of...a crime punishable by imprisonment for more than one year..."*

Currently, "GRAND JURY" members unnamed have a pending open Citizen's arrest warrant related to **"kidnapping,"** in accordance with state and federal **racketeering** statutes, and which has been filed with the Clerk of the Court (**Document #125**, United States of America v. Anton Andreyevich Iagounov, *United States District Court for the District of California*).

With the aforementioned, I hereby request the "GRAND JURY" be disqualified.


Respectfully,

*/s/ Anton A. Iagounov*            DATE: 11/07/2025
Anton Andreyevich Iagounov