MEREDITH FAHN, State Bar No. 154467
1702-L Meridian Ave. #151
San Jose, CA 95125
Tel. (408)947-1512
fahn@sbcglobal.net
*Attorney for Defendant, Anton A. Iagounov*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTON A. IAGOUNOV,<br><br>Defendant. | No. 2:24-CR-00101 DJC<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on December 12, 2025. Docket No. 133. In a minute order entered December 16, 2025, the Court appointed the Office of the Federal Defender to represent defendant in connection with the motion for compassionate release, and conditionally ordered the parties to stipulate to a briefing schedule. Docket No. 134.

2. On January 16, 2026 (nunc pro tunc to January 12, 2026), the Court ordered the appointment of attorney Meredith Fahn to represent defendant Iagounov in the pending compassionate release proceedings.  Docket No. 135.

3. Newly appointed counsel for defendant, Meredith Fahn, requests additional time to familiarize herself with the case, confer with defendant Iagounov, to complete her evaluation of the case and to prepare and file appropriate papers. The government does not oppose the defense's request.

4. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a) Defendant's supplement or notice that he does not intend to file a supplement to the defendant's compassionate release motion (Docket No. 133) to be filed on or before April 16, 2026;

b) The government's response to the defendant's motion to be filed on or before May 15, 2026; and

c) The defendant's reply to the government's response to be filed on or before June 15, 2026.


IT IS SO STIPULATED.


Dated:  January 20, 2026                          ERIC GRANT
                                                  United States Attorney

                                                  /s/ JAMES CONOLLY
                                                  JAMES CONOLLY
                                                  Assistant United States Attorney

2

STIPULATION RE: BRIEFING SCHEDULE

Dated:  January 20, 2026

/s/ MEREDITH FAHN
MEREDITH FAHN
Counsel for Defendant
ANTON A. IAGOUNOV

STIPULATION RE: BRIEFING SCHEDULE

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a briefing schedule regarding the defendant's motion for sentence reduction:

a) Defendant's supplement or notice that it does not intend to file a supplement to the defendant's compassionate release motion (Docket No. 133) to be filed on or before April 16, 2026;

b) The government's response to the defendant's motion to be filed on or before May 15, 2026; and

c) The defendant's reply to the government's response to be filed on or before June 15, 2026.

IT IS SO FOUND AND ORDERED this 20th day of January 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4

STIPULATION RE: BRIEFING SCHEDULE