NSDC
#13527506

Anton Iagounov
2190 E. Mesquite Ave.
Pahrump, NV 89060

United States District Court

Eastern District of California

FILED

JUN 02 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America
(Plaintiff)

v.

Anton Andreyevich Iagounov
(Defendant)

Case no.
2:24-CR-00101-DJC

## Motion for New Trial

Defendant, proceeding "pro se," hereby prays

the court grant him a new trial pursuant to

Fed. R. Crim P. Rule 33 (a), which states;

"Upon the Defendant's motion, the Court may
vacate any judgement and grant a new
trial if the interest of justice so requires."

Defendant attests this motion is timely, as

at the time of this submission it has been

approximately 22 months and 3 weeks since

the verdict, or finding of "guilty," thus is well within the allowed time frame of 3 years for consideration as set forth in Rule 33 (b)(1).

Since Defendant was convicted of "Personation of a U.S. Officer" (18 U.S.C. § 912) on July 10th, 2024, new evidence has been discovered which is likely to substantiate the Defendant's innocence, and given the opportunity be granted by the Court to hear a new trial, such would result in an acquittal of all criminal charges based on the overwhelming amount of newly discovered evidence which supports the narrative that Defendant voluntarily disclosed the "fake search warrant" for which

he was criminally charged on grounds of 18 U.S.C. §912 ("Personation of U.S. Officer"), and did so in "good faith," pursuant to 6 U.S.C. §1504-"Sharing Cyber Threat Indicators and Defensive Measures."

Furthermore, newly discovered evidence suggests Defendant obtained the "Search warrant" template from the Dept. of Justice' Office of Justice-Bureau of Justice Assistance training website on cybersecurity related learning modules through the "National White Collar Crime Center" (NW3C) while Defendant was employed with the Transportation Security Administration (Exhibits attached).

3 of 78

Moreover, newly discovered evidence also shows NASA had in fact received the "fake search warrant" via fax (fascimilie) with a cover page, and email, describing it's contents as "hypothetical," and submitted by Defendant using his real name, citing concerns of an "insider threat" who had been using "fake search warrants" and fraudulent government credentials to compromise U.S. Government "Physical Access Control Systems" (PACS) affecting "National Missile Defense" systems (NMDs).

Onward, newly discovered evidence will also prove that Defendant produced the "fake search warrant" as a "satire," or "parody," as part of

4 of 78

an educational presentation on "Radio Frequency Identification & Near Field Communications" research (See Exhibit 1-H, page 27).

Also, Exhibit 1-I (page 28) includes a Google Drive link containing an investigative folder which was faxed to the Department of Justice "National Security Division," and received on September 28th, 2022, wherein, Defendant was identified by his government name, and described the "Search Warrant" as a fake, or otherwise "hypothetical," and cited proof Defendant previously submitted the same as a "Vulnerability disclosure report" to the Federal Communications Commission (FCC ticket no. 5755370).

Additionally, newly discovered evidence includes a September 8th, 2022 response from the Dept. of Justice - Office of the Inspector General to Defendant's Complaint of an "insider threat" at the DOJ which was submitted along with the "fake search warrant" appox. June of 2022 as a "proof-of-concept" (see Exhibit 1-M, page 32).

Foreward, Exhibit 1-O (page 34) further upholds 35 & 36 the established record that Defendant visited the FBI's Sacramento Field Office on January 7th, 2014, during which Defendant provided the FBI with a notarized affidavit requesting an investigation of a 2007 incident whereby an

6 of 78

FBI "impersonator" had caused a deadly collision (automobile accident) believed by Defendant to have been suspicious, and which later became the inspiration to the "fake search warrant" for which Defendant was indicted, with details described in the January 7th, 2014 affidavit reported to FBI Sacramento then being cited and featured in the 2022 "fake search warrant" Defendant submitted to NASA-OIG, and other U.S. Government agencies as a "vulnerability disclosure report."

Defendant asserts newly discovered evidence also shows consistency on the part of Defendant, in that Defendant continued to

contact the U.S. Government in "good faith"

stemming out of an abundance of concern

that there is an "insider threat" within the

FBI (see Exhibit 1-Q, page 38), and which

Defendant followed up on December 5th, 2022

(originally reported to the FBI in April of 2017).

Newly discovered evidence of an email

sent by Defendant to the Federal Aviation

Administration (FAA), Department of Interior (DOI),

and Environmental Protection Agency (EPA) all

confirm Defendant emailed a series of

"threat awareness bulletins" which identified Defendant

by his real name ("Anton A. Tagounov") and

occupation ("Private Investigator," D-U-N-S #11-728-

8 of 78

7825), describing an "insider threat" at the "Home Airport" (KXTA) of the "Edwards Air Force Base," and "affecting a DYCOMS Radar building at KXTA...," according to the email (See Exhibit 1-P, page 37), and emphasizing a "Physical Access Control Systems" (PACS) breach to a "restricted area under a false pretense."

In addition, Defendant's call logs obtained by FBI while Defendant was in Mexico (see Exhibit 1-R, page 39) show calls were made by Defendant to the Dept. of Veterans Affairs, White House Situation Room, Navy Weapons Station (Seal Beach, California), and Nevada's Dept. of Public Safety, which all falls in line with Defendant's

work as a "Private Investigator," and during which

Defendant continued to report an "insider threat"

from within the U.S. Government, often using the

"fake search warrant" as a "proof-of-concept" and

in support of Defendant's investigative work.

Defendant, a cybersecurity expert and

instructor, also reported the "fake search warrant"

through a Dept. of Defense program on a

"bug bounty" website (www.hackerone.com), and

where Defendant sent a "vulnerability disclosure

report" titled "Eavesdropping on government phone

systems/TS-SCI intercepted via unsecured line"

(See Exhibit 1-S, page 40), which bundled the

"White House Situation Room" vulnerability with the

"fake search warrant" as one incident report.

With the aforesaid, Exhibit 1-T (page 41) solidifies Defendant's numerous attempts at informing the U.S. Government to the "insider threat," and which the "Utah Military Academy Camp Williams Campus" acknowledged receipt of, but destroyed the attached "fake search warrant" included inside the email, citing they were not the intended recipient, thus, "destroyed the confidential information by shredding it."

Next, Exhibit 1-W (page 44) clearly shows 45 Defendant was cooperative with FBI and NASA criminal investigators during a "custodial interrogation" at the South Lake Tahoe Police

Department, and which also confirms NASA received report of the "fake search warrant" via HelloFax (www.hellofax.com), summarizing in the FBI report that Defendant "claims that someone was attempting to gain access to DOD facilities using fake Common Access Cards and a fake search warrant."

The exhibit also makes note that Defendant new a NASA employee ("Alexander Vasilevich Mileant") who had died under suspicious circumstances, and was a priest to the Defendant at the Eastern Russian Orthodox Christian Church in Hollywood (Los Angeles, California).

Exhibit 1-X (page 46-53) documents Defendants

Continued work as a "Private Investigator" which

Defendant recorded with the California's

Secretary of State. with a 59 page filing

which detailed Defendant's investigation into

"public corruption" in Nevada, including the use

of "fake search warrants" by local police

and their impersonation of DEA agents

(U.S. Drug Enforcement Administration) which

Defendant learned of white employed by the

Transportation Security Administration (with Guardian

Record ≠D #186375 BA).

In corroboration to Exhibit 1-Y (page 54-58)

Defendant has included a South Lake Tahoe

Police Department report which supports the

theory that Defendant has been a target

of "Sabotage" for his controversial work as

a "Private Investigator" because the police report

shows Defendant's license plates from his vehicle

were stolen during when Defendant's vehicle was

under surveillance by FBI Reno/Las Vegas, and

which occured just several days prior to the

FBI's warrantless search of Defendant's property.

Additional exhibits attached document

Defendant submitted the "fake search warrant"

from the Sacramento County main jail while

pending trial, also behavior which is consistent

with innocence, as Defendant continued to

report his investigative concerns and findings

14 f 78

even after being indicted for producing and sending the "fake search warrant".

Lastly, Exhibit 2-D (page 63-64) was obtained from the U.S. Attorneys Office (D. Nevada) and is related to Defendant's currently pending indictment based on the same "criminal complaint" which originated in the E.D of California, and further establishes Defendant's work and education, Exhibit 2-E (page 73-74) confirms Defendant's work as a "Private Investigator" from FBI "FD-302" form, and Exhibit 2-E (page 68 to 76) are newly discovered transcripts from Defendant's published audiobook "Tsunami: How Governments Traffick Drugs into Minority Communities,

Political Corruption, and the Murder of Tupac Amaru Shakur," and although contain some misspelling, are accurate in their documentation and description of Defendants work and training history, and affirm Defendant was acting in "good faith" in his investigations of an "insider threat" within the U.S. Government, described in detail, and which Defendant also documented with his "Satire" film "Troll-a-Long with a Rent-a-Cop" (Exhibit 2-6, Pages 77-78) in which Defendant featured a screenshot of the "fake search warrant" as an affidavit in it's early stages, and which also supports Defendant is a content creator

Specializing in "creative works" which Defendant has used to document and express his work as a "Private Investigator" and cybersecurity researcher, and in which the "fake search warrant" has played a fundamental role intended to inform the U.S. Government, and public, of vulnerabilities to critical infrastructure due to a compromised "Physical Access Control Systems" (PACS) which Defendant has good reason to suspect are being breached by an "insider threat" from within U.S. Government and acting in the political interest of the "People's Republic of China."

17 of 78

With the aforementioned, Defendant asks the court review the attached exhibits in support of this motion for a new trial, and please grant Defendant a new trial on grounds of the newly discovered evidence, as a new trial will most likely result in a "Not Guilty" verdict, or "acquittal" of the criminal charges for which Defendant was previously convicted of.

Date: May 28th, 2026

Respectfully,

Anton Andreyevich Izgounov
(Defendant)

18 of 78

## EXHIBIT 1-A

FBI emails confirm Defendant had agency sponsored access to www.leo.gov (LEEP) authorized by DHS, and through which Defendant also obtained the "search warrant" template (for which he was criminally charged) with authorization from the Dept. of Justice' "National White Collar Crime Center."

SOS/TS ▓▓ Thornton
FBI Las Vegas, Reno RA
National Security Squad
Cell: ▓▓▓2968
Office: ▓▓▓4010

**From:** Thornton, ▓▓ (LV) (FBI) <▓▓▓▓@fbi.sgov.gov>
**Sent:** Monday, November 18, 2024 10:15 AM
**To:** CJISServicesHub@fbinet.fbi
**Cc:** McMahon, ▓▓ (LV) (FBI) <▓▓▓▓@fbi.sgov.gov>; Jolley, ▓▓▓ (LV) (FBI) <▓▓▓@fbi.sgov.gov>; Thornton, ▓▓ (LV) (FBI) <▓▓▓@fbi.sgov.gov>
**Subject:** Correct Point of Contact to Obtain Leep Account Information for an FBI subject --- UNCLASSIFIED//LES

```
Classification: UNCLASSIFIED//LES
==================================================================
Transitory
```

Hello all,
  We have a subject that was convicted in July 2024 for impersonating federal officials (Anton Iagounov, case 266Z-LV-3594166). We are reviewing Iagounov's information for potentially charging him with various bomb threats he made in 2022. One aspect of the impersonation was owning a LEEP account and leo.gov email address. We would like to gain access to the subjects Leo.gov email account and other services he used while he was in LEEP. Who would be the correct point of contact to discuss this further?

Respectfully,

SOS/TS ▓▓▓ Thornton
FBI Las Vegas, Reno RA
National Security Squad
Cell: ▓▓▓2968
Office: ▓▓▓4010

```
==================================================================
Classification: UNCLASSIFIED//LES

==================================================================
Classification: UNCLASSIFIED//LES

==================================================================
Classification: UNCLASSIFIED//LES

==================================================================
Classification: UNCLASSIFIED//LES

==================================================================
```

19

USAO-005013

## <u>EXHIBIT 1-B</u>

FBI emails confirm Defendant had DHS authorization to access the FBI Cyber Investigator Certificate Program through the Law Enforcement Enterprise Portal (LEEP) from where Defendant obtained the "search warrant" template with which he was criminally charged.

**From:** Thornton, ▮▮ (LV) (FBI) <▮▮▮▮▮▮▮@fbi.sgov.gov>
**Sent:** Wednesday, November 20, 2024 12:11 PM
**To:** Hotard, ▮▮ (CJISD) (FBI) <▮▮▮▮▮▮@fbi.sgov.gov>; Thornton, ▮▮ (LV) (FBI) <▮▮▮▮▮▮▮@fbi.sgov.gov>
**Cc:** Willis, ▮▮ (CJISD) (FBI) <▮▮▮▮▮@fbi.sgov.gov>; Alex, ▮▮▮▮▮ A. (CJISD) (FBI) <▮▮▮▮@fbi.sgov.gov>; Layman, ▮▮▮▮. (CJISD) (FBI) <▮▮▮▮▮@fbi.sgov.gov>; Taylor, ▮▮▮▮ ▮(CJISD) (FBI) <▮▮▮▮@fbi.sgov.gov>; McMahon, ▮▮▮ (LV) (FBI) <▮▮▮▮▮▮@fbi.sgov.gov>; Jolley, ▮▮▮▮▮ (LV) (FBI) <▮▮▮▮@fbi.sgov.gov>
**Subject:** RE: Correct Point of Contact to Obtain Leep Account Information for an FBI subject --- UNCLASSIFIED//LES

```
Classification: UNCLASSIFIED//LES
========================================================
Transitory
```

Hello,

These are the two emails Anton used in various correspondence. We know he some training using virtual academy through the portal. Not sure what other apps he may have used while in the system. I have attached a PowerPoint with what we know. Anton had a background in computers and cyber activities in addition to the impersonation he did with local police.


▮▮▮▮▮▮@leo.gov
▮▮▮▮▮▮@leo.gov



**To:** Thornton, ▮▮ (LV) (FBI) <▮▮▮▮▮▮@fbi.sgov.gov>
**Cc:** Willis, ▮▮ (CJISD) (FBI) <▮▮▮▮▮@fbi.sgov.gov>; Alex, ▮▮▮▮▮ A. (CJISD) (FBI) <▮▮▮▮@fbi.sgov.gov>; Layman, ▮▮▮▮. (CJISD) (FBI) <▮▮▮▮▮@fbi.sgov.gov>; Taylor, ▮▮▮▮ ▮(CJISD) (FBI) <▮▮▮▮@fbi.sgov.gov>; McMahon, ▮▮▮ (LV) (FBI) <▮▮▮▮▮▮@fbi.sgov.gov>; Jolley, ▮▮▮▮▮ (LV) (FBI) <▮▮▮▮@fbi.sgov.gov>
**Subject:** RE: Correct Point of Contact to Obtain Leep Account Information for an FBI subject --- UNCLASSIFIED//LES

```
Classification: UNCLASSIFIED//LES
========================================================
Transitory
```

Hi, ▮▮▮. I can help with this request. Do you have any additional details about the LEEP account(s) this individual was utilizing? We do see one that utilized the same name employed by the TSA. If that is only one known we'll concentrate on it. If there are others, any identifying data would help to isolate the activity.

▮▮▮▮ Hotard
Data Sharing Services Unit
CJIS Division

2️⃣ ⊘

## EXHIBIT 1-C

Proof Defendant had DHS authorization to access the FBI Cyber Investigator Certificate Program (LEEP) and National White Collar Crime Center from where Defendant obtained the "search warrant" template for which Defendant was charged with producing.

| Name | E-mail Address | Last Name | Business... | Status |
|------|----------------|-----------|-------------|--------|
| Anton Iagounov | ▶ anton.iagounov@tsa.dhs.gov | | LEO Users | Inactive |

Total: 1  Displayed: 1  Selected: 0

| | |
|---|---|
| Authentication Failed from 24.176.245.59 (24-176-245-59.dhcp.crcy.nv.charter.com) | 2016-12-14 17:36:53 |
| Authentication Successful from 24.176.245.59 (24-176-245-59.dhcp.crcy.nv.charter.com) | 2016-12-14 17:37:11 |
| Authentication Successful from 24.176.245.59 (24-176-245-59.dhcp.crcy.nv.charter.com) | 2016-12-14 17:37:39 |
| Access Granted to LEO Federation Service | 2016-12-14 17:38:38 |
| Access Granted to LEO Federation Service | 2016-12-14 17:40:42 |
| Access Granted to fbiva Federation Service | 2016-12-14 17:47:58 |
| Access Granted to RISSNET Federation Service | 2016-12-14 17:49:14 |

No Time Added to Login Events

Search has completed

| USERAUDITDETAILS | USERAUDITTIMESTAMP |
|------------------|--------------------|
| Access Granted to fbiva Federation Service | 2018-05-30 06:51:39 |
| Access Granted to LEO Federation Service | 2018-05-30 06:56:00 |
| Authentication Successful from 24.182.27.152 (24-182-27-152.dhcp.nlto.ca.charter.com) | 2018-05-30 07:39:38 |

## EXHIBIT 1-D

FBI report confirms Defendant had DHS sponsored access to government web portals, and from which Defendant obtained the "search warrant" template with Dept. of Justice approval (National White Collar Crime Center).

## 266Z-LV-3594166 Serial 20

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     06/03/2022

On June 1, 2022, Tracy Clymer advised author via email of the following:

Anton Iagounov (Iagounov) had a LEEP account through Department of Homeland Security in 2016. In June 2018 it was automatically inactivated due to inactivity. Iagounov submitted another application in 2019 under a private industry name in Lake Tahoe, but his application was rejected and no further follow up from him was received. Iagounov does not currently have LEEP access under TSA/DHS or the private entity name.

**UNCLASSIFIED//FOUO**

Investigation on  06/01/2022  at  Reno, Nevada, United States (Email)

File #  47-LV-3594166                                         Date drafted  06/03/2022

by  David ▌. Hume

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-000417

22

## <u>EXHIBIT 1-E</u>
Defendant reported the "fake search warrant" to NASA OIG Cybersecurity Division's Special Agent "Ryan D. Pittman."


**From:** Anton Iagounov <█████@mail.hellofax.com>
**To:** "█████████@nasa.gov" <█████████@nasa.gov>
**Subject:** [EXTERNAL] You've received a document via HelloFax
**Date:** Fri, 16 Sep 2022 20:44:06 +0000
**Importance:** Normal
**Attachments:** Electronic_Device_Search_Warrant_Washington_DC.pdf

---

HelloFax

The easiest way to sign and send faxes online

## Electronic Device Search Warrant_Washington DC

From: Anton Iagounov (████@usci.cc)

Ref: DHS/CISA Incident # 2022-USCERTv317P1X7

On Sept. 12th, 2022, at approx. 1500 hours (EST), there was a compromise to TS/SCI at the White House Situation Room affecting "Cisco IP" phone systems, whereby the contents of a "secure line," or "STE," otherwise known as "Secure Terminal Equipment," labeled as "Top Secret SCI," where disclosed over the Situation Room's unsecure telephone line (ph: █████9431).

During this incident, contents of a conversation between White House Situation Room employee "Savannah" and the Central Intelligence Agency's Operations Center were intercepted and recorded.

With the aforementioned, and more recently, beginning July, and until the current and present time, persons unknown identified themselves as government contractors when attempting to serve a federal search warrant as a means to gain physical access to various DoD installations, including Utah's "Army Garrison Camp Williams." The subjects currently being sought as a result thereof, are also believed to be connected to the Sept. 12th incident at the White House.

United States District Court for the District of Utah has confirmed receipt of a similar search warrant request for an emergency filing on July 21st, 2022.

We have not been able to confirm nor deny the authenticity of this document and have yet to hear back from NASA's Office of the Inspector General. Any feedback regarding this matter is encouraged.

23

As per company policy, I have submitted a copy of this incident report to FCC's Karen Johnson (Enforcement Bureau).

Best regards,

Anton A. Iagounov
Cyber Investigator (D-U-N-S# 11-728-7825)
High-Tech & Cybercrimes
U.S. Cybersecurity Investigations, LLC
712 H St. NE, #2128
Washington, District of Columbia 20002
Ph: █████3988
Fx: █████3080
www.cyberstructure.org
█████@usci.cc

This preceding fax and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and contains information intended for the specific individual(s) only or constitute non-public information. This information may be confidential. If you are not the intended recipient you are hereby notified that you have received the document in error and that any review, dissemination, copying, or the taking of any action based on the contents of the information is strictly prohibited. If you have received this communication in error, please notify me immediately by E-mail, and delete the original message. Use, dissemination distribution or reproduction of the message by unintended recipients if not authorized and may be unlawful. - Reply

View document

Warning: do not forward this email to others or else they will be able to access your document.

2-4

## EXHIBIT 1-F

FBI report confirms NASA received a fax from Defendant (anton@usci.cc) which contained report of a compromise to the White House, and the "fake search warrant."

## 266Z-LV-3594166 Serial 70

-1 of 1-

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___09/30/2022___

NASA Special Agent ████ Daniels-Watanabe provided author with a fax received by the NASA Long Beach Resident Agency from email ████@usci.cc through the HelloFax service. A PDF was attached to the message and both the message and attachment are included in the digital 1A portion of this document.

The email discussed a purportedly leaked conversation between "White House Situation Room employee Savannah" and the "Central Intelligence Agency's Operations Center."

The email also discussed unknown persons attempting to "gain physical access to various DoD installations, including Utah's Army Garrison Camp Williams" with a federal search warrant and an emergency filing of a similar search warrant request with United States District Court of Utah.

A digital copy of the email is included in the 1A portion of this document.

**UNCLASSIFIED//FOUO**

Investigation on 09/21/2022 at Reno, Nevada, United States (Email)

File # 288A-LV-3594166     Date drafted 09/30/2022

by ████ . Hume

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

25

**EXHIBIT 1-G**
NASA OIG Intelligence Report documents Defendant's "creative works" and registered "LLC," all of which support the narrative that the "counterfeit search warrant" was a work of "art" and intended to educate and inform.

# U.S. Cybersecurity Investigations LLC



**Company Number**  2020-000914404

**Status**  Inactive Administratively Dissolved (Tax)

**Incorporation Date**  1 May 2020 (over 2 years ago)

**Dissolution Date**  9 July 2022

**Company Type**  Limited Liability Company

**Jurisdiction**  Wyoming (US)

**Registered Address**  2132 Helen Ave., Unit B
South Lake Tahoe
96150
CALIFORNIA
USA

**Inactive Directors / Officers**  Anton Iagounov, organizer
Registered Agents Inc, agent

**Registry Page**  https://wyobiz.wyo.gov/Business/Filin...

**Similarly named officers**

ANTON IAGOUNOV , *manager*, inactive EZONEZ LLC  *(Nevada (US), 29 Apr 2020- )*

ANTON IAGOUNOV , *agent*, inactive EZONEZ LLC  *(Nevada (US), 29 Apr 2020- )*

Anton A Iagounov , *organizer*, inactive OSS, LLC  *(Wyoming (US), 3 May 2021- 9 Jul 2022)*

Anton Andreyevich Iagounov , *organizer*, inactive Phoebus LLC  *(Wyoming (US), 19 Apr 2020- 9 Jun 2022)*

**Anton Iagounov** , *organizer*, 18 U.S.C. 1961 LLC  *(Wyoming (US), 23 Jun 2020- )*

**Anton Iagounov** , *organizer*, PWN LLC  *(Wyoming (US), 25 Jan 2022- )*

U.S. Cybersecurity Investigations LLC          CUI//FSEC//INV//LEI



USAO-002398

  

Creative works by Anton Iagounov          CUI//FSEC//INV//LEI



USAO-002405

26

## EXHIBIT 1-H

NASA OIG Intelligence Report confirms "search warrant" was part of "parody" and "satire" presentation created for educational purposes, and includes "Twitter," "YouTube," and "Udemy" screenshots showing Defendant is an "instructor" and "actor" who teaches Cybersecurity.



**ninjavelli** @ninjavelli · Aug 13                                    ···

Sovereing Militia resonds to FBI raid on Trump's Florida mansion, threatens Biden's arrest (parody)

youtu.be/i9INJ9ITmfk

#fbi #Trump #FBIRaid



youtube.com
**Sovereing Militia resonds to FBI raid on Trump's Fl...**
twitter.com/ninjavelliwww.cyberstructure.orghttps:
//www.patreon.com/join/4610225...



**ninjavelli**
19 subscribers

| HOME | VIDEOS | PLAYLISTS | CHAI |



Uploads    ▶ PLAY ALL




**Radio Frequency Identification and Near Feil...**
3 views · 2 days ago

**Sovereing Militia responds to FBI raid on Trump's Florida...**
32 views · 2 days ago



**Radio Frequency Identification & NFC Research with Proxmark3**
Anton Iagounov
2 total hours · 11 lectures · All Levels

**$14.99** ~~$24.99~~

New

15/22

CUI//FSEC//INV//LEI



USAO-002418

## EXHIBIT 1-I

New discoveryobtained from USAO (D. Nevada) "USAO-002429," provides solid evidence which shows Defendant submitted the "fake search warrant" to FBI's National Security Division via fax (www.faxburner.com), and included a Google Drive link which contained a copy of the "fake search warrant," "vulnerability disclosure reports," and "proof-of-concept" supporting the narrative that Defendant's behavior was consistent with innocence.

09-28-2022 18:07                    8552809334                              3/43

Greetings,

This is regarding a recent Industrial Systems access control breach effecting government telecommunications systems.

Please reference the following incident report # FCC Ticket No. 5755370.

I am currently investigating major leak of TS/SCI affecting U.S. NMD (ref: Guardian Record ID # 186375 BA), whereby stolen DEA credentials where replicated and used to access restricted government facilities by an unknown malicious actor, and for the furtherance of the aforementioned activities.

Officials have received numerous reports of malicious actors attempting to access government facilities designated as restricted areas using a "Search Warrant" as a means to gain entry. I am submitting to you a "Rule 41" affidavit which is being presented to DoD personnel as a means to the artifice. I have not been able to confirm as to the document's authenticity, however, can say that the individuals using the affidavit are not authorized to do so.

This is currently being treated as an insider threat. Should you have any further questions, you can contact me at ██████-3988. Also, supporting material can be accessed below.

https://drive.google.com/drive/folders/1aeJcvSfmiaCS3Tkh9kkYEAL75AT9zL2B

https://www.dropbox.com/sh/a63b3816jrycf42/AADvKXHqhhiPvjVk4fN9x52Ka?dl=0

Best regards,

Anton A. Iagounov
Private Investigator (D-U-N-S #11-728-7825)
U.S. Cybersecurity Investigations, LLC
712 H St. NE, #2128
Washington, District of Columbia 20002
Ph: ██████-3988
anton@usci.cc

28

## EXHIBIT 1-J

Fax cover page summerizes Defendant's research submitted to FBI's National Security Division, and also confirms Defendant is a "private investigator" who had at no point in the investigation misidentified himself as a NASA Officer.

09-28-2022 18:07                    8552809334                                              1/43

This fax was sent using

# www.FaxBurner.com



F@xBurner

## FACSIMILE TRANSMITTAL

| To: | Fax: 2023537498 |
| --- | --- |
| From: Anton Iag | Fax: 8552809334 |
| Pages: 3 [Including cover page] | Date: September 28, 2022 7:02PM CST |
| Re: | |

Attn: National Security Division/FBI

Re: Insider Threat Awareness

This is regarding a recent Industrial Systems access control breach affecting DoD and DOJ telecommunications systems. I was forwarded this complaint from Security Operations staff of the Cheyenne Mountain Air Force Station.

To get your own free fax number and to send faxes with your phone, visit us at www.faxburner.com

Reference #: 447891749

I believe this to be related to the February, 2022 incident affecting FBI access control systems, during which a Special Agent reported to the FBI Salt Lake City, Utah Field Office being locked out of the Boise, Idaho Resident Agency.

Please reference the following incident report # FCC Ticket No. 5755370.

ref: Guardian Record ID # 186375 BA

Anton A. Iagounov
Private Investigator (D-U-N-S #11-728-7825)
U.S. Cybersecurity Investigations, LLC
712 H St. NE, #2128
Washington, District of Columbia 20002
Ph: ████████3988
████@usci.cc

This preceding fax and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and contains information intended for the specific individual(s) only or constitute non-public information. This information may be confidential. If you are not the intended recipient you are hereby notified that you have received the document in error and that any review, dissemination, copying, or the taking of any action based on

29

## EXHIBIT 1-K

Shows FBI San Diego Defendant during a "custodial interrogation" interview without a Miranda advisement.

## 266Z-LV-3594166 Serial 226

FD-302 (Rev. 5-8-10)

-1 of 1-

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    04/19/2024

On 04/19/2024, Federal Bureau of Investigation (FBI) Special Agents (SAs) ███████ Teklezghi and ████████ Chan arrested Anton Iagounov (Iagounov), date of birth ████/1985. Between 6:39 a.m. (PST) to 8:30 a.m. (PST), Iagounov stated the following excited utterances to FBI SAs Teklezghi and Chan:

* Iagounov worked as a TSA officer.

* Iagounov worked as a police officer.

* Iagounov worked as a hacker helping government agencies to test vulnerabilities in their systems.

* Iagounov spent time in the juvenile criminal system for ████████████ and ████████

* Iagounov had T/SCI information about traffickers of children on his cellular phone and was adamant the case agent be notified.

* When asked to explain the meaning of his middle name, he said "Andreyevich" meant "son of Andre" in Russian.

* When asked whether he got his last name "Iagounov" from his mother or father, he said he got it from the man that married his mother.

[*Agent note:* A copy of the excited utterances notes are attached to the digital 1A file of the captioned case file and a hard copy will be placed into the physical 1A file of the same case file.]

**UNCLASSIFIED//FOUO**

Investigation on    04/19/2024    at    San Diego, California, United States (In Person)

File #    266Z-LV-3594166                                                    Date drafted    04/19/2024

by    ████████ Teklezghi

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

*30*

USAO-003499

## EXHIBIT 1-L

Handwritten notes documenting Defendant's investigative work into an "insider threat" within government were also seized by FBI and withheld from previous discovery by prosecution.

## 266Z-LV-3594166 Serial 109

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/10/2023

A note found during the search of 1432 Melba Drive, South Lake Tahoe, California, was submitted by the case agent to FBI Language Services for translation. An FBI linguist provided the following notes:

This notebook page contains several international phone numbers and the following notes writing in Russian using the Latin alphabet:

- Lenin's Mausoleum at Red Square

- Pushkin Alexander International Airport

- I am a wanted man, you have an open order for my arrest for terrorism. I disrupted your soldiers in Syria.

- I have information that your government is carrying out clinical experiments on the population.

[Agent Note: The original note is maintained in evidence control. A digital copy of the note is included in the digital 1A portion of this document. The full report from FBI Language Services is included in the digital 1A portion of this document.]

**UNCLASSIFIED//FOUO**

Investigation on    12/16/2022    at    Reno, Nevada, United States (Email)

File #    288A-LV-3594166                                      Date drafted    01/10/2023

by    ███████ . Hume

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-001485

EXHIBIT 1-M



B1610-8688 03/22/2023 10:56 AM Received by California Secretary of State

September 8, 2022

Anton Lagounov
███████@email.phoenix.edu

Dear Mr. Lagounov,

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office.  You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority:  https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter.  Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.


Sincerely,

Office of the Inspector General
Investigations Division

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

32

USAO-002633

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___03/27/2023___

On March 23, 2023, ███ Carr, General Counsel for the Public Employee's Retirement System of Nevada (PERS), contacted the FBI-Reno Resident Agency regarding a fax received on March 22, 2023. The fax was sent to the Nevada Attorney General and other Nevada state offices from Anton Iagounov.

Iagounov's fax stated the Nevada Attorney General, along with PERS Nevada, were among over 30 defendants in a federal RICO complaint filed in the US District Court, District of Columbia. The fax appeared to also include a Uniform Commercial Code (UCC) financing statement from the State of California, listing the 33 defendants as debtors to Anton Iagounov, US Cybersecurity Investigations LLC, and Kids United Bureau. A copy of the fax is attached to the digital 1A file.

Investigation on ___03/23/2023___ at Carson City, Nevada, United States (Phone, Fax, Email)

File # 196D-LV-3594166                                    Date drafted 03/23/2023

by ███ MCMAHON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

33

USAO-001613

Duty Agent:_____

Date: 01/07/14 _____

Visitor's Name: ANTON A IAGOUNOV _____

Date of Birth: 05/04/1985 _____

License Number (include State): D4429752 _____

Reason for Visit: MURDER - ACCIDENT NOT INVESTIGATED (TRAFFIC)

_____

34

USAO-000352

EXHIBIT 1-0.1

ANTON A. IAGOUNOV
730 N. PALORA AVE.
YUBA CITY, CA 95991
530-314-0000

## REQUEST FOR INVESTIGATION

To Whom It May Concern,

On 12/05/2007 at approximately 12:54 a.m., an automobile accident occurred on the northbound Interstate 15 highway in Victorville, CA, which resulted in the reported death of KYLE GAVIN BARRY. According to the official story; the subject in question was parked in the slow lane of the highway, unrestrained and with the vehicle engine off for an unknown reason when he was rear ended by a dump truck making its scheduled route, in which case the subject was said to have been killed upon impact. The incident took place after the subject reportedly, driving a 1996 Dodge Grand Caravan SE (CA license plate 5ZLR222), had run another driver off the road. The subject, being completely stopped in the slow traffic lane of the highway, exited his vehicle and approached the motorist whom he pulled over. The subject identified himself as a special agent of the F.B.I, ordered the driver out of his car and then assaulted him before returning to the parked 1996 Caravan. It was about that time when the person described as the subject, while in the driver seat of the Dodge Caravan, was struck from behind by a moving dump truck that was traveling at approximately 55 mph. Although the toxicology report later revealed the deceased as having elevated BAC levels of .24%, the investigating medical examiner (Deputy P. Sokolik/*San Bernardino County Sheriff-Coroner Division*) at the scene of the accident, after examining the decedent, determined that the body identified as belonging to the subject did not smell of alcohol. The keys were missing from the ignition upon discovery of the accident and were later recovered from the right rear corner of the vehicle.

After a careful and thorough examination of the incident and series of events leading up to, and following the subjects reported death; I have learned that, in good cause, there are presently a number of inconsistencies, significant to the nature of this complaint, that do not support the original narrative. It is my strong conviction that the body of the deceased recovered from the accident and identified as being KYLE GAVIN BARRY, is in fact that of an unidentified male with a similar description, whom was likely unconscious when he was advertently placed in the mentioned 1996 Dodge Grand Caravan, against his will, and deliberately put in harm's way, at the discretion of KYLE GAVIN BARRY. Upon an initial review of the coroner's preliminary investigation report pertaining to this matter, I learned that the subject's California Driver's License description does not accurately match the description of the subject from page 1 of the attached coroner's report (See attached copy of Coroner Investigation report, case# 700708980).

35

USAO-000353

EXHIBIT 1-0.2

Interestingly, the subject was due in court the following week to face several felony charges that stemmed from a burglary for which he and his younger brother had been arrested-precisely 3 ½ months before the accident. According to a death certificate issued by San Bernardino County, the subject was to be buried the very same day he was due in court. If the inferred allegations are true, it is suggested that the motives leading up to the staged accident were to a) create the perception of the subject's death to further avoid his legal obligations and likely incarceration, and b) to gain financially. It is believed that the subject, along with his brother, mother, and possibly his sister, had knowingly premeditated, committed and assisted in the commission of; heinous crimes that would accomplish the killing of an unidentified male as a pretext to the subject's fictitious death and an unlimited civil procedure against DALTON TRUCKING INC., who was said to be responsible for the subjects death and was the second party to the accident; filed by the subject's mother, who later requested the case be dismissed as it was headed for a jury trial and the subpoena of all witnesses. Additionally, being this was an auto related incident and the vehicle used was insured, there is reason to believe this accident was instrumental in committing insurance fraud.

Given the questionable circumstances surrounding this event, I hereby request for a further investigation of these allegations and all persons said to be involved in this matter whose names are stated in the **AFFIDAVIT IN SUPPORT OF COMPLAINT** (Page 3), as being the subject and associates in fact. Thank you.

**JURAT**

State of California

County of _____Sacramento_____

Subscribed and sworn to (or affirmed) before me on this ___7th___ day of ___January___, 20_14_, by ___Anton A. Iagounov___ personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Alexandria N Green_

X _Anton Iagounov_

Anton A. Iagounov
Complainant

1/7/2014

ALEXANDRIA N. GREEN
COMM. #1963172
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES DEC. 9, 2015

36

EXHIBIT 1 P

## Re: Insider Threat Awareness Bulletin-Homey Airport (KXTA) of Edwards Air Force Base

From    anton@usci.cc <anton@usci.cc>

To      klee@lcso-nv.org, christopher.zawarus@faa.gov

CC      neil_hernandez@ios.doi.gov, uashelp@faa.gov, chris_riermer@ios.doi.gov

BCC     oig_hotline@epa.gov

Date    Monday, October 3rd, 2022 at 6:43 PM

**HSEC-16-00000-ST-2009**

**Re: Insider Threat Awareness Bulletin-Homey Airport (KXTA) of Edwards Air Force Base**

Greetings,

Please refer to the security incident affecting PACS (Physical Access Control Systems) at the Homey Airport, which occurred on October 2nd, 2022.

We are currently investigating this matter in connection with a recent report of an insider threat at the Cheyenne Mountain Complex in El Paso County, Colorado.

The person of interest is a security contractor (G4S) and confirmed foreign agent, Egor Igorevich Kruichkov, who recently attempted to sabotage U.S. Industrial Control Systems (ICS) affecting a DYCOMS Radar building at KXTA after gaining access to a restricted area under a false pretense. Additionally, the subject dumped spent ammunition casings on federal property during the course of his employment at the location, during which he and a co-worker used government land for recreational outdoor firearms activities.

As a result thereof, the subject is not allowed at any DoD installation or facility while the matter is pending further investigation. Please see photograph attached for description.

As per GSA guidelines, I am required to obtain corroborating reports in support of the incident. If you can please respond at your earliest convenience by calling 916-843-3940.

Best regards,

Anton A. Iagounov
Private Investigator (D-U-N-S# 11-728-7825)
High-Tech & Cybercrimes
U.S. Cybersecurity Investigations, LLC
712 H St. NE, #2128
Washington, District of Columbia 20002
Ph: 202-894-3988



FD-1036 (Rev. 10-16-2009)                    UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Import Form

EXHIBIT ± Q

**Form Type:** EMAIL - Email                    **Date:** 12/08/2022

**Title:** (U//FOUO) Iagounov NTOC Call to CJIS 5 December 2022 About
Impersonating an FBI Employe

**Approved By:** SSA JOLLEY ███████████
A/SIA ███████ . Sanders

**Drafted By:** ████ Thornton

**Case ID #:** 288A-LV-3594166      (U//FOUO) IAGOUNOV, ANTON ANDREYEVICH
288A-SU-3543065      (U//FOUO) ANTON ANDREYEVICH IAGOUNOV;
UNAUTHORIZED ACCESS TO DEVICE TO MAKE
BOMB THREATS;
IMPERSIONATION OF FEDERAL AGENT;
VICTIM: M██ H██

**Synopsis:** (U//FOUO) On 5 December 2022, FBI Las Vegas, Reno Resident
Special Agent Hume received an email from NTOC regarding a call from main
subject Anton Iagounov. NTOC reported Iagounov called using cell phone
███████6956, to report he called FBI Las Vegas, and they had no records
of his reports so called NTOC to see if they have any record of him
calling about the impersonation of an FBI employee.

**Enclosure(s):** Enclosed are the following items:
1.  (U) NTOC transcript for call from Iagounov on 5 December 2022

♦♦

UNCLASSIFIED//FOUO

38

UNCLASSIFIED//LES

Title:  (U//LES) Iagounov Phone Contacts of Interest as of 10 April 2024
Re:  196D-LV-3594166, 04/11/2024

EXHIBIT 1-R

enforcement officials and judges using phone calls, faxes, emails, and other communication methods. On 3 April 2024, FBI Las Vegas received a warrant for a Pen Trap and Trace of main subject Anton Iagounov's phone number ███████6956. Writer monitored the phone calls and identified several phone numbers/contacts of interest from 3 April to 10 April 2024. This report documented the information.

(U//LES) On 8 April, Iagounov contacted ███████1161, which according to open sources was PayPal customer services.

(U//LES) On 5 April, Iagounov made two phone calls to ███████9431. According to Sentinel searches, this number resolved to the White House Situation Room. Iagounov previously recorded himself on YouTube videos possibly contacting the White House Situation Room, and attempting ask for information (196D-LV-3594166, serials 188 and 205).

(U//LES) On 5 April, Iagounov called ███████4900 and had a 5 minute conversation. Open sources revealed this phone number was associated with the Department of Veteran Affairs, Tort Law Office.

(U//LES) On 5 April, Iagounov called ███████7011. Open source searches indicated this phone was associated with the Navy Weapons Station in Seal Beach, California.

(U//LES) On 4 April 2024, Iagounov attempted to call phone number ███████7101 that was previously identified in Sentinel as belonging to the Nevada Department of Public Safety, Chief of Detective Division.

◆◆

UNCLASSIFIED//LES

2

39

EXHIBIT 1-S

CLASSIFIED//FOUO

**"EXHIBIT G"** clearly shows Dept. of Defense was contracted with **HackerOne.com** at the time of "vulnerability disclosure report" submission:

[deptofdefense] #1709250: Eavesdropping on government phone systems/TS-SCI intercepted via unsecured line

**Subject:** [deptofdefense] #1709250: Eavesdropping on government phone systems/TS-SCI intercepted via unsecured line
**From:** "agent-z1 (via HackerOne)" <no-reply@hackerone.com>
**Date:** 9/22/22, 12:22
**To:** antoniag@protonmail.com

HackerOne

agent-z1 **closed your report** #1709250 Eavesdropping on government phone systems/TS-SCI intercepted via unsecured line **as Informative.**

Greetings,

Thank you for your report. Unfortunately it is out of scope for our program and we will be closing it as informative.

Thanks for supporting the DoD Vulnerability Disclosure Program.

Regards,
The VDP Team

View details on HackerOne.

HackerOne

This message is automatically generated by HackerOne. If you think it was sent incorrectly, contact support@hackerone.com.

Privacy | Terms

CLASSIFIED//FOUO

9 Of 23

40

EXHIBIT 1-T

**CLASSIFIED//FOUO**

**"EXHIBIT H"** corroborates FBI and NASA interview transcripts, confirming the **"vulnerability disclosure report"** was submitted to the Dept. of Defense:

## Re: Confidential Information Sent to Wrong Fax

From    anton@usci.cc <anton@usci.cc>

To      Jakob Ellinger<jellinger@utahmilitaryacademy.org>

Date    Monday, 19 September 2022 at 9:06 AM

Greetings,

Can you please call us at our secure line at 202-534-0860. Please reference DHS CISA incident # INC000010405245

This matter pertains to a recent telecommunication systems breach affecting DoD systems whereby a conversation between two U.S. governmental agencies was eavesdropped on by what are believed to be foreign actors.

Best Regards,

Anton A. Iagounov
Cyber Investigator (D-U-N-S/Contractor #11-728-7825)
High-Tech & Cybercrimes
U.S. Cybersecurity Investigations, LLC
712 H St. NE, #2128
Washington, District of Columbia 20002
Ph: 202-894-3988
Fx: 202-964-3080
www.cyberstructure.org

------- Original Message -------
On Monday, September 19th, 2022 at 8:56 AM, Jakob Ellinger <jellinger@utahmilitaryacademy.org> wrote:

Anton,

My name is Jakob Ellinger. I am the interim principal at Utah Military Academy-Camp Williams Campus. This morning we received a fax from Insider Threat Awareness to Criminal Investigations (OIG)/Physical Access Control Systems. There were instructions on the first page on what to do with the information should we receive it in error. I am letting you know that we have complied with the instructions by sending this email to you and we have destroyed the confidential information by shredding it. Let me know if there are further steps we need to complete to be in compliance with the instructions on destruction of the fax.

Respectfully,

Mr. Ellinger

**CLASSIFIED//FOUO**

EXHIBIT 1-U

**CLASSIFIED//FOUO**

**"EXHIBIT I"** details a telecommunications breach at the White House' Situation Room, and misuse of counterfeit search warrants by an "insider threat":

**Ref: DHS/CISA Incident # INC000010405245 & US CERT # 2022-USCERTv317P1X7**

On Sept. 12th, 2022, at approx. 1500 hours (EST), there was a compromise to TS/SCI at the White House Situation Room affecting "Cisco IP" phone systems, whereby the contents of a "secure line," or "STE," otherwise known as "Secure Terminal Equipment," labeled as "Top Secret SCI," were disclosed over the Situation Room's unsecure telephone line (ph: 202-456-9431).

During this incident, contents of a conversation between White House Situation Room employee "Savannah" and the Central Intelligence Agency's Operations Center were intercepted and recorded.

With the aforementioned, and more recently, beginning July, and until the current and present time, persons unknown identified themselves as government contractors when attempting to serve a federal search warrant as a means to gain physical access to various DoD installations. The subjects currently being sought as a result thereof are also believed to be connected to the Sept. 12th incident at the White House.

United States District Court for the District of Utah has confirmed receipt of a similar search warrant request for an emergency filing on July 21st, 2022.

We have not been able to confirm nor deny the authenticity of this document, and have yet to hear back from NASA's Office of the Inspector General. Any feedback regarding this matter is encouraged.

As per company policy, I have submitted a copy of this incident report to FCC's Karen Johnson (Enforcement Bureau).


Best regards,

Anton A. Iagounov
Private Investigator (D-U-N-S# 11-728-7825)
High-Tech & Cybercrimes
U.S. Cybersecurity Investigations, LLC
712 H St. NE, #2128
Washington, District of Columbia 20002
Ph: 202-894-3988
Fx: 202-964-3080
www.cyberstructure.org
anton@usci.cc


**CLASSIFIED//FOUO**

11 of 23

42

EXHIBIT 1-V

CLASSIFIED//FOUO

**"EXHIBIT J"** affirms the "insider threat" was also documented by author September of 2022, and then again that October, as an e-book published on the internet:

**Other Supporting Evidence:**

**Russian Intelligence**

February 27th, 2022, I received information from Russian police intelligence "Viktor Krylov," of the "Russian Ministry of Internal Affairs," that an unidentified "insider threat" at the NSA, described as a senior level Intelligence Officer, and related to "Kyle Gavin Barry," had leaked information to foreign agents of Russia regarding my whereabouts.

Similarly, I had also provided U.S. officials with information regarding the Saudi government's use of "cut outs," or otherwise foreign security defense contractors assuming the identities of DoD personnel under a false pretense, and in an effort to provoke conflict between the U.S. and its allies, which in response I was contacted by the U.S. Consulate in Jeddah, Saudi Arabia on April 4th, 2022.

Additionally, this "insider threat" is believed to be assuming different identities, including that of an "Emergency Medical Technician" (EMT), by the name of "Robert F. Lynch" (CA EMT #P24620), and has used fraudulent government credentials in the past, at times "deputizing" "intelligence sources" as "public officials," by means of "parallel construction," and under the guise of "medical research."

Lastly, the "insider threat" described herein has the means to replicate government credentials as such relate to "Physical Access Control Systems" (PACS), or otherwise known as "Common Access Cards" (CAC), and has previously gained entry to U.S. government facilities under a false pretense, using "red teaming" as cover, and is believed to be responsible for the September 12th, 2022, telecommunications systems breach affecting the White House Situation Room, whereby a "malicious actor" had re-routed and intercepted TS/SCI during a telephone conversation between the CIA's Operations Center and the White House' National Security Council.

Signed on October 21st, 2022, in Washington, District of Columbia.

**Anton A. Iagounov**
Private Investigator (**D-U-N-S #11-728-7825 & FCC #0030618565**)
**U.S. Cybersecurity Investigations, LLC**
712 H St. NE, #2128
Washington, District of Columbia 20002

CLASSIFIED//FOUO

12 of 23

43

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

288A-LV-3594166

Continuation of FD-302 of (U//FOUO) Interview with Anton Iagounov ,On 10/27/2022 ,Page 2 of 2

service. He found Ryan Pittman's name from the NASA directory on the NASA website. Alexander Vasilevich Mileant, a former Russian Orthodox priest of a church Iagounov used to attend, worked for NASA.

Iagounov reached out to NASA because he knew a NASA employee in order to tell them about about drug trafficking within the government that was tied to the murder of Tupac Shakur murder. Employees of the government have been involved in corruption and drug trafficking since the Reagan era. They sold drugs and laundered money through record companies and hid the criminal activity behind Top Secret/SCI classifications. Iagounov is conducting an investigation to bring these actions to light and raise awareness of societal problems.

Iagounov said he was familiar with the affidavit. Iagounov says to the best of his knowledge he sent the affidavit as he found it but also may have redacted the judge's signature. He sent the affidavit to several different agencies and some different courts. Iagounov said he could not "confirm nor deny" whether he stamped a copy of the affidavit as "Sealed" before sending it to the courts. Iagounov said he would like to be like Joel O'Neill in the affidavit.

Iagounov's GoDaddy was hacked and someone altered the registrar information for his website. He believes it may have been Robert Lynch, a former CIA and NSA employee.

Iagounov would never impersonate a Special Agent for unethical or fraudulent purposes.

The incident involving a stolen vehicle with Iagounov's plates on the vehicles was the result of sabotage targeting Iagounov. Because Iagounov has gone public with what he knows about international drug trafficking and corruption in the government he has become a target of sabotage.

**UNCLASSIFIED//FOUO**

45

USAO-000912

FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

EXHIBIT 1-W

Date of entry ___11/01/2022___

Anton Iagounov (Iagounov), date of birth (DOB) ▮▮▮/1985, residence address 1432 Melba Drive, #202, South Lake Tahoe, California (CA), was interviewed at South Lake Tahoe Police Department, 1352 Johnson Boulevard, South Lake Tahoe, CA, 96150 by FBI Special Agent ▮▮▮ Hume and National Aeronautics and Space Administration Office of Inspector General Special Agents ▮▮▮ Hall and ▮▮▮ Daniels-Watanabe.

The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures actual words spoken.

Iagounov believes that many government agencies are corrupt. He applied for and tested for many law enforcement agencies and was employed by the Department of Homeland Security (DHS). He gained access to virtual academy through his employment at DHS and completed at least 104 hours of virtual academy training including training in cyber security through Carnegie Mellon.

Iagounov described himself as an ethical hacker and says that he has the ability to hack into phones. He outlines various methods to hack into a phone remotely and access contents within the phone through "phishing links." He also describes some methods that can be used to "spoof" phone numbers through "SIP trunking." Iagounov used SIP trunking to record a call between the Central Intelligence Agency (CIA) and the White House Situation Room. He used a service that made it appear in the White House Situation Room as if the CIA was calling and in the CIA as if the White House Situation Room was calling. Iagounov recorded the call and submitted it as a vulnerability to the DHS.

Iagounov claims that someone was attempting to gain access to DOD facilities using false Common Access Cards and a fake search warrant. Iagounov claims that he found a copy of the search warrant off of the "dark web." He sent a copy of the warrant to Ryan Pittman via HelloFax, a fax

**UNCLASSIFIED//FOUO**

| | | |
|---|---|---|
| Investigation on | 10/27/2022 at | South Lake Tahoe PD, California, United States (In Person) |
| File # | 288A-LV-3594166 | Date drafted 10/28/2022 |
| by | ▮▮▮ . Hume | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

44

EXHIBIT 1-X

Wed Mar 22nd, 2023 3:36 PM Pacific Time

# FAX

## TO:

Name: State of Nevada. & others

Fax Number: Multiple Recipients    # of Pages: 60
(including cover sheet)

## FROM:

Name: Anton Iagounov

Fax Number: ████████6011

**Subject:** Fwd: RICO 18 U.S. Code § 1961-USA v. Nevada

**Message:**

Fwd: RICO 18 U.S. Code § 1961-USA v. Nevada

Can you please contact us back regarding this, as we've received notice of a federal RICO against the State of Nevada and it's local governments. Anyone confirm getting the same notice? Thanks.

Admin
████████2500

Sent with HumbleFax.com

46

USAO-002574

B1610-8631 03/22/2023 10:56 AM Received by California Secretary of State

| | |
|---|---|
| Washoe County District Attorney's Office (retd. Richard Gammick) | 1 South Sierra Street, South Tower<br>4th Floor<br>Reno, NV 89501 |
| City of Reno | PO Box 1900<br>Reno, NV 89505 |
| Reno Police Department | 455 East Second Street<br>Reno, NV 89502 |
| Drug Enforcement Administration (United States Department of Justice) | 8790 Double Diamond Parkway<br>Reno, NV 89521 |
| Edwards Airforce Base (United States Air Force) | ATTN: Homey Airport<br>305 East Popson Avenue<br>Edwards AFB, CA 93524 |
| Hawthorne Army Depot (United States Army) | ATTN: JMHW-PAO<br>1 South Maine Avenue<br>Hawthorne, NV 89415 |
| Greater Nevada Field (Aces Stadium) | ATTN: Simon Property Group<br>250 Evans Avenue<br>Reno, NV 89501 |
| Joe M Laub (Nevada Bar #3664) | 1148 Ski Run Boulevard<br>South Lake Tahoe, CA 96150 |
| Moonlight Bunny Ranch | ATTN: Sarena (Management)<br>69 Moonlight Road<br>Mound House, NV 89706 |
| Plato's Closet | ATTN: Hilary Schieve<br>5083 South McCarran Boulevard<br>Reno, NV 89502 |
| Adam P Laxalt | 3855 Fairview Road<br>Reno, NV 89511 |
| Brian E Sandoval | 100 Promontory Pointe<br>Reno, NV 89519 |
| Daniel J Coverly | 1038 Buckeye Road<br>Douglas, NV 89423 |
| Gordon C Ayer (Maine Bar #1863) | 243 Ocean Avenue<br>Kennenbunkport, ME 04046 |
| Jason D Soto | 1 East First Street<br>Reno, NV 89501 |
| Kenneth T Furlong | 1233 Windridge Drive<br>Carson City, NV 89706 |
| Richard A Gammick | 318 Omni Drive<br>Sparks, NV 89441 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| Anton Andreyevich Iagounov (CA PI License #21921) | 712 H Street NE<br>2128<br>Washington, DC 20002 |
| U.S. Cybersecurity Investigations, LLC (FCC/FRN #0030618565) | 712 H Street NE<br>2128<br>Washington, DC 20002 |
| Kids United Bureau (EIN #92-1931795) | 1034 Emerald Bay Road<br>South Lake Tahoe, CA 96150 |

47

USAO-002576

| Washoe County District Attorney's Office (retd. Richard Gammick) | 1 South Sierra Street, South Tower<br>4th Floor<br>Reno, NV 89501 |
| City of Reno | PO Box 1900<br>Reno, NV 89505 |
| Reno Police Department | 455 East Second Street<br>Reno, NV 89502 |
| Drug Enforcement Administration (United States Department of Justice) | 8790 Double Diamond Parkway<br>Reno, NV 89521 |
| Edwards Airforce Base (United States Air Force) | ATTN: Homey Airport<br>305 East Popson Avenue<br>Edwards AFB, CA 93524 |
| Hawthorne Army Depot (United States Army) | ATTN: JMHW-PAO<br>1 South Maine Avenue<br>Hawthorne, NV 89415 |
| Greater Nevada Field (Aces Stadium) | ATTN: Simon Property Group<br>250 Evans Avenue<br>Reno, NV 89501 |
| Joe M Laub (Nevada Bar #3664) | 1148 Ski Run Boulevard<br>South Lake Tahoe, CA 96150 |
| Moonlight Bunny Ranch | ATTN: Sarena (Management)<br>69 Moonlight Road<br>Mound House, NV 89706 |
| Plato's Closet | ATTN: Hilary Schieve<br>5083 South McCarran Boulevard<br>Reno, NV 89502 |
| Adam P Laxalt | 3855 Fairview Road<br>Reno, NV 89511 |
| Brian E Sandoval | 100 Promontory Pointe<br>Reno, NV 89519 |
| Daniel J Coverly | 1038 Buckeye Road<br>Douglas, NV 89423 |
| Gordon C Ayer (Maine Bar #1863) | 243 Ocean Avenue<br>Kennenbunkport, ME 04046 |
| Jason D Soto | 1 East First Street<br>Reno, NV 89501 |
| Kenneth T Furlong | 1233 Windridge Drive<br>Carson City, NV 89706 |
| Richard A Gammick | 318 Omni Drive<br>Sparks, NV 89441 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| Anton Andreyevich Iagounov (CA PI License #21921) | 712 H Street NE<br>2128<br>Washington, DC 20002 |
| U.S. Cybersecurity Investigations, LLC (FCC/FRN #0030618565) | 712 H Street NE<br>2128<br>Washington, DC 20002 |
| Kids United Bureau (EIN #92-1931795) | 1034 Emerald Bay Road<br>South Lake Tahoe, CA 96150 |

B1610-8631 03/22/2023 10:56 AM Received by California Secretary of State

Page 2 of 59

48

USAO-002576

B1610-8633 03/22/2023 10:56 AM Received by California Secretary of State

Carson City Case #22-2438

Dear Sir/Madam,

I am following up with you regarding Nevada Attorney General complaint #33308, submitted Dec. 21st, 2022.

My name is Anton, and I am a private investigator specializing in the investigations of missing and endangered children, public corruption, and organized crime.

December 2021, I began investigating missing children NMEC Case #'s 1436089, 1437617, 1437759, 1437614. It was about then that I relocated from South Lake Tahoe, California to Reno, and then Carson City, Nevada. It was also during this that I continued to investigate a matter of public corruption implicating Nevada public officials, which began as a collateral assignment in 2007.

Based on my investigative efforts, and statements obtained from Confidential Informants (Cis), and public officials, including sworn "Category I" and "Category III" peace officers who work, or have worked, for Nevada's; Dept. of Corrections, Capitol Police, Highway Patrol, Carson City Sheriff's Office, Douglas County Sheriff's Office, Reno Police Department's Chief Jason Soto, and retired Washoe County District Attorney Richard Gammick, there is enough compelling evidence to establish probable cause against the State of Nevada, and Carson City Sheriff's Office for the following violations;

**18 USC § 2421A Promotion or Facilitation of Prostitution and Reckless Disregard of Sex Trafficking** Nevada legalizes prostitution in some 10 counties, whereby "Category I" peace officers conduct background investigations on prospecting "sex-workers" to ensure such are of "good moral character," and thus suitable for work at "legal" brothels. Nevada law conflicts with federal law on matters of prostitution, thus, is out of compliance, since federal law always supersedes state law (*Article VI US Constitution, upheld by 1803 Marbury v. Madison*).

**18 USC § 1384 Prostitution Near a Military Establishment** Many of Nevada's "legal" brothels are within close proximity to military bases, including the "National Guards" armories in Carson City & Reno, Nevada.

**18 USC § 1591 Child Sex Trafficking** There have been reports of underage "sex-workers" at various "legal" brothels in Nevada. Because prostitution in itself is federally illegal, yet regulated by local authorities, including law enforcement agencies such as the designated "sheriff" of their county, such are responsible for "sex-work" activity in their jurisdiction.

**18 USC § 1169 Failure in Reporting of Child Abuse** Reports of child abuse are treated with "low-priority" by the agency as compared to other, non-violent and victimless crimes.

**21 USC § 843 (b) Illegal Use of Communication** CCSO dispatch is a federally licensed communications center, and the trafficking of controlled substances as outlined in "The Controlled Substances Act of 1970" is explicitly prohibited. There are no exemptions for "law enforcement."

Page 4 of 59

49

B1610-8634  03/22/2023  10:56 AM  Received by California Secretary of State

18 USC § 1960 **Prohibition of Unlicensed Money Transmitting Businesses** CCSO is not in compliance with federal or state mandates as such pertain to licensure of a "money transmitter" business. (Carson City Sheriff's Supervisory Association, EIN #88-0247377)

NRS 671.040 **Issuers of Instruments for Transmission of Payment or Money** CCSO is not a licensed "money transmitter" business, nor an "agent" of a "licensee" as mandated per law.

18 USC § 1510 **Obstruction of Criminal Investigations** CCSO officers are instructed by their "chain-of-command" to mute their body camera's audio during traffic stops.

### Investigation Timeline

**Beginning 2007-Present** (BSIS #1432921): Members of the CCSO, under the discretion of Sheriff "Kenneth Furlong," unlawfully accessed the NCIC (National Crime Information Center), at times using defunct agency ORI #'s (NV0130000, f/k/a Ormsby County) to search query a law enforcement database without having "reasonable suspicion" or "probable cause" to do so, and for the furtherance of unauthorized law enforcement activities, which benefited Drug Trafficking Organizations (DTOs), and obstructed federal investigations.

**2016-2018** (PILB License #1245): I investigated the State of Nevada's Department of Corrections, and the municipality of Carson City, Nevada, including public officials working at the State Capitol Building/Governor's Mansion, and at that time the Office of Nevada's Attorney General Adam Laxalt, which I would frequent often for intelligence gathering.

February 2018, Yerrington Tribal Police Officer Bryan Almaraz text messaged myself, and others, that he had beat and tortured a federally protected member of "Paiute" tribe in Yerrington, Nevada, Israel Trejo, and then sent video footage of the incident to fellow co-workers, making fun of the subject while Officer Almaraz was assigned to hospital watch. Almaraz is a former Nevada Highway Patrol Officer, and has given investigators statements in support of the information set forth herein. I met Almaraz November 2018 during which he worked as a Federal Protection Officer for the Federal Emergency Management Agency (FEMA).

**2021-2022** (FCC/FRN #0030618565): I investigated the disappearance of missing and endangered children, and resided in the municipalities of Reno, and Carson City, Nevada, during which I conducted covert surveillance of Carson City Sheriff's Office staff, including the home and residence of Sheriff Furlong, for the purpose of obtaining fruits and instruments to the criminal violations of federal law.

### Impersonation of federal agents by Nevada's public officials

Additionally, I have knowledge to the impersonation of federal agents by members of the Douglas County Sheriff's Office (DCSO), Carson City Sheriff's Office (CCSO), and others herein unnamed, assigned to the DEA's multi-jurisdictional task force, whereby Nevada "peace officers" abused their "Memorandum of Understanding" with federal authorities by presenting themselves as "Special Agents," or what is otherwise known as a "Job Series Criminal Investigator 1811," or "Special Agent."

5ᵍ

USAO-002579

B1610-8635 03/22/2023 10:56 AM Received by California Secretary of State

CCSO's high-ranking officers, and those assigned to a DEA task force often "deputize" CIs (Confidential Informants) as "peace officers" in the furtherance of law enforcement activity. The same has been committed by CCSO staff, using DEA credentials obtained under false pretense (Guardian Record ID #186375 BA).

Forward, the municipality of Carson has conspired with others, including private parties who practice law and often congregate with Nevada public officials for non-business related reasons, including practicing attorneys of Laub & Laub Law Firm (#3664), who use recreational drugs, including cocaine, with the likes of off-duty public officials of Carson City, including Supervising Deputy District Attorney "Melanie Brantingham."

The Carson City Sheriff's Office has also failed to respond to public records requests for personnel files pertaining to officer drug use history and misconduct.

With the aforesaid, I believe some of the criminal activity mentioned herein falls under 18 U.S.C. § 1961 as "predicate offenses," which have been committed by the alleged parties in the furtherance of benefiting the State of Nevada as a "criminal enterprise."

This further makes the parties named herein, including CCSO and the State of Nevada, subject to not only criminal prosecution for Racketeering Influenced Corrupt Organizations Act (RICO), but civil RICO liability also.

### "Pattern of practice" in deprivation of civil rights "under color of law."

Based on a April 22ⁿᵈ, 2022 audit of the Carson City Sheriff's Office and detention center, there is reason to believe that CCSO is engaged in ongoing Civil Rights violations of the following Amendments of the U.S. Constitution;

XIV & VIII Amendment **Due Process, Cruel and Unusual Punishment** By depriving the accused of their liberty and property, being one is innocent until proven guilty, the agency is in violation of federal law. Because CCSO does not use their best discretion to draw "reasonable inferences," the agency often arrests the accused on false allegations without first establishing "probable cause," subjecting persons to false imprisonment.

IV Amendment **Search & Seizure without Establishing Probable Cause** Because during a police encounter on the aforementioned date, personal belongings, including a mobile phone which was seized from a subject by CCSO contained content classified as "TS//SCI" (Top Secret/Sensitive Compartmented Information). As a result, TS/SCI contained on the phone was compromised while in the possession of CCSO. The Search & Seizure was unsubstantiated, as there was no "reasonable suspicion" nor "probable cause" to do so.

V & VIII Amendment **Deprivation of Personal Property and Due Process** Because one is innocent until proven guilty, one cannot be deprived of their personal property. CCSO policy violates this amendment, and especially so by converting cash seized from the accused, and converting such monies to "credits," without the necessary licensing as a "money transmitter" business to do so.

*51*

USAO-002580

Additionally, because CCSO telecommunication systems don't work, or malfunction often, the accused are not provided their guaranteed "right" to a phone call, effecting the constitutional right to council and reasonable bail.

As per Article VI of the United States Constitution (Supremacy Clause), further upheld in **Marbury v. Madison (1803)**, federal law supersedes state law, thus, anytime state laws conflict with federal law, such laws are "null and void."

### Closing

During the course of my investigation, I have received information which suggests high-ranking officers of the Carson City Sheriff's Office are selective in targeting persons based on their minority status, including Native/Indian, Hispanic, and Semitic persons (African-American, Jewish, Arabic etc.). It was while on covert assignment that I was detained under a false pretense, which I believe was in part due to my Ashkanazi-Jewish heritage.

Having federal law enforcement experience, and agency sponsored training with the United Nations Office on Drugs and Crime (UNODC), I can contest that the common characteristics of "law enforcement officers," or "peace officers," is to use a technique known as "parallel construction" to cover an officer's "tracks" in their investigations. This technique is often abused when officers use their "badge," or "shield," to obscure their illegal activities under the guise of being authorized. This is the case with CCSO, and others, who have misused their "peace officer" status, and affiliation with the DEA's multi-jurisdictional task force, to conduct unauthorized law enforcement activities for their own personal benefit.

All public officials are expected to abide by the laws of the United States, and any deviation away from federal law constitutes a violation of their "Oath of Office," as federal law always supersedes all other laws.

Best regards,

Anton Iagounov
Private Investigator
FCC #0030618565
DUNS #080958292

Kids United Bureau
712 H St. NE, #2128
Washington, District of Columbia 20002
███████3276
███████@usci.cc

B1610-8636 03/22/2023 10:56 AM Received by California Secretary of State

Page 7 of 59

52

This preceding information and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521, and contains information intended for the specific individual(s) only or constitute non-public information. This information may be confidential. If you are not the intended recipient you are hereby notified that you have received the document in error and that any review, dissemination, copying, or the taking of any action based on the contents of the information is strictly prohibited. If you have received this communication in error, please notify me immediately by E-mail, and delete the original message. Use, dissemination distribution or reproduction of the message by unintended recipients if not authorized and may be unlawful.

B1610-8637 03/22/2023 10:56 AM Received by California Secretary of State

53

USAO-002582

| | **SOUTH LAKE TAHOE POLICE DEPARTMENT** | Page 1 |
|---|---|---|
| | 1352 JOHNSON BLVD    SOUTH LAKE TAHOE, CA 96150    530-542-6100 <br> **NARRATIVE - CR-1 Sutto/251** | 2210-1468 |

NARRATIVE:                              EXHIBIT 1-Y

On Wednesday 10/19/2022 at about 0724 hours, I arrived at ▮▮▮▮▮ for a stolen vehicle recovery (XREF 2210-1177). At approximately 0727 hours, I observed the vehicle had a rear license plate which did not belong to the vehicle. I confirmed with dispatch, the plate (CA 8VUT670) belonged to a Ford 4 door car. Dispatch also confirmed the registered owner of the license plate was Anton IAGOUNOV, RO1.

Based on the original report of the stolen vehicle, the petty theft of a license plate had occurred sometime between 0000 hours on 10/14/2022 to 0800 hours on 10/15/2022. The RP, identified as Brandon ESTRADA by CA drivers license, told me he noticed the different plate affixed to his vehicle and was not the one who changed the plates. He also stated the screws were changed along with the plate and the old screws were present in the rear cargo area of the vehicle. Based on my training and experience, this indicates a screwdriver or other similar tool was used in the commission of this crime. I inspected the rear of the vehicle and confirmed the plate and securing screws were removed and replaced without damaging the mounting tabs. The license plate was collected on scene and booked into evidence. One other plate still outstanding.

I attempted to call IAGOUNOV regarding his found license plate and was unable to reach him via landline based on the number we had in the system.

FOLLOW UP:

See Event #2210-1479 for call notes.

On Wednesday 10/19/2022 at about 1158 hours, Detective Herminghaus was in the area of ▮▮▮▮▮ running license plates in the parking lot. He discovered a vehicle with CA license plate (6KDP557) which returned as a stolen plate (XREF: Event 2210-1177). He called for back up and myself, Officer Nava #216, and Officer Peterson #228 responded from "Raleys at the y" (1040 Emerald Bay Rd). The VIN on the vehicle returned to IAGONOUV, which I remembered from my stolen vehicle recovery case. The vehicle recovery that I responded to earlier in the day had a license plate that returned to this subject (IAGOUNOV).

At about 1204 hours, I arrived on scene and saw two subjects speaking to Detective Herminghaus. They stated the vehicle with the stolen plates belonged to their son (IAGOUNOV) and that he was upstairs in their apartment (#202). IAGOUNOV's parents stayed outside with officers while Detective Herminghaus and I attempted contact with Anton at the apartment. We met IAGONOUV at the front door and identified him by his United States of America Passport Card. Detective Herminghaus asked how the plates ended up on IAGOUNOV's car and he told us that the DMV gave him those plates and has no idea how they returned as stolen. Detective Herminghaus seized the plates on Anton's vehicle and collected them as evidence.

See CHP 180 for further details.

RECOMMENDATIONS:

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 542 | SUTTON, BLAKE | 10/26/2022 | 197 | LILES, RUSSELL | 10/26/2022 |

**CONTROLLED DOCUMENT-DO NOT DUPLICATE**

54

Forward to detectives for review.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 542 | SUTTON, BLAKE | 10/26/2022 | 197 | LILES, RUSSELL | 10/26/2022 |

CONTROLLED DOCUMENT-DO NOT DUPLICATE



| | SOUTH LAKE TAHOE POLICE DEPARTMENT | Page 2 |
|---|---|---|
| | 1352 JOHNSON BLVD    SOUTH LAKE TAHOE, CA 96150    530-542-6100 | |
| | X CONVERTED REPORT - PROPERTY | 2210-1468 |

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Stolen and Recovered/Returned To Owner | 251-002 - 1 CA License Plate Converted - CA LICENSE PLATE (8VUT670) FOUND ON STOLEN VEHICLE. (8VUT670) | | $50.00 | |
| 2 | Digital Evidence | 251-001 - 2 Axon Bwc Converted - AXON BWC VIDEO | | | |
| | | | | $50.00 | |

# CONTROLLED DOCUMENT-DO NOT DUPLICATE

56

## SOUTH LAKE TAHOE POLICE DEPARTMENT    Page 1
### 1352 JOHNSON BLVD    SOUTH LAKE TAHOE, CA 96150    530-542-6100
### X CONVERTED REPORT

Case
2210-1468

### OFFENSES

| F/M A/C  Offenses | (A/C - Attempt/Completed) | Date Occurred | Time Occurred | Incident # |
|---|---|---|---|---|
| 484 PC    Petty Theft - Misd; Misdemeanor | | 10/19/22-10/19/22 | 0824 - 0824 | |

| Date Reported | Time Reported |
|---|---|
| 10/19/2022 | 0824 |

Related Cases

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 09/22/2025 | 14:51:56 | 0846 |

| Latitude | Longitude |
|---|---|
| 38.910130 | -120.005940 |

| Location | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|
| ██████████████, South Lake Tahoe, CA 96150 | 6 | W | | |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| | | | | | |

| Victim | Drivers License | Cell Phone | Email |
|---|---|---|---|
| Iagounov, Anton Andreyevich | ████ | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | No | ████ | ██████████████████ | | | |

| Business Name and Address | Business Phone |
|---|---|
| | |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| | | |

| Description of Injuries | Other Information |
|---|---|
| | |

| Reporting Party | Drivers License | Cell Phone | Email |
|---|---|---|---|
| Estrada, Brandon Noe | ████ | ████ | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | ████ | ████████████████████ | | | |

| Business Name and Address | Business Phone |
|---|---|
| | |

| Suspect | Action Taken | Charges |
|---|---|---|
| Unknown | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Identifying Features | Cell Phone | Drivers License | Arrest Number |
|---|---|---|---|
| | | | |

| Aliases | CII |
|---|---|
| | |

### VEHICLES

| Status | Vehicle Make and Model | License/State | VIN | Val Damgd |
|---|---|---|---|---|
| | | | | |

### OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 542 - Sutton, Blake | 10/26/2022 | | 197 - Liles, Russell | 10/26/2022 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| Outside Agency | 05/30/2024 | | | |

# CONTROLLED DOCUMENT-DO NOT DUPLICATE

57



Office of The City Clerk
City of South Lake Tahoe

Susan Blankenship, City Clerk
sblankenship@cityofslt.us
(530) 542-6005
Michelle Davis, Assistant City Clerk
medavis@cityofslt.us
530) 542-6004

1901 Lisa Maloff Way, Ste. 206
South Lake Tahoe, CA  96150
www.cityofslt.us

NSDC
Anton Iagounov #13527506
2190 E. Mesquite Ave
Pahrump, NV  89060

Re: Public Record Request

Mr. Iagounov,

I have enclosed Police Report 2210-1468. I have made the determination to redact information pursuant to the following:

- Gov Code §7922.00 On the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record.
- Gov Code §7927.700 Records, the disclosure of which would constitute an unwarranted invasion of personal privacy related to personnel, medical, or similar files.

Responsive to your request for Body Worn Camera footage, I have made the determination to withhold footage pursuant to the following:

- Gov Code § 7923.600–7923.625 Police Investigative Records

Sincerely,

Susan Blankenship, City Clerk

58

266Z-LV-3594166 Serial 3

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**

EXHIBIT 1-2

Date of entry ___04/29/2022___

███████ Isenhart, telephone number ██████1632, This was in response to a voicemail the author left for Isenhart on April 22, 2022. Anton Iagounov had advised the author that Isenhart would be able to validate that Iagounov was a government contractor. Isenhart provided the following information:

Isenhart works for the National Security Agency (NSA) in the Academic Engagement Office. A search of Isenhart's emails revealed that Iagounov participated in and completed the NSA code breaker challenge in 2020. The code breaker challenge is a competition that college students can participate.

Isenhart surmised that Iagounov obtained her contact information from her signature block when she sent the email to him. Isenhart does not personally know Iagounov and stated that she was concerned that Iagounov had her contact information.

Investigation on 04/28/2022 at Reno, Nevada, United States (Phone)

File # 47-LV-3594166

Date drafted 04/29/2022

by ███████ Anderson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

59

USAO-000231

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

$EXHIBIT$ 2-A

**Title:** (U//FOUO) Iagounov YouTube Ninjavelli    **Date:** 01/10/2024
Videos & Facebook Research January 2024

**CC:** ███████. Hume
████████ Foster
LV-7 (SSA)
██████ Pipal
██████ TITO
████████ Weeks

**From:** LAS VEGAS
LV-15
**Contact:** ██████ Thornton, ████████4010

**Approved By:** A/SSA MARTENS ████████████
SIA CUSICK ████████████

**Drafted By:** ██████ Thornton

**Case ID #:** 196D-LV-3594166    (U//FOUO) IAGOUNOV, ANTON ANDREYEVICH

**Synopsis:** (U//FOUO) On 8 January 2024, writer reviewed Anton Iagounov's YouTube "Ninjavelli" account, and his Facebook account for new information. Three videos were posted between 19 December 2023 and 3 January 2024. The posts indicated Iagounov was posting from Mexico. Two videos included an investigation Nevada state and local officials for illegal drugs, public corruption, and other crimes. On 19 December 2023, Iagounov posted a video prank calling an unknown Russian individual that Iagounov claimed was associated with Interpol or another unknown government agency. Iagounovs Facebook page as of 8 January 2024 is also attached.

**Reference:** 196D-LV-3594166 Serial 188
196D-LV-3594166 Serial 162

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) Iagounov social media posts Dec 19 2023 - Jan 8 2024

UNCLASSIFIED//FOUO

60

USAO-003295

266Z-LV-3594166 Serial 306

FD-302 (Rev. 5-8-10)

-1 of 1-

UNCLASSIFIED//LES

FEDERAL BUREAU OF INVESTIGATION

EXHIBIT 2-B

Date of entry _____09/18/2024_____

(U//LES) On 14 May 2024, ████████████ contacted the FBI Tip Line by phone. She indicated she was residing in Mexico and calling on behalf of her son Anton Iagounov, who was incarcerated at the Sacramento County Jail in Sacramento, CA. The call was approximately 8 minutes and is attached in a digital 1A file. According to employee who received the tip, the following was provided:

(U//LES) ████████ reported calling on behalf of her son Anton Iagounov, date of birth ████/1985 who is incarcerated at Sacramento County Main Jail. According to ████████ Iagounov was a private investigator and worked with SA Monica Miller regarding human trafficking and missing children. ████████ provided case number DOJ OPR 263-HQ-126126. Iagounov requested ████████ reach out to the FBI because he wants FBI SD to look into the phone which the SD Field Office allegedly already has. ████████ was told by Iagounov that the SD Field Office will find a list of license plates of individuals going to the Hong Kong Gentleman's Club in Tijuana, Mexico involved in human trafficking. Iagounov last reported to NCIS in 2024 regarding the trafficking and believes the ████████████ who are correction officers at Sacramento County Main Jail are part of the trafficking. Iagounov would like to speak with agents and possibly provide information on human trafficking (266Z-LV-3594166, serial 303; Guardian 1079212_SD).

(U//LES) FBI San Diego contacted FBI Las Vegas, SA McMahon in June 2024 to make him aware of the Guardian.

UNCLASSIFIED//LES

Investigation on   05/14/2024   at   Rosorito, Mexico (Phone)

File #  266Z-LV-3594166                                                                Date drafted  09/17/2024

by  ██████  Thornton

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-004826

2662-LV-3594166-JAIL_CALLS Serial 18

FD-302 (Rev. 5-8-10)

-1 of 1-

## FEDERAL BUREAU OF INVESTIGATION

EXHIBIT 2-C

Date of entry ___06/17/2024___

On June 14, 2024, Sacramento County Sheriff's Office (SCSO) Records Officer, [  ] Flores, emailed FBI Reno and shared outgoing mail from Anton Iagounov (Inmate 5513407). Shared mail is attached to the digital 1A file.

Iagounov mailed the US Secret Service (USSS) in Sacramento a copy of what appears to be an affidavit for a federal search warrant, case number 1:20-mj-01016-DKW-RT, in the US District Court for the Central District of California.

[Agent note. The affidavit sent to USSS appears to be the same affidavit referenced in count two of the criminal complaint and indictment against Iagounov.]

In his letter to the USSS, Iagounov stated his name was "Antonio Iagounov- Castro."

---

Investigation on __06/14/2024__ at __Sacramento, California, United States (Email, Mail)__

File # __2662-LV-3594166-JAIL_CALLS__                    Date drafted __06/17/2024__

by [  ] MCMAHON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

62

08/10/2022

*EXHIBIT 2-D*

## Reciprocal Discovery

I, Anton Iagounov, respond to the allegations against me, and proclaim the following:

I am a security contractor, with experience in physical security, information technology, and signals intelligence. I have a combined work history in the private and public service sector, in addition to extensive learning in the domain of Law Enforcement and Cybersecurity, thus, do possess a specialized body of knowledge acquired through advanced education and training. Additionally, I am fluent in English, Russian, and Hebrew.

My work began in 2004, under license with California's Department of Consumer Affairs, Bureau of Security and Investigative Services (License # G 1432921), in the State of California where I worked special events and executive protection (bodyguard). It was also about this time I pursued work as a freelance Private Investigator. Furthermore, from 2004-2013 I worked various side jobs, as an employee, freelancer, sole-proprietor, and as an LLC.

In 2013 I enrolled in a college program, from which I later obtained a Bachelor's of Science in Criminal Justice Administration. In 2014, I obtained "Bail Enforcement Agent" training as mandated per California law and specified in PC 1299.

From 2014-2015 I trained and worked as a Surveillance Agent/Dispatcher and Security Officer in the gaming industry at various establishments in Stateline, Nevada. January, 2016 I attended the "Napa Valley Criminal Justice Training Center," in Napa, California, where I received my "Powers to Arrest, Search, & Seizure," also known as PC 832 Certificate from a POST approved Law Enforcement academy (California Commission on Peace Officer Standards and Training, Student ID# C57-H11).

It was during this time that I also received Law Enforcement training with the Texas Commission on Law Enforcement (PID# 443725), Indiana Homeland Security (PSID# 6922-2516), and the United Nations Office on Drugs and Crime.

March, 2016 I was recruited to work as a Category III Peace Officer (as per NRS 289.480), by the State of Nevada's Dept. of Corrections, where I attended and successfully completed Nevada POST certified Correctional Officer Basic Academy Training (Academy #16-PST-02E, Ely, Nevada), where I was educated in the fundamentals of Corrections, Security Threat Group Management, Prisoner Transport, Negotiator Tactics, and Nevada's codified law, also known as the Nevada Revised Statute (NRS).

As a Category III Peace Officer, I also enrolled in, and successfully completed the "Multi-jurisdictional Counterdrug Task-Force" program, at St. Petersburg College, St. Petersburg, Florida, where I learned about the fundamentals of Narcotics Investigations, Money Laundering, Conspiracy, Drugs and Precursors, Surveillance, Gangs, Clandestine Laboratories, Police Intelligence, and Parallel Construction.

Sometime 2016, and during my employment as a Category III Peace Officer, I was contacted by the U.S. Dept. of Homeland Security, Transportation Security Administration (TSA), and offered a job role as a U.S. Officer (Title 18, Sec. 1114) with the TSA, which I later accepted upon my voluntary resignation from NDOC on August 11th, 2016.

*63*

USAO-000793

From 2016-2017, I was employed part-time as a sworn U.S. Officer for the TSA, and attended various academy and on-the-job training, where I learned the essentials of Passenger & X-Ray Screening, Travel Document Identification, Explosives Detection & Recognition, and Security Operations as such relate to Physical Access Control Systems.

Additionally, as a U.S. Officer, I possessed a "Public Trust" government clearance, or what is otherwise referred to as "SF-86," thus, was also trained on the handling and safeguarding of Sensitive Security Information (SSI), and Personally Identifying Information (PII).

It was also during this job role that I trained with Homeland Security professionals, including members of the Federal Protective Service Explosives Detection Team (DHS), former agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and United States Secret Service (USSS), and participated in "preparedness" "drills," or what is otherwise known as "red teaming." Red teaming is a technique used in the public and private sector, whereby, security systems are tested under "hypothetical," or otherwise "simulated" scenarios.

During my employment as a U.S. Officer, I received continued training through the Federal Law Enforcement Training Centers (DHS-FEMA, Student ID# 0000601238), and the FBI's Training Division (transcripts enclosed). As a collateral assignment with DHS, I was also designated as a FERO (Federal Emergency Response Official, or First Responder) in case of a national emergency.

In 2017 I resigned from federal service with the TSA, and continued working as a security contractor (Nevada Private Investigators Licensing Board #R-091716), where I specialized in physical security, and provided services to various companies in the Reno/Carson City, Nevada area, as an armed patrol officer, money transmitter, bank protection officer, and mobile patrol supervisor.

As a licensed security professional with the State of Nevada, I was authorized to carry a firearm and effect arrests as part of my job description, and was required to complete firearms qualification training every 6 months in order to maintain my licensing. In November, 2017 I was contracted, under contract with Comprehensive Security Services (CSS), as a Federal Protection Officer for the Federal Emergency Management Agency (FEMA, DHS) in response to "Hurricane Harvey," and was assigned to protect a FEMA Recovery Service Center in Carson City, Nevada. It was also about this time that I received NIJ (National Institute of Justice, United States Department of Justice) approved training from the MMC International as a Narcotics Instructor.

In 2018 I provided armed protection services to various government establishments in Reno-Carson City, including the Nevada State Capitol, Nevada's Attorney General, Regional Transportation Commission, and Reno's City Hall, before shifting my focus to Cybersecurity, while maintaining part-time and on-call security work.

In 2019, I attended and completed the NSA Code Breaker Challenge, for which I received a medallion and a personally signed letter of recognition from the U.S. Army Director, General Paul Nakasone.

In 2020, I formed "U.S. Cybersecurity Investigations, LLC," and other subsidiaries, in the State of Wyoming, which specialize in Cybersecurity, Electronic Crimes, and Private Investigations.

64

**Statement of Facts**

**In response to NRS 484B.550(1) Failure to Stop**

Based on my previous law enforcement and security training, experience, and knowledge of the Nevada Revised Statute, particularly as such relates to "Defensive Driving," I pulled over as soon as it was safe to do so, thus, was not eluding a peace officer.

I noticed Torres' emergency lights in my rear view mirror at approximately half-point between Northridge Dr. and E Winnie Ln., which is about .33 miles from where I pulled over.

Roop St. is a one lane road, with oncoming traffic, and includes a bicycle lane, thus, I pulled over off the main road, and yielded as soon as possible. The location at which I stopped my vehicle was at E Winnie Ln., and Lone Mountain Dr.

**In response to NRS 484A.480(6) & (7)**

**NRS 484A.480(6)** explicitly states *"A person shall not operate a vehicle with any lamp or device **displaying a red light visible** from directly in front of the center of the vehicle except an authorized emergency vehicle, a school bus or an official vehicle of a regulatory agency."*

and

**NRS 484A.480(7)** *"A person shall not operate a vehicle with any lamp or device **displaying** a blue light."*

On the grounds that the red/blue lights on the dash, and in the vehicle, where not "visible," as the lights where not activated, there is insufficient probable cause, because lights where not "displaying."

In order to determine the coloring of the lights, such must be activated, which the lights were not activated until Detective Francisco Torres asked the lighting system be turned on.

Detective Torres stated in his report that "I asked Anton to turn it on," referring to the emergency dash lights affixed to the vehicle. This has also been corroborated by Task Officer James Boggan, whose narrative states the lights where not activated until "Detective Torres told the driver to turn them on."

As per definition of NRS, the lights in the vehicle were not "displaying," as the lights were not activated, and in order to determine the color of the lights, such would otherwise have to be activated, thus, not sufficient grounds for probable cause to perform a further incidental search.

Furthermore, being there was no probable cause for a further search & seizure, the search was unreasonable, thus, any evidence obtained as a result of the incidental search is unconstitutional.

**In response to Count I of Criminal Complaint, NRS 199.430**

Count I of the Criminal Complaint states defendant *"willfully and unlawfully falsely personate a **police officer.**"* This too is erroneous, and can be confirmed by Detective Torres' body cam footage, whereby, at no time did the defendant identify himself as a current "police officer," or "peace officer," or currently employed as an "FBI" contractor.

65

## Documentation in Support of Statements

All historical certification records pertinent to my training experience and work history are submitted with this document.

Additionally, my security contractors number, or D-U-N-S # is 08-095-8292.


Respectfully,

Anton A. Iagounov

66

FD-302 (Rev. 5-8-10)

- 1 of 1 -

## FEDERAL BUREAU OF INVESTIGATION

EXHIBIT 2-E

Date of entry _____07/24/2024_____

On July 23, 2024, FBI Special Agent (SA) ██████ McMahon contacted Staples, located at 675 S. Green Valley Parkway, Henderson, Nevada 89502, telephonically at ███████2014. After being advised of the identity of the interviewing Agent and the nature of the interview, Laura [last name not requested or provided], the store manager, provided the following information:

Laura confirmed the Staples store at 675 S. Green Valley Parkway, Henderson, Nevada 89502 provided mail-box services. These services were completed through "iPostal." Laura did not know if iPostal was a Staples business, but she confirmed iPostal could be researched on the Staples website.

After Agent provided Laura with postal box number 1052, Laura confirmed the box belonged to "Anton Lagounov," and there was one piece of mail in the box pertaining to a private investigator license.

IPostal allowed customers to task Staples with mail handling instructions such a mail forwarding. Laura was not aware if any tasks were active for box 1052.

Investigation on  07/23/2024  at  Henderson, Nevada, United States (Phone)

File #  266Z-LV-3594166                                      Date drafted  07/23/2024

by  ██████  MCMAHON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

67

USAO-004133

*EXHIBIT 2-F*
*Transcripts of "Tsunami" audiobook (Pages 68-78)*

My name is Anton Andreevich Eigenoff. The reason for this recording is to document my knowledge of a large-scale narcotic-strafficking operation linked to a transnational, organized crime syndicate, which implicates top-level officials within the US government and those working on a state and local level as such relates to what is known as the wall or the stone wall between the intelligence community and law enforcement information-sharing efforts. My story in relation to this begins in the former Soviet Union. I was born in Moscow, Russia in 1985. I had visited Queens, New York with my mother in 1990 to 1991, where I attended an elementary school for the gifted and also had visited a Ukrainian summer youth camp. We returned to Russia in 1991, my father passed away, and we migrated to the United States in 1993. However, we were blacklisted at that time from going directly to the US, and we did have a visa to go to Argentina and a visa to travel to Mexico, which we did, and entered the United States of America illegally from Juarez and into El Paso, Texas. So we migrated to the US in 1993. About sometime 1995, by then we had already resided in Long Beach, California, and my mother had married a man that she had met through classified ads in a newspaper in Russia. In 1995, we resided at 3745 Lemon Avenue in Long Beach, California, in a community known as Bixby Knowles, during which time I became acquainted with Kyle Gavin Berry, a date of birth, March 30th, 1983, who became somewhat of a big brother and was my best friend during those times. It was through Kyle that I had learned about the intelligence community being that he had a background or his family, has a background in military and intelligence. It was through my association with Kyle that I became aware of some of this information, which has contributed to my interest in the intelligence community and law enforcement, and has also kind of been a motivation for me in terms of my professional pursuits. In the early 2000s, sometime about 2002, I began to pursue a music career actively within the hip hop community. It was about 2004. I got involved with security contracting. So my experience professionally is within the security and law enforcement industry. As a security contractor, former peace officer, and US officer for the US Department of Homeland Security, I'm also a hacker, and I have experience as a musician and within the entertainment industry. So sometime 2004, I was actively pursuing music and was shopping for a record deal for music that I was creating. I began to look for a manager to manage me and shop a deal with the major record labels and became acquainted with former death row records affiliate, Anthony Lamar Elam, who introduced me to a now deceased rapper Tupac Amaro Shakors producer or one of his producers, whom had co-produced Tupac's album All Eyes on Me. And it was during that time that I frequently visited various studios in the greater Los Angeles area and also became familiar with the streets of Los Angeles on a more on a criminal side, during which I was recruited in a non-official capacity as an intelligence source for the United States government. These statements are made based on my experience as a whole, as well as witness statements that I've obtained from persons that are either involved directly or indirectly with the narcotics trafficking industry, as well as consulting or having consulted with security, industry, law enforcement, and intelligence professionals. As I understand, based on an overwhelming amount of evidence that is too compelling, is that the drug trafficking problem or the war on drugs in the US is greatly influenced and perpetuated by what is known as an insider threat. As of currently, we have companies that are government contractors being used in the logistics of the narcotics trafficking in conjunction with government property that is used as kind of transportation hubs and drug distribution centers, particularly Air Force bases and other military installations here domestically. One of those government contractors involved is a company known as US services LLC, which provide port-a-potty services to the United States government. They're a huge government contractor, especially so in the state of Nevada, particularly so as such relates to the Air Force bases located in Nevada and California being the Edwards Air Force Base and their remote detachment known as the Homie Airport, also known as Groom Lake, and other airports, which have been decommissioned since, which include the L Toro US Marine Base or Air Base in Irvine, California. The way that this operation, which is ongoing, is able to continue, is done under the guise of red teaming. There's also a technique known as parallel construction, or reconstructing the evidence chain and the use of confidential informants and in the intelligence community, what is known as human intelligence or human. Certain persons that are public officials have swore to uphold an oath and to protect and serve are basically engaged in the trafficking of narcotics by using the techniques here and mentioned as well as what are known as blind mules or a blind mouse. Oftentimes people that are

trafficking the narcotics have absolutely not the slightest idea that they're trafficking narcotics, but it's a combination of these techniques and kind of factors of the utmost importance to the operation. Otherwise, without these elements, this would not be possible. You would not have the kind of drug problem that we have in the United States and internationally. In addition to what I've already said, there's the application of extremely advanced technology. It's a very high tech and the use of certain types of radio frequency technology. For example, there's something known as the Havana syndrome and the US government has concluded that not only the Russian government, but other foreign governments are using a certain type of radio frequency technology to kind of disrupt and interfere with people's brainwaves, which cause illness, a change in human behavior. So it is by means of this technology in conjunction with government classification being top secret sensitive compartmented information or TSSCI along with red teaming and parallel construction and the use of medical research as a kind of cover for at least some of these activities that this insider threat is able to perpetuate and further their narcotics trafficking agenda. The kind of technology that's being used is similar to, for example, what law enforcement calls stingrays. Stingrays can be built. You can build a stingray, which could cost somebody less than $100,000 for the use of intercepting signals. Well, the same device can be used to transmit signals. Not only can it be used for intercepting signals, like for a Title III wire interceptor. What's known as a Title III of the Omnibus Crime Control Street Safety Act, but also this can be used to relay signals. And there's, as far as I'm aware, about 100 or so of these devices that are not FCC licensed and are being used for medical research purposes as a cover, but are not FDA approved and being used covertly on the civilian population, but more so for the purpose of narcotics trafficking. So for example, for the recruitment of personnel of human intelligence or confidential informants who may not otherwise want to be recruited into a narcotics trafficking operation. But this is used and again with government clearance and the intelligence available. We have people, certain folks within the US government that are using which is a combination of all this that I'm stating in the furtherance of their agenda. And it is for their own selfish profit and gain. I think it's also important to note that these devices that are being used are also being passed off as what's known as TSCM or Tactical Surveillance and Countermeasures. So that those are devices that are used for surveillance or for counter surveillance. And that is what these devices that I'm discussing here have mainly been developed by the National Security Agency and the Central Intelligence Agency and are currently in the possession of persons that are not authorized to have possession of these devices. But because they're working in a non-official capacity for certain people that are directly involved with the NSA or CIA, they're able to stay off law enforcement's radar in terms of their illicit activities under the guise of red teaming and by means of parallel construction. About 2004, I became acquainted with one of Tupac Amaru Shakors producers, Harold Freddie. I had visited different neighborhoods in the greater Los Angeles area, high crime areas, areas that are known as HIDTA or HITTA, high intensity drug trafficking areas. South Central Los Angeles, for example, which I would visit frequently, particularly a neighborhood located at 47th and Central. So it was that time that I was recruited in a non-official capacity by agents of the United States government as an intelligence source and to unofficially investigate the murder of Tupac Amaru Shakor who was killed in Las Vegas, Nevada in the month of September of 1996. It was about that time I also became acquainted with another hip-hop artist by the name of Sly Boogie, also known as Timothy Martin, a date of birth December 12th, 1972, Social Security Number 5455617, who was a prominent and established artist at the time. He had several mixtapes that he had released and he was based out of Skinburne, Dino, California. He was also involved with drug trafficking and had later gotten arrested and then indicted in 2011 for attempting to traffic 37 kilograms of cocaine across the U.S. Mexico border. I also became acquainted with other acts within the hip-hop community and industry attended various special events and video shoots, including that of 50 cent or also known as Curtis Jackson, who I had met in 2005. He is also a former drug dealer and became acquainted with him through a company known as Q York Entertainment whom at that time was working with 50 cent on releasing his second album on Interscope Records and I would visit Q York Studios often to purchase studio time to record music pieces that I was working on at the time. So this is just to show that my involvement with the music industry at one point was supposed to meet with Schugmarian Knight to discuss a potential business venture at the Four Seasons Hotel and restaurant located in Los Angeles, California and this was a result of meeting another death row records affiliate who went by the



69

alias Diamond D, who I had met about sometime 2005 on a road trip with Anthony Lamar Yelam who was my manager at the time as well as Jam Entertainment and they were working closely with Tupac Shakur's friend and affiliate Spice One and another artist by the name of Wacksta or Wack Lok who's based out of Las Vegas, Nevada at the time with whom we all traveled on a road trip across from California to Arizona, Utah and New Mexico where we had all attended a show in Roswell. So it was about that time that I also was working on being established as a security contractor and I had a desire to apply as a contractor to work overseas as a result of the US-Iraqu invasion. It was also about that time that my childhood friend Kyle Gavin Barry was pursuing similar work as a contractor and we had cross paths in Los Angeles on several instances where Kyle too was working in a non-official capacity and as an intelligence source for the United States government and on one occasion I was actually set up where I was outnumbered by a group of individuals who were gang affiliated and had attempted to rob me during which I had gotten into a gunfight and fired a warning shot from a 22 caliber pistol I had been carrying at the time during which Kyle Barry ensued and also came to my defense in aid of thwarting the attempted robbery which was staged and premeditated by certain persons that had a disliking towards me based on my interest in the murder of Tupac Shakur. About 2007 I retired from pursuing a music career. I continued to make music but I was no longer actively pursuing music and I relocated to the South Lake Tahoe, California, Nevada area during which I continued to pursue certain types of freelance work here locally particularly as such deals with cybersecurity and electronic crimes. So it was about that time that I became more interested in computers and hacking and that's when my interest in hacking kind of took off and I began researching the different types of vulnerabilities from a cybersecurity perspective. I posed a threat to critical infrastructure but I continued to investigate the Tupac Shakur case and discovered that everything that had occurred up until the point of Tupac being killed in Las Vegas, Nevada was all drug related. This was all something that had to do with narcotics. This was east coast, west coast, war. It wasn't gang related. I mean there may have been gang members involved but it was actually during my time as a hip-hop artist that I learned many of the people involved with death row records were in fact some of which were public officials for example Reggie Wright was a peace officer with the Compton Police Department from where some 200 kilograms of cocaine had gone missing along with an arsenal of firearms which were used in hits for hire in the Los Angeles area and out of state. CompPD was disbanded in the early 2000s because of this activity that was ongoing. This was a fact. The community was well aware of this ongoing narcotics trafficking activity and in the early to mid 90s CIA former CIA director John Deutch met with members of the community during which he responded to the allegations of CIA's involvement in narcotics trafficking and stated that he could not confirm nor deny with the the Central Intelligence Agency would definitely investigate these allegations and it was also a US Marine and veteran Captain James Sabau who's now deceased and was assigned to the El Toro US Marine Air Base had made similar allegations of the US government's involvement in cocaine trafficking and Sabau later was discovered deceased of what was declared to be a suicide his family had hired independent forensics experts to reconstruct and recreate the crime scene who then concluded that actually it was not a suicide that Captain James Sabau was in fact murdered. The El Toro US Marine Air Base was shut down as an Irvine California and the government kind of just closed that case and never really investigated that any further although there's plenty of evidence that suggests of a foul play and government involvement in the trafficking of narcotics which continues. From 2007 to 2014 I worked in the hospitality industry primarily as a front desk clerk at various hotels and motos in the northern and southern California and St. George Utah. I also held multiple part-time jobs in data collection and customer service until marketing. So in 2007 I moved to South Lake Tahoe California and then from there I traveled around to various hotel, motel lodging properties. About 2009 I interviewed a sex worker in Lyon County, Nevada who was working out of a legal brothel in Nevada known as the bunny ranch who disclosed to me that there was a great degree of public corruption that was ongoing in the state of Nevada that involved the US Department of Defense personnel as well as public officials locally and on a state level and individuals involved with the gaming community including Leon Black of the Apollo group who is also a friend of Epstein or Jeffrey Epstein before the Jeffrey Epstein controversy became public. This individual is named who was a sex worker whom I had met with about sometime in July of 2009. Her name is Mika Tan and she also informed me that the brothel that she had worked at or was



70

working at at the time had a helicopter pad that was specifically designated for VIPs and those VIPs were people from the entertainment industry and public officials who would fly in to that location via helicopter. In 2012 I worked at a motel called the Coronata Inn and St. George Utah. I was also during this time I also worked at a local call center that was believed to be engaged in a series of consumer rights violations and was under investigation by the Federal Trade Commission with whom I worked in conjunction with and spoke to FTC attorney Darren Lupetsky and provided them with a statement later on regarding the kind of activities going on at this call center. It was a company known as a successful education online. It was actually believed to be like a troll farm that was financed by the Chinese government. It was a part of a network of call centers across the United States some of which were working out of Las Vegas, Nevada and the eastern district of New York. It was also about during this time that I had visited a national security agency's Utah data center in Saratoga Springs, Utah which was then under construction or they're just finalizing the constructions and located across the highway from Camp Williams. About late 2012 I relocated to Grass Valley, California to work for a lodging conglomerate known by the name of Heritage Hotel Group which was owned and operated by Batambir Irrevocable Trust and owned by Ronald Batambir who owned various properties in California and in the Grass Valley area as well as Ubers City. About this time I continued my education in pursuit of my bachelor's in criminal justice with an emphasis in Homeland Security and I also received additional training about that time as a bail agent and what is also known as a fugitive recovery agent or bail enforcement agent in the state of California and compliant with California Penal Code 1299 and in late 2013 I relocated from Grass Valley, California to another property owned and operated by Heritage Hotel Group in Ubers City and continued to work in a non-official cover due to my level of expertise in tech savviness and dealing with intelligence especially so information gathering. Due to the nature of the hospitality industry because I had access to what is known as PII or personally identifiable information and had access to certain databases which law enforcement didn't necessarily have access to so oftentimes local state and federal law enforcement officers when they were in the area and needed to know for example about the whereabouts of missing persons or persons of interest they would often contact me as a point of contact based on my dealing with data and intelligence. At that time I had in particular had access to a database maintained by TransUnion under a service they called TLO which was a service provided to landlords or property owners or managers for the purpose of background checks and verification and these kind of reports were aggregated they would aggregate all the information the TransUnion was able to obtain from various intelligence sources public records court records utilities and so forth and kind of aggregated all that data in one report and this is something that in terms of conducting a background investigator or an investigation on persons or simply for the purpose of intelligence gathering this is something that gave law enforcement a kind of advantage over conventional databases like the NCIC for example which is also known as the National Crime Information Center maintained by the Department of Justice and accessible to law enforcement and intelligence agencies with an ORI number. Due to the nature of these TLO reports LEOs would often contact me because that aggregate data was often much more up to date than at least some law enforcement databases so I worked closely in a non-official capacity with local, state and federal law enforcement and particularly in an effort to go after narcotics trafficking prostitution and child sex trafficking that was ongoing in the Yuba City and Sutter County area. It was also about that time that I learned of up-piercing insider threat in the law enforcement community that was connected to several ongoing investigations of law enforcement and public officials in that area including deputy sheriff or narcotics officer by the name of Christopher Heath who was on the net five task force and that was the local task force for Sutter County sheriffs, the mayors of the police and the Yuba County and others I'm not mistaken and another law enforcement official who was a Yuba City police officer by the name of Harminder Fagura who was also under investigation at that time for obstructing federal investigations into narcotics trafficking in that area and who had been working closely with informants but not for the furtherance of authorized law enforcement activities but rather his own criminal activities and using law enforcement as a kind of a cover for which Christopher Heath and Harminder Fagura were both arrested and indicted as separate incidents as parts of unrelated criminal investigations although those investigations were in fact related to the same insider threat it was later discovered that Harminder Fagura was not only trafficking cocaine and engaging in bribery and the obstruction of federal authorities in respect to

71

narcotics trafficking investigations but was also lending out his police uniform that was issued by the Yuba City Police Department to non-LEO officials and it was never discovered who he was actually allowing to use his uniforms but it was believed that it was somebody from within the intelligence community and who was connected to another case that was being investigated on or about that time in that area about the same time frame when a U.S. deputy marshal by the name of Chlorenzo Griffin from Florida had visited a Yuba City, California with several accomplices who were not law enforcement who were actually street criminals who had all assumed the identities of police officers and dressed up in SWAT uniforms with lettering police on their uniforms and had attempted a robbery on a marijuana drug dealer at a local motel believe it was a motel six nearby the Akano Lodge and Chlorenzo Griffin was apprehended by local law enforcement actually he was pursued by the California Highway Patrol he abandoned the vehicle which he was in ensued in a foot pursuit and literally ran into the Sutter County Sheriff's jail exchanged gunfire with pursuing officers at which point he was taken into custody without further incident and no injuries sustained to any parties it was also about this time that I had contacted the federal Bureau of Investigation honor about January 7th 2014 while these investigations were still pending in regards to the insider threat and law enforcement involvement with drug trafficking I had visited the FBI's Sacramento Field Office in regards to Kyle Berry and his involvement with a security defense contracting and Blackwater at which point I learned that during Kyle's work in the greater Los Angeles area during the mid-2000s and in a non-official capacity Kyle had yielded intelligence pertaining to a international child sex trafficking ring which was an ongoing investigation and implicated certain actors within the UB City, California area some of whom were frequently visiting the Akano Lodge. I spoke with a special agent from the FBI about again sometime January 14th 2014 and then was later contacted by a special agent with the United States Secret Service who had discussed with me certain elements to the child sex trafficking investigation which involved the use of online advertising via platform at that time known as my redbook.com and that was a website where prostitutes would go and advertise escort and dating services but was actually used as a front for prostitution and then I learned that many of these girls that were visiting the Akano Lodge where I had been working were in fact listing their profiles on my redbook.com and about that time I learned how to perform a reverse search on telephone numbers using social media including my redbook.com so oftentimes I would screen customers that were checking into the hotel I would always make sure to get their telephone number and I would cross-reference that against my redbook.com and more often than not if I had a suspicion about somebody being engaged in prostitution and my further investigative efforts proved from you know my assumption to be correct. It was also during then that I met two girls that one of whom I believed to be a minor had suspicions about because she would never furnish her ID or driver's license when they were dropped off at the location they were always accompanied by whom I believed to be a medam or like a lady pimp who drove a gold colored Lexus and who was always kind of driving and escorting these gals around so this would have been sometime march of 2014 and I had at that point managed to confirm that both of those girls were in fact soliciting themselves as escorts on my redbook.com so I was able to cross-reference their mobile phone numbers that I had on file with my redbook.com as a website and directory for classified listings at which point I contacted the FBI officially and I was informed that it would be best to do so to make a permanent record of the allegations at which point I provided special agents with all the information I had gathered pertaining to these two females who were believed to be minors and being trafficked for sexual exploitation and about a May of 2014 I had relocated to Grass Valley actually Nevada City California which is next to Grass Valley and continue to work for the pittambour properties or heritage hotel group at the Pittambour Aerovocable Trust up until late 2014 during which I then relocated back to South Lake Tahoe and continued to pursue work in the security industry and law enforcement. About sometime 2014 2015 I became more active in my pursuit of work in the field of law enforcement. I began working in the security industry which I had already previously worked on and off beginning in 2004 but I had again began to pursue more work that was security related worked for certain gaming establishments in state line Nevada. I began testing out for various law enforcement agencies attended a California peace officer standard training approved police academy to receive training in California. I was later hired as a correctional officer what is known as a CAT-3 peace officer in the state of Nevada where I pursued work at a maximum security prison for the state of Nevada's Department of



Corrections located in Eley, Nevada which I attended. Nevada approved what is known as a post academy or peace officer standard zone training graduated from the academy received on-the-job training and additional and continued training with the Bureau of National Guards a multi-jurisdictional counter drug training. It was also about this time I became trained on what is known as correctional intelligence basically the intelligence gathering in a correctional setting especially as such pertains to security thread group management gang investigations obviously narcotics which seems to be a trade and industry for many street gangs and it was also about this time that I was contacted by special agents of the United States drug enforcement with whom I had several conversations via a telephone as well as in person and whom were concerned about a major leak within the US government or by US government personnel that were conflicting with the agenda of the DEA and the FBI and other federal agencies whose job and mission it is to pursue crime right to hinder to pursue to deter especially such relates to narcotics trafficking and I was informed that there was a major leak and the prison system was being used in the logistics of their narcotics trafficking for intelligence gathering purposes because gang activity that's ongoing in the streets is often controlled from within prison environments by high-ranking gang members that use encryption in their communications and speak in code whether it's via telephone or they communicate using the the US postal system big decisions are made from within the prison industries or the prison industrial complex which affect the overall industry of narcotics and it's almost as if the prison system acts as a form of encryption in and of itself and helps obscure the communications of drug traffickers also provides a cover for this insider thread that we're discussing which is responsible for this major leak of information and intelligence to criminals and only benefits criminals and not law enforcement or the intelligence community nor the people which our government is set to represent so it's about this time I received my peace officer certificate graduated from a peace officer category three academy I was contacted by the US Department of Homeland Security with an opportunity to work airport security as such relates to passenger screening bomb detection and other airport security related matters so I had resigned from my work as a corrections officer to go to work for DHS where I trained with various professionals within the security and law enforcement industry at a federal courthouse located on Booth street in Reno, Nevada and I trained with persons who were former United States Secret Service Bureau of Alcohol Tobacco Firearms other persons with DHS who had top secret SCI experiences so I became very informed and familiar with drug trafficking as such relates to airports and cargo and it was about that same time that I received training from the United Nations office on drugs and crime as such pertains to transnational crime and the trafficking of narcotics airports sea vessels and other means of narcotics trafficking so I had received an extensive amount of training on this subject in matter so that's just to kind of establish my expertise and knowledge base at that time I had resided in Reno, Nevada and it was also about then that I continued to pursue work as a security contractor where I worked various contracts in the Reno and Carson City, Nevada area for various companies who had held contracts locally on many of which were government contracts so just to name a few of the companies that I'd worked for was ESI, Martin Ross and Associates, G4S security services which also at some point had a government contract to provide access control security for Holming Airport which is again a remote detachment of Edwards Air Force Base Securitas, USA, Allied Universal where I worked probably the most government contracts which included the Nevada State Capitol building Attorney General's office, the City of Reno City Hall, the National Guards Armory which was located in Reno, Nevada so I visited all these places if I didn't work at the locations directly I was at the very minimal I was cross-trained to work these different locations. Guarda as a money messenger where I transported cash and bulk and then for FEMA for the federal emergency management agency in Carson, Nevada in response to the Hurricane Harvey at the time whereby FEMA had set up a call in Carson City in response to this national emergency that was in late 2017-2018 so I worked that location as a federal protection officer which mainly dealt with access control and the security of a government facility or what was a temporary government location at that point so most of this that I learned it's a combination of my experience as a musician as well as a security professional having been contacted by representatives of the federal government who work in an official capacity and having interviewed witnesses and scouted for intelligent sources in a non-official capacity I've obtained a kind of a unique combined experience within this respective field now during my time working in Reno, Nevada I also learned that Tupac Shakur



73

had visited Reno in 1996 to shoot a music video with Calvin Brodess and also known as by his rap name Snoop Dogg and the two had teamed up for a alcoholic beverage commercial for a beverage known as Saine Ides and had visited Reno in 1996 prior to Shakur's assassination in Las Vegas it was actually said that Tupac because of his status as a celebrity he was very high profile he was a multi-platinum selling artist at the time he brought a lot of heat around him so the assassination of Shakur was actually planned or attempted in Reno or at least what would lead up to his assassination which was a conflict with another rapper west coast rapper by the stage name of Little Half Dead so basically by use of intelligence sources confidential informants certain actors within the law enforcement community and intelligence community were able to kind of cause or attempted to cause a provocation between Tupac and rapper Little Half Dead Little Half Dead was upset because he was under the impression Tupac had been plagiarizing some of his work so Little Half Dead attempted to have a conflict with Tupac but was unable to do the fact that Tupac always had his own to Raj with him so it just wasn't really smart to approach Pac in that sense with the intent to create a conflict but that was actually planned for Reno Nevada and because of Pac's celebrity status it would have been better to assassinate Tupac somewhere like Reno Nevada rather than Las Vegas but then being the circumstances of the Las Vegas incident involved so many other celebrities that in and of itself that was the perfect opportunity but it was actually that was something that was initially planned for Reno Nevada. About 2018 while residing in Reno Nevada and working as a security contractor for Allied Universal I was in contact with a confidential informant by the name of Emily Paulson. Paulson at that time with her son Dominic resided at a woman's home for struggling single mothers called the City of Refuge which also housed minors. A City of Refuge is a 501c3 non-profit corporation and is run by a local judge. Having had discussions with Paulson I learned that there were certain activities involving public corruption and the attainment of government funds by this 501c3 non-profit organization using their charity status to obtain certain government funds to which they were otherwise not entitled. I also learned from Paulson that there was a group of public officials especially so in Nevada that were engaged in an ongoing and continued pattern of practice of illicit activities which involved the trafficking of narcotics and children for sexual exploitation as well as medical reasons such being organ trafficking. It was also about that time that there was an ongoing investigation in Reno Nevada headed by the FBI. A special agent Scott Dunn was the case agent and this was an investigation into interstate narcotics trafficking which involved a subject by the name of Jose Mora who was later indicted on drug trafficking charges and convicted. Information that I had obtained suggests that Jose Mora as is the case with many low level to even mid-level drug traffickers is that these individuals or even gangs the act as foot soldiers for large drug trafficking organizations or what's also known as DTOs such as Mexican drug cartel. Based on intelligence I had obtained during my time working as a corrections officer, correctional intelligence suggested that law MA, MS-13 and other Hispanic gangs, even rival gangs were working together for the furtherance of the trafficking of narcotics with in the state of Nevada, multi-state and internationally. Honor about August the 11th, 2017 I had met with special agents of the United States Secret Service at the Reno Nevada Resident Agency and as I understand it both of those agents were not assigned to that location and had traveled from a field office outside of Reno Nevada and it was during this that I was interviewed and questioned about my knowledge in regards to the financial aspects of the crimes being described here and it was also during this conversation that I had disclosed information which I had obtained from sex worker Mica Tan at the Bunny Ranch licensed brothel in Carson City Nevada and it was also during this conversation that the name of Sheriff Kenneth Furlong was mentioned and I was asked about my affiliation with the sheriff and if I had any knowledge of his involvement with the murder of Deputy Carl Howell of the Carson City Sheriff's office which occurred sometime in 2015. My contact with the special agents of the U.S. Secret Service lasted for about an hour and I did provide them with all the intelligence and information that I had pertaining to what's being described here today and that was the end of that interview and while I was still working in Reno and at that time I was with Secure Toss as a mobile patrol captain who'd handled many different private and public contracts in the area for local businesses and government agencies. I had met with special agent Shane Murray of the United States Drug Enforcement Administration. Agent Murray invited me to partake in an upcoming undercover operation that was to take place at Capitol Ford and Carson City Nevada which I later did and that would have been about March 9th of 2018 and that was in connection to



74

another investigation stemming back from 2015 or 2016 known as Dr. Jones West Ford which involved the drug trafficking of illicit and controlled substances at a Ford dealership in Reno so that there was a kind of a suspicion going around that dealerships within the area were being used for the purpose and the furtherance of drug trafficking. Additionally I obtained information from intelligence sources and confidential informants that were associated with special agents Shane Murray and Corrine Rossy that suggest the involvement of public officials locally in the murder of law enforcement officials particularly the murder of Brian David Ishmael which occurred in 2019 officer Ishmael worked for the El Dorado County Sheriff's office. He's basically led into a trap and murdered based on certain knowledge that he had as it relates to drug trafficking activities here in this area and especially so with an armed robbery that had occurred at a local nearby motel in South Lake Tahoe, California here in El Dorado County about sometime February 2016 which was made possible due to an insider threat and involved known confidential informants and intelligence sources of the US Drug Enforcement Administration and resulted in the killing of marijuana drug dealer which was incidental to the robbery for which the subjects were later apprehended and indicted. In 2019 there was a series of killings in addition to the murder of officer Ishmael there was a series of killings that occurred 2019 in the Washoe County and Douglas County Nevada area which involved another intelligence source confidential informant drug user and somebody who was involved with or handled by a special agent Corrine Rossy of the DEA Wilbur Ernesto Martinez Guzman and the true motive of these killings is unknown but this was something that pertained to drug trafficking in that area and certain persons that were targets of the killing spree were in fact prominent members of the community and in some way affiliated with the US government whether they at some point were employed by the federal government or were cooperating with federal authorities in a further investigation into public corruption and narcotics trafficking. To kind of expand to narrow down where this threat stems from we have to go back to Kyle Berry. Kyle was somebody I considered my best friend in a big brother who saved my life on at least one occasion during my pursuit of a music career and intelligence into Tupac Shakur's murder. Kyle had an uncle who worked for the national security agency who was grandfathered into the government whose name Kyle had never revealed to me but whom I had met on several instances and who is said to use different government credentials and identities under the guise of red teaming and parallel construction. One of those identities being a Robert F Lynch who is an EMT, a license number P24620. As I was explained by Kyle, this individual whose identity we don't actually know works for the national security agency. He poses as whatever he wants to under the guise of red teaming and oftentimes poses as a security contractor. Additionally, Kyle had told me that this individual WMA currently in his 60s about 6'1, 6'2 feet tall average weight is slender. He's very active physically. He stays in shape and maintains or tries to maintain his health and goes mountain bike riding, camping is physically active. This individual also has the capability to reproduce what is known as common access control cards that are RFID based access cards used for physical access control as well as to access computer systems and databases and has kind of been the standard for the US government since 9-11. And as it was explained to me, this individual has the source codes to these government access cards. There's two different types of access cards that are the industry standard, low frequency and high frequency. Well, the government has since 9-11 been using high frequency access control cards due to their ability to provide a greater level of security as such operate on a 13.56 megahertz thus provide better encryption. That means that these common access cards are much more difficult to replicate. However, if you have a source code and you have a technology, you have the insider knowledge and information, then it's no longer an issue. If you're authorized to be somewhere and you have a top secret or sensitive compartmented information clearance and you have the credentials to go on to any Department of Defense installation, for example, then it's not difficult. That no longer is an obstacle. And that is key to the logistics of this large-scale narcotics trafficking operation, which would otherwise be impossible had it not been for the insider threat and the use of red teaming, parallel construction, confidential informants and what are known as intelligence sources or human intelligence. About 2007, Kyle said he was going to go and pursue security work for Blackwater. Kyle officially has been deceased since 2007. He died in an automobile accident in December of 2007 in an incident during which Kyle, according to the official narrative, was said to have impersonated a FBI agent while tailgating another motorist on the northbound I-15 highway just outside of a Victor ille, California located in San Bernardino



75

County during which Kyle had run another motorist off the road. Exited his vehicle, approached the motorist who was driving a Toyota Corolla. I said he was FBI when the motorist has his credentials. Kyle had punched the motorist in the face, returned to his vehicle, which at that time he was driving a 1996 Dodge Grand Caravan. At which point Kyle was rear-ended by a dump truck that was making a routine schedule route in that area, belonging to a Dalton trucking. Kyle had carried a Black notebook, a little Black notebook that contained names and numbers of people that he believed to have been involved with narcotics trafficking and the espionage against the United States of America. This little Black book was booked into the San Bernardino Sheriff's office, a central corner office property room under OPT number 077001909 and contains sensitive information as it pertains to this large-scale narcotics trafficking operation as well as the names of those that are undermining the national security of the United States and are working within the US Department of Defense, either directly or as government contractors. In addition to what I've already stated, I do have supportive material, which includes audio recordings of telephone conversations, audio of body worn microphone, a video footage of certain undercover investigators who are directly employed by the United States Drug Enforcement Administration, who had made attempts to solicit and to recruit me as a source of intelligence and operative for this large-scale drug trafficking operation, which is being described here in. I've been able to corroborate much of what I've stated here in terms of whether it's the information or the connections of people to other people or companies that are used as front companies to launder proceeds from drug distribution, including a local company in the South Lake Tahoe, California state line Nevada area known as the Talent Fund, which is a subsidiary of another planet entertainment headquartered out of Northern California and specializing in special events and which are used to launder the proceeds from drug trafficking. And I have audio from a body worn microphone, which I obtained working in a non-official capacity and as an intelligence source and having been employed for that company, which I can also provide in addition to everything that's been stated here today. So that about wraps up this here discussion and documentation. If you're listening to this and you've received this audio recording, I will submit supportive materials along with what's being said here in support of this testimony. Thank you.



76

EXHIBIT 2.2 eG

In a time of political turmoil, and just as U.S. President elect Donald J. Trump is sworn in as President of the United States, Special Agent Francis Beacon, a Soviet Union born Russian-American, U.S. Department of Justice recruit, and former Correctional Officer (Citizen Chief) of a Maximum Security Prison, goes undercover as a "noc", or "non-official cover," when he is assigned to investigate organized crime in what is dubbed as "The Biggest Little City In The World," that is; Reno, Nevada.

Initially, Beacon starts out by working part-time as a Transportation Security Officer for the U.S. Department of Homeland Security's Transportation Security Administration, where he begins his journey in an effort to unravel an elaborate organized crime racket being orchestrated by a criminal syndicate comprised of local thugs who have infiltrated the municipal government by bribing city officials. It isn't long after Beacon's arrival in Reno that things take a turn for the worst when a John Doe is killed in a staged car bombing by a local member of the mob, Quasimodo, as a part of a heinous plot devised to fake Quasimodo's death for reasons unknown. The staged car bombing is labeled an "open and shut" case, and swept under the rug by insiders and city officials, only to further arouse Beacon's suspicions and encourage his investigative efforts as he discovers pertinent clues which spell out a conspiracy.

Possessing a specialized body of knowledge acquired through advanced education and training received through the FBI academy, and a background in fugitive recovery, prison security, and criminal investigations, Beacon sets out to locate the source of corruption which is plaguing the northern Nevada casino town, only to find himself on a goose chase, jumping from one security job to another as he follows clues to try and piece together the details to the case. From working airport security, to bouncing nightclubs, bank protection, federal protection services for the Federal Emergency Management Agency, to even transporting millions of dollars for the mob while working undercover as an armored truck driver. As Beacon makes his way through the community and deep into the local culture, working mainly government contracts, he eventually finds himself work doing armed security for a company which assigns him to the mobile security patrol unit, with Reno's City Hall and the downtown bus station being collateral posts and on his patrol route.

One day, while working mobile patrol, Beacon receives an anonymous tip from a confidential human source, which brings him to an informant by the name of Melissa Baumean, who is romantically involved with a dirty cop by the name of Michael, and provides Beacon with critical pieces of information which help further his investigation, disclosing a sophisticated multi-jurisdictional drug trafficking operation originating from Mexico and into the United States, with the killing of John Doe at the center of the scheme, and with all the roads leading back to the City of Reno as a "node" which connects the conspiracy abroad.

Shortly after receiving information from Melissa, while working at City Hall, Beacon discovers that the city's monarch; bought, paid for,



77

and owned by the local mafia, is planning a coup to secede from the union in a treasonous attempt to usher in an egalitarian utopia, using her political power in conjunction with the drug trade to suppress local wages, create crime, and destabilize the local economy. Beacon's investigation leads to a ripple effect and prompts the attention of federal authorities nationwide, from Southern California, to Maryland, and even Washington D.C., and stirs up controversy locally, placing Beacon at odds with the local mob. It is also during this time that the case of John Doe is reopened by Terry, a senior investigator, after a string of recent drug raids by Reno's SWAT team leads authorities back to the John Doe killing.

As Beacon continues his work, and is placed under surveillance locally as he's pursued by a couple of dirty and disgruntled renegade agents, with Michael the dirty cop being one of them, who attempt to set road blocks to Beacon's investigation, and try to sabotage Beacon by falsifying information in a law enforcement database in hopes of duping other agents into believing that Beacon is one of the bad guys. Beacon is given a heads-up about the sabotage attempt by Special Agent Anoose, a local investigator, Beacon's point-of-contact, and the only agent to know that Beacon is working undercover, who warns Beacon and suggests that he abandon the case.

After being tipped off by Agent Anoose, Beacon agrees to relocation, but not before finalizing and submitting his Sworn Affidavit to the U.S. Attorney's Office, securing a Grand Jury Indictment against the unusual suspects, which leads law enforcement to the largest nationwide political corruption, drug trafficking, and racketeering crack down in American history.

## Contribute to this page  ›

Suggest an edit or add missing content

**Learn more about contributing**                                                                           ›

✏ **Edit page**

