UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTON ANDREYEVICH IAGOUNOV,<br>Defendant. | No. 2:24-cr-00101-DJC<br><br>ORDER |

On July 14, 2026, Defendant Anton Iagounov was convicted by a jury of four counts of impersonating a federal officer in violation of 18 U.S.C. § 912. (ECF No. 41.) On February 6, 2025, this Court sentenced Defendant to 27 months' imprisonment for each count, to be served concurrently, to be followed by 12 months of supervised release. (ECF No. 78.) On August 22, 2024, the Court denied Defendant's Motion for Acquittal under Federal Rule of Criminal Procedure 29, and Defendant's Motion for a New Trial under Federal Rule of Criminal Procedure 33. (ECF No. 56.)

On March 19, 2026, the Ninth Circuit affirmed this Court's Judgment and Sentence. (ECF No. 145.) Defendant has completed the term of imprisonment, but as the Court understands it has not yet begun the term of supervised release due to being incarcerated pending charges before the U.S. District Court for the District of Nevada, as well as being detained by Immigration and Customs Enforcement. The

Ninth Circuit has also barred Defendant from filing further motions in his appeal of this case. *See United States v. Iagounov*, No. 25-1052 (ECF No. 45) ("Accordingly, this court will not entertain future motions attempting to litigate the merits of Appellant's conviction or the effectiveness of his counsel. Upon issuance of the mandate, the court will take no action on any filing in this case.").

Defendant has filed numerous motions before this Court seeking various forms of relief, including disqualification of the undersigned, disqualification of the former AUSA, motions for a new trial, notices of a citizen's arrest, a motion for a new trial (despite the Ninth Circuit's affirmance), and multiple request for reconsideration. With the exception of the Motion for Sentence Reduction (ECF No. 133), which is now moot in light of the completion of Defendant's prison sentence, and the Motions to Return Property (ECF No. 138, 146) which have been briefed, the remainder of the motions are either moot in light of the Ninth Circuit's affirmance of this Court's Judgment and Sentence or are frivolous and based on meritless and facially non-credible allegations.

The Court concludes that many of Defendant's pending motions are moot or subject to summary dismissal as frivolous, as identified below. For any future motions filed by Defendant, the Government need not file a response absent court order.

Accordingly, IT IS HEREBY ORDERED:

1. For the reasons stated in ECF 102, the Motion to Disqualify the undersigned (ECF No. 176) is DENIED.
2. Defendant's Motion for Sentence Reduction (ECF No. 133) is DENIED AS MOOT.
3. Defendant's Motion for New Trial (ECF No. 166) is DENIED AS MOOT.
4. Defendant's Motions and related Motions for Reconsideration (ECF No. 159, 163, 164, 169, 170, 177, AND 182) are DENIED AS FRIVOLOUS.

////

////

////

5. The Government shall be excused from filing any responsive pleading to any further motion absent an order from this Court.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE